**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **The Meridian Resource and Exploration, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

76-0348919

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **16600 Park Row, Suite 158**<br>**Houston, TX 77084**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **The Meridian Resource and Exploration, LLC**                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor **SEE ATTACHED SCHEDULE 1** _____ Relationship _____

District _____ When _____ Case number, if known _____

| Debtor | **The Meridian Resource and Exploration, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **The Meridian Resource and Exploration, LLC**                             Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2020**
               MM / DD / YYYY

*X* **/s/ Scott Ricks**                                            **Scott Ricks**
    Signature of authorized representative of debtor                Printed name

Title   **Authorized Representative**

**18. Signature of attorney**

*X* **/s/ RANDY W. WILLIAMS**                              Date **January 24, 2020**
    Signature of attorney for debtor                             MM / DD / YYYY

**RANDY W. WILLIAMS**
Printed name

**Byman & Associates PLLC**
Firm name

**7924 Broadway, Suite 104**
**Pearland, TX 77581**
Number, Street, City, State & ZIP Code

Contact phone   **281-884-9262**     Email address   **rww@bymanlaw.com**

**21566850 TX**
Bar number and State

## PETITION - SCHEDULE 1

### Pending Bankruptcy Cases Filed by the Debtors and Affiliates of the Debtors

Each of the affiliated entities listed below, including the debtor in this chapter 7 case (collectively, the "Debtors"), filed a petition with this Court for relief under chapter 7 of the Bankruptcy Code.

| Debtor Name | Date File | District |
| --- | --- | --- |
| Alta Mesa Acquisition Sub, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Alta Mesa Drilling, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Alta Mesa Energy, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Alta Mesa GP, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| AM Idaho, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| AM Michigan, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| AMH Energy New Mexico, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Aransas Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| ARI Development, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Brayton Management GP II, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Brayton Resources II, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Brayton Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Buckeye Production Company, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Cairn Energy USA, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| FBB Anadarko, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Galveston Bay Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |

| High Mesa Holdings GP, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
|---|---|---|
| High Mesa Holdings, L.P. | 1/24/2020 | Southern District of Texas, Houston Division |
| High Mesa Services, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| High Mesa, Inc. | 1/24/2020 | Southern District of Texas, Houston Division |
| HMS Kingfisher Holdco, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| LEADS Resources, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Louisiana Exploration & Acquisition LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Louisiana Onshore Properties, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Navasota Resources Ltd. LLP | 1/24/2020 | Southern District of Texas, Houston Division |
| Nueces Resources, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Petro Acquisitions, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Petro Operating Company, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| Sundance Acquisition, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| TEA Energy Services | 1/24/2020 | Southern District of Texas, Houston Division |
| Texas Energy Acquisitions, LP | 1/24/2020 | Southern District of Texas, Houston Division |
| The Meridian Production, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| The Meridian Resource and Explorations, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| The Meridian Resource, LLC | 1/24/2020 | Southern District of Texas, Houston Division |
| Virginia Oil and Gas, LLC | 1/24/2020 | Southern District of Texas, Houston Division |

On September 11, 2019, each of the affiliated entities listed below (collectively, the "**Initial Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas. The chapter 11 cases of the Initial Debtors are being jointly administered at Case Number 19-35133 (MI).

| DEBTOR | CASE NUMBER | RELATIONSHIP |
|---|---|---|
| Alta Mesa Resources, Inc. | 19-35133 | Ultimate Parent |
| Alta Mesa Holdings, LP | 19-35134 | Affiliate |
| Alta Mesa Holdings GP, LLC | 19-35135 | Affiliate |
| OEM GP, LLC | 19-35136 | Affiliate |
| Alta Mesa Finance Services Corp. | 19-35137 | Affiliate |
| Alta Mesa Services, LP | 19-35138 | Affiliate |
| Oklahoma Energy Acquisitions, LP | 19-35139 | Affiliate |

On January 12, 2020, each of the affiliated entities listed below (collectively, the "**KFM Debtors**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas These chapter 11 cases and the Initial Debtors' cases are being jointly administered at Case Number 19-35133 (MI).

| COMPANY |
|---|
| Kingfisher Midstream, LLC |
| Kingfisher STACK Oil Pipeline, LLC |
| Oklahoma Produced Water Solutions, LLC |
| Cimarron Express Pipeline, LLC |

In addition, January 20, 2020, SRII Opco GP, LLC and SRII Opco, LP, affiliates of the Initial Debtors and the KFM Debtors, each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. These chapter 11 cases, KFM Debtors and the Initial Debtors' cases are being jointly administered at Case Number 19-35133 (MI).

3

**Fill in this information to identify the case:**

Debtor name    **The Meridian Resource and Exploration, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2020**          X **/s/ Scott Ricks**
                                          Signature of individual signing on behalf of debtor

                                          **Scott Ricks**
                                          Printed name

                                          **Authorized Representative**
                                          Position or relationship to debtor

### GLOBAL NOTES AND STATEMENTS OF LIMITATION, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

High Mesa Holdings, LP ("**HMH**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[1] filed for chapter 7 (the "**Chapter 7 Cases**") and in connection therewith have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and the Statements of Financial Affairs (collectively, the "**Statements**" and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements, pursuant to section 521 of Chapter of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and are unaudited.

In fact, there was limited data available to the Debtors, their management and professionals to prepare the Schedules and Statements. First, as a result of transactions between the Debtors and various Alta Mesa Resources, Inc. ("**Alta Mesa**") entities that are currently in chapter 11, the Debtors do not have the underlying data prior to January 1, 2019 for their assets or the financial transactions related thereto. The Debtors were furnished with summary information and trial balances and used that information beginning January 1, 2019 to create books for the Debtors.

In addition, the Debtors retained the services of Opportune LLC ("**Opportune**") to provide the accounting and financial functions of the Debtors beginning January 1, 2019, and the underlying data from January 1, 2019 to date is held and in the possession of Opportune. When Opportune was asked to provide the Debtors professionals with access to its own data, they were denied unless and until past obligations of the Debtor from 2018 were satisfied. The Debtors' professionals were able to download some of the Opportune maintained data through a connection that was ultimately terminated by Opportune when the download was discovered. Because of liquidity issues and pending litigation, the Debtors had to move forward with the chapter 7 filings with the data and information available.

---

[1] The Debtors in these Chapter 7 cases are as follows: ALTA MESA ACQUISITION SUB LLC, ALTA MESA DRILLING LLC, ALTA MESA ENERGY LLC, ALTA MESA GP LLC, AM IDAHO LLC, AM MICHIGAN LLC, AMH ENERGY NEW MEXICO LLC, ARANSAS RESOURCES LP, ARI DEVELOPMENT LLC, BRAYTON MANAGEMENT GP II LLC, BRAYTON RESOURCES II LP, BRAYTON RESOURCES LP, BUCKEYE PRODUCTION COMPANY LP, CAIRN ENERGY USA LLC, FBB ANADARKO LLC, GALVESTON BAY RESOURCES LP, HIGH MESA HOLDINGS GP LLC, HIGH MESA HOLDINGS LP, HIGH MESA INC, HIGH MESA SERVICES LLC, HMS KINGFISHER HOLDCO LLC, LEADS RESOURCES LLC, LOUISIANA EXPLORATION & ACQUISITION LP, LOUISIANA EXPLORATION AND ACQUISITIONS PARTNERSHIP LLC, LOUISIANA ONSHORE PROPERTIES LLC, NAVASOTA RESOURCES LTD LLP, NEW EXPLORATION TECHNOLOGIES COMPANY LLC, NUECES RESOURCES LP, PETRO ACQUISITIONS LP, PETRO OPERATING COMPANY LP, SUNDANCE ACQUISITION LLC, TE TMR LLC, TEA ENERGY SERVICES LLC, TEXAS ENERGY ACQUISITIONS LP, THE MERIDIAN PRODUCTION LLC, THE MERIDIAN RESOURCE AND EXPLORATIONS LLC, THE MERIDIAN RESOURCE LLC, TMR DRILLING LLC, TMR EQUIPMENT LLC, VIRGINIA OIL AND GAS LLC. The location of the Debtors' corporate headquarters and service address is 16600 Park Row, Suite 158, Houston, TX.

While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible, based on the data and information that was available at the time of preparation, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, as well as the fact that underlying historical data has not been provided by Alta Mesa and/or Opportune, these Schedules and Statements are as complete as practicable.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements for the Debtors are signed by Scott Ricks, Authorized Representative of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Ricks necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Ricks has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors. classification of such amounts, and creditors' addresses. The Debtors' accounting, finance and land management systems, such as they existed given the Debtors relationship with Alta Mesa and Opportune, were used to manage and track oil and gas production with a secondary focus on the creation of consolidated and consolidating financial statements. As such, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors, and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors and their professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or financial advisors are advised of the possibility of such damages.

## <u>Global Notes and Overview of Methodology</u>

1. **<u>Description of Cases</u>.** On January 24, 2020, (the "**Petition Date**"), each of the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. The Debtors will be filing a *Motion for Joint Administration* directing joint administration of the chapter 7 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor filed its own Schedules and Statements. The information provided therein, except as otherwise noted, is reported as of the Petition Date of each respective Debtor, as appropriate.

2. **<u>Reservations and Limitations</u>.** Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 7 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a) **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the right to dispute any claim or assert any cause of action or defense against any party.

    (b) **Recharacterization.** Notwithstanding that the Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.

    (c) **Categories or Labels for Purpose of Presentation in Schedules and Statements**. Information requested by the Schedules and Statements requires the Debtors to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtors' decisions regarding the category or label to use is based on the best information available as of the filing of these Schedules and Statements and within the time constraints imposed.

    (d) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the right to

recharacterize or reclassify such claim or contract.

> **Claims Description.** Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."

(e)   **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)   **Causes of Action.** Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

(g)   **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only.

(h)   **Royalties**. The leases owned by the Debtors exist in some cases in long producing oil and gas fields. Although royalty payments have been made, payments may have been uncashed, and others may have been unpaid because the current living owners are unknown.

(i)   **P&A Liability**. The Debtors own wells that are at the end of life and may be subject to imminent plugging and abandonment liabilities. The Debtors have made an estimation as to the amount of what these liabilities might be.

**3.    Methodology.**

(a)   **Basis of Presentation.** The Debtors relied on Opportune, an outside firm, to maintain Debtor's books and records. As such, critical books of account and

records were unavailable to Debtors and Debtors' advisors, including but not limited to the following deficiencies and hindrances:

- Books, records and general ledger accounts of all known current and former affiliates, including both Debtor and non-Debtor entities, were not available for examination. Additionally, some entities and affiliates were determined as having no known assets or claims.

- In examining available general ledger accounts, it appeared that not all transactions included account detail and certain transaction descriptions could be deciphered. Additionally, it appeared that there occurred extensive use of specialized or intermediary suspense accounts. Accordingly, Debtors' advisors were prevented from confirming corresponding transactions and classifications and therefore, prohibited from achieving a reconciliation of transactions. Further, Debtors' advisors were prevented from establishing a systematic approach to identifying transactions as ordinary course of business or accurately estimate revenue.

- Due to the lack of information or data, these Schedules and Statements rely on analysis which focused on transaction activity from HMH to other Debtors and not necessarily inter-Debtor or intra-Debtor transactions besides those occurring from HMH to other Debtors.

- Due to the opacity of the aforementioned details, Debtors' advisors cannot reasonably ascertain that they have fully captured all transactions of interest as requested in these Schedules and Statements. Additionally, some transactions have been classified, characterized, categorized, or designated giving benefit to the likelihood of the Court's interest in knowledge of such transactions without the certainty to accuracy of such classification, characterization, categorization or designation.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States ("GAAP"), nor are they intended to fully reconcile to the financial statements prepared by the Debtors. These Schedules and Statements reflect the best available estimate of assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the limited data extracted from the available Debtors' books and records and historical financial statements. Where possible, HMH has presented its oil and gas interests as real property, net of dispositions, depletion and impairments. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

Given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was

solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that a Debtor was insolvent as of the Petition Date or any time prior to the Petition Date.

All asset and liability information, except where otherwise noted, is reflected through September 30, 2019.

(b)     **Confidential Information.** There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Generally, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)     **Master Agreements.** Contracts and leases listed in the Schedules and Statements may be master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)     **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.

(e)     **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values where possible. **In certain instances, debtors' advisors were not provided with sufficient underlying details and schedules in order to properly assess book value.** Additionally, Market values may vary, in some instances, materially, from net book values presented as of September 30, 2019.  The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(f) **Undetermined Amounts.** The description of an amount as "unknown," is not intended to reflect upon the materiality of such amount.

(g) **Unliquidated Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

(h) **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i) **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. To the extent possible, any such leases are listed in the Schedules and Statements. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(j) **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a post-petition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a post-petition basis.

**Intercompany Claims.** The Debtors maintain business relationships with each other, conducting transactions from time to time that result in intercompany receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Known and assumed prepetition receivables and payables among and between the Debtors are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtors' books and records. The listing of any amounts with respect to such receivables and

payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

(k) **Guarantees and Indemnification Claims.** The Debtors have exercised commercially reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H for the affected Debtor. The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as they continue to review their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified. In addition, the Debtors have entered into certain guarantees of debt and other obligations of other Debtors. The Debtors do not track these guarantees and thus have not listed them.

(l) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

4. **Specific Schedules Disclosures**.

(a) **Schedules Summary**. Except as otherwise noted, the asset and liability totals represent amounts through September 30, 2019. The Company closes its books quarterly. Based on the size of the Company, the scope of its operations and internal accounting resources, a monthly close is not performed.

(b) **Schedule A/B – Parts 1 & 2 - Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' bank accounts are provided in the Debtors' Schedules.

(c) **Schedule A/B, Part 3 – Accounts Receivable, Item 11.** The Debtors' reported accounts receivable through September 30, 2019. Also, accounts receivable includes amounts that may be uncollectible. The Debtors are unable to determine with certainty what amounts will actually be collected.

(d) **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as unknown amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(e) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Debtors did not maintain an asset depreciation schedule.

(f) **Schedule A/B, Part 8 – Machinery, equipment, & vehicles.** Debtors did not maintain an asset depreciation schedule.

(g) **Schedule A/B, Part 9 – Real Property.** For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Certain of the instruments reflected on Schedule A/B 55  may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany agreement.

(h) **Schedule A/B, Part 11 – All Other Assets.** Debtors did not maintain an asset depreciation schedule.

(i) ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including* Counterclaims *of the Debtors and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

(j) **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D and reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, some of the Debtors may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a commercially reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts' payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent," "unliquidated," and/or "disputed." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Additionally, due to Opportune's denied access to records, Debtor is unable to provide confirmation of transaction activity past September 30, 2019. Accordingly, the information contained in Schedules D and

E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

(k) **Schedule G – Executory Contracts and Unexpired Leases.** While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtors and their vendors are often governed by a master services agreement, under which the Debtors also place work and purchase orders, which may be considered executory contracts. Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(l) **Schedule H – Co-Debtors.** The Debtors **have** made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors providing such Guaranties. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or E/F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

**5.**     <u>**Specific Statements Disclosures.**</u>

(a)     **Statements, Part 1, Question 1 – Income.** Due to the circumstances outlined previously, the Debtors cannot accurately estimate income for 2019 or year to date.

(b)     **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check date. Prior to the Petition Date, the Debtors maintained a centralized cash management system through which certain Debtors made payments on behalf of certain Debtor affiliates and certain non-debtor affiliates. Consequently, for the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account owned.

Payments to the Debtors' bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included in the payments to creditors. Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider (Question 4), intercompany (Question 4).

(c)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.** To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4. Business travel arrangements, including flights and hotels, for certain of the Debtors' directors and officers have been paid for by the Debtors' corporate credit card. Such payments are listed in the response to Question 4 on the Statements.

(d)     **Statements, Part 2, Question 6 – Setoffs.** The Debtors routinely incur setoffs and net payments and record offsets in the ordinary course of business. Such setoffs, nettings and offsets may occur due to a variety of transactions or disputes including, but not limited to, joint- interest billings, intercompany transactions, counterparty settlements, pricing discrepancies, warranties, refunds, negotiations, or disputes between the Debtors and their operating partners or suppliers. These ordinary course setoffs and nettings are common to the industry. Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, ordinary course set-offs are excluded from the Debtors' responses to Question 6 of the Statements

(e)     **Statements, Part 3, Question 7 – Legal Actions or Assignments**. The Debtors do not know of any workers' compensation claims in response to this question. However, if any become known the Debtors maintain that disclosure would be in violation of certain laws including HIPAA (Health Insurance Portability and Accountability Act of 1996).

(f)   **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Question 11 are reported for the joint representation of the Debtors. The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.

(g)   **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Distributions by the Debtors to their respective directors and officers are listed on the attachment to Question 4.

## 6.   Predecessor Business Combinations

Certain transactions were consummated on February 8, 2018 that resulted in Alta Mesa's acquisition of interests in Alta Mesa Holdings, LP ("**AMH**"), Alta Mesa Holdings GP, LLC and Kingfisher Midstream, LLC. Prior to the closing of the transaction, AMH was controlled by Debtor entity High Mesa, Inc. ("**HMI**").  During the fourth quarter of 2017, AMH sold certain oil and gas assets and liabilities. Immediately prior to the closing of the transaction, AMH distributed oil and gas assets and liabilities to HMH.

Alta Mesa has alleged that High Mesa Services LLC ("HMS"), a subsidiary of HMI is the obligor under two promissory notes in the principal amount of $1.5 million and $8.5 million. Alta Mesa has claimed that as of December 31, 2018, approximately $1.7 million and $11.7 million, respectively, were outstanding under the promissory notes including the accumulated interest cost. When the $1.5 million promissory note allegedly became due on February 28, 2019, HMS made no payment as HMI disputes that it has any obligation to pay the $1.5 million promissory note and the $8.5 million promissory note to Alta Mesa. Alta Mesa is pursuing remedies in connection with securing repayment of the past due promissory note by HMS and the $8.5 million promissory note, which allegedly matured on December 31, 2019.

Alta Mesa distributed oil and gas assets to a subsidiary of HMI, and certain subsidiaries of HMI agreed to indemnify and hold Alta Mesa harmless from any liabilities associated with those oil and gas assets, regardless of when those liabilities arose. Alta Mesa also entered into a management services agreement (the "MSA") with HMI whereby Alta Mesa agreed to provide management services to HMI which included both operational and administrative functions. At December 31, 2018, Alta Mesa alleged that HMI owed approximately $10.0 million, which Alta Mesa claimed included amounts owed (i) under the MSA, (ii) from a duplicate revenue payment made to HMI and (iii) pursuant to payables arising prior to the transaction. Subsequent to year-end, Alta Mesa billed HMI an additional $0.9 million for incremental MSA costs incurred and received approximately $1.0 million in payments toward all amounts outstanding. HMI has disputed certain of these amounts. Alta Mesa is pursuing remedies under applicable law in connection with repayment of this receivable.

Additionally, Alta Mesa is co-guarantor under certain surety bonds with HMI, including bonds that cover oil and gas assets owned by them. The surety has requested posting of collateral, which includes HMI surety bonds in an amount of approximately $15 million.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

| Schedule A/B 47 | Vehicles: Vehicles listed are reported to be titled to the Debtor. There are other vehicles that may be in control of a Debtor entity which were not properly transferred following the transaction. The Debtor reserves all rights regarding the vehicles that may be in Debtor's possession but not properly titled and transferred and may amend these schedules as appropriate. |
|---|---|

Fill in this information to identify the case:

Debtor name      **The Meridian Resource and Exploration, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
                                                                                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $    **11,500,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **11,500,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **267,174.51**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **357,616.02**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$    **41,186,767.14**

4.  **Total liabilities** ....................................................................................................................
Lines 2 + 3a + 3b
$    **41,811,557.67**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **The Meridian Resource and Exploration, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
   amended filing

---

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

    8.1.   **General State of Louisiana Bond B010804; Chevron Bond B010036**      **$11,500,000.00**

9.    **Total of Part 2.**                                                   **$11,500,000.00**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **The Meridian Resource and Exploration, LLC**   Case number *(If known)* _____
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Oilfield equipment | **Unknown** | | **Unknown** |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

_____
**$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 2

Debtor **The Meridian Resource and Exploration, LLC**          Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See attached Exhibit B-55 detailing the Oil & Gas Lease Schedules.** | | $11,452,789.03 | | **Unknown** |

56.     **Total of Part 9.**                                                     | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                          Current value of debtor's interest

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor      **The Meridian Resource and Exploration, LLC**                    Case number *(If known)* _____
            Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Intercompany Accounts Receivable**                                                                **Unknown**

78.    **Total of Part 11.**                                                                    | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **The Meridian Resource and Exploration, LLC**    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,500,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,500,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,500,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION Exhibit Schedule B55 - Leases, ROW, ORRI

| Contract Type | Contract ID | Entity | Lessor/Grantor | Date | State | County | Description | Book | Page |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 0005-00001-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAMS INC | 8/29/1934 | LA | TERREBONNE | Section: 18, Township: 17S, Range: 15E | 103 | 274 |
| Oil and Gas Lease | 0005-00002-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SOUTHDOWN INC | 5/6/1935 | LA | TERREBONNE | Section: 22, Township: 17S, Range: 15E | 104 | 552 |
| Oil and Gas Lease | 2052-00001-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF LOUISIANA 340 | 2/4/1936 | LA | ST MARY | SL 340-53 SL 340-58 SL 340-80 (P Sand) SL 340-189 (O2 Sand) SL 340-190 (S Sand) SL 340-1 SWD SL 340-2 SWD SL 340-23 SWD SL 340-32 SL 340-57 SL 340-30D SL 340-45D SL 340-53D SL 340-58D SL 340-66D | 5-F | 387 |
| Oil and Gas Lease | 0005-00003-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF LOUISIANA 483 | 1/28/1941 | LA | TERREBONNE | Section: 999, Township: 16S, Range: 15E | 146 1805 193 1287 129 | 364 |
| Oil and Gas Lease | 1522-00001-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 30081 | 6/11/1946 | TX | CHAMBERS | TRINITY BAY | 113 OR 899 99 | 344 484 197 267 |

| Oil and Gas Lease | 1522-00002-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 30082 | 6/11/1946 | TX | | CHAMBERS | TRINITY BAY | 899 OR 99 | 197 484 271 |
| Oil and Gas Lease | 1522-00003-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 30094 | 6/11/1946 | TX | | CHAMBERS | TRINITY BAY | 899 113 OR 99 | 197 361 484 404 |
| Oil and Gas Lease | 1522-00004-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33740 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | OR 899 117 | 484 197 532 |
| Oil and Gas Lease | 1522-00005-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33743 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | 899 OR 117 | 197 484 544 |
| Oil and Gas Lease | 1522-00006-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33746 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | 899 OR 117 | 197 484 552 |
| Oil and Gas Lease | 1522-00007-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33749 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | 899 OR 117 | 197 484 564 |
| Oil and Gas Lease | 1522-00008-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33750 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | 899 OR 117 | 197 484 568 |
| Oil and Gas Lease | 1522-00009-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33753 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | 899 OR 117 | 197 484 580 |
| Oil and Gas Lease | 1522-00010-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33754 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | OR 117 | 484 584 |
| Oil and Gas Lease | 1522-00011-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33755 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | OR 899 117 | 484 197 588 |
| Oil and Gas Lease | 1522-00018-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33751 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | OR 899 117 | 484 197 572 |
| Oil and Gas Lease | 1522-00019-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 33752 | 12/17/1948 | TX | | CHAMBERS | TRINITY BAY | 899 OR 117 | 197 484 576 |
| Oil and Gas Lease | 1522-00012-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 34332 | 6/13/1949 | TX | | CHAMBERS | TRINITY BAY | OR 899 119 | 484 197 616 |

| Oil and Gas Lease | 1522-00013-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 34334 | 6/13/1949 | TX | | CHAMBERS | TRINITY BAY | 899 OR 119 | 197 484 612 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1522-00015-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 37662 | 10/10/1951 | TX | | CHAMBERS | TRINITY BAY | 899 OR 141 | 197 484 585 |
| Oil and Gas Lease | 1522-00014-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 38504 | 3/12/1952 | TX | | CHAMBERS | TRINITY BAY | OR 899 142 | 484 197 16 |
| Oil and Gas Lease | 1522-00016-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 44166 | 5/10/1955 | TX | | CHAMBERS | TRINITY BAY | 899 OR 167 | 197 484 388 |
| Oil and Gas Lease | 1522-00017-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF TX-COMMISSIONER OF M 48045 | 6/10/1957 | TX | | CHAMBERS | TRINITY BAY | OR 899 194 | 484 197 34 |
| Oil and Gas Lease | 1135-00002-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICKY L. HARRIS, ETUX | 10/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00005-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANDREW A. MCFALLS, ETUX | 10/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00045-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BILLY TABLER | 10/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00020-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES LEE WORTHINGTON ET UX | 10/23/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00008-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD BARRY DEUEL | 10/27/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00122-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELZIVER HOKANSON ROBBINS,ETVIR | 10/27/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00044-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONNIE E. THOMAS (A/K/A | 10/28/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00009-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY L. MARRS, ETUX | 10/29/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |

| Oil and Gas Lease | 1135-00013-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONALD L. KAY, ETUX | 10/29/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 | 891 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00006-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CORBLY J ESTLACK ET UX | 11/3/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00007-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SYLVIA H FULMER | 11/3/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00004-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES D FULMER JR ET UX | 11/5/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00092-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RD EXPLORATION INC | 11/5/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00003-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALBERT FORD WHATLEY ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00011-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CARL J RICHARDSON ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00012-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLES B ROGERS ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00016-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GERALD CORRELL ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00017-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT C LINDQUIST ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00022-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HOANG THUONG ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00023-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DUNG THE TRUONG ET UX | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00026-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | APRIL L MABRY BROWN ET VIR | 11/11/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |

| Oil and Gas Lease | 1135-00030-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK C BRYAN ET UX | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00031-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANTY LOU MCDOUGLE | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00035-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN E WELLS ET UX | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00046-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT HOOD ET AL | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00062-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLES F GERLING | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00066-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DUANE ALLEN SEDGWICK REVOCABLE | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00076-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROSCOE WELLS JR | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00087-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LAYMAN B SALTZ ET UX | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00093-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WESLEY DAVID BEVERLY ET UX | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00098-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LESTER CARR ET UX | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00101-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICKEY CARR ET UX | 11/11/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00014-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BOBBY NELSON WALLACE | 11/12/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00018-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LELAND KURT BUSCH | 11/13/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |

| Oil and Gas Lease | 1135-00015-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BARBARA A PENCE | 11/14/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00010-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY E JACOBSEN ET UX | 11/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00047-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SAMUEL ADAMS | 11/18/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00019-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROY A BRADWAY | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00021-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILBURN FRASURE ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00024-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICKY D BREWER | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00025-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYMOND MANIS ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00027-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARIE MILLS ET VIR | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00028-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD MICHAEL CASTO | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00032-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GERALD E COLLINS | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00033-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | F MIKE TRIPPODO ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00034-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE E BUCKMINSTER | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00036-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WAYNE O LAWRENCE | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |

| Oil and Gas Lease | 1135-00037-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GERALDINE HARGETT | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00038-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KAY H JEFFERSON | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00039-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN D HARDY | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00040-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BILLY JAMES SMITH ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00041-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JACQUELYN BERT HOWARD ET VIR | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00042-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM SARTWELLE JR | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00043-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM ILGENFRITZ ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00048-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GARADEEN KILLIAN BACON | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00049-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY FRANCIS BREWER ET VIR | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00055-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WALTER E NATEMEYER ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00056-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EVELYN MAE TRIGG | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00057-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JESSE B MCCLARD | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00058-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY CAUSEY ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |

| Oil and Gas Lease | 1135-00059-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY M LONG | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00060-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LON E HEINZE | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00061-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BRUCE EDWIN DESALVO | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00063-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KENNETH M HUCHERSON ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00067-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DIANA BORDAGES | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00068-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY L BOBBITT ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00069-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRED B LYTTLE ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00070-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KEITH E RATERRINK ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 012-42 | 1763 891 |
| Oil and Gas Lease | 1135-00071-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CLINTON RAY HOLT | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00072-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICIA ANN DAVIS | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00073-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CARL O BRADSHAW ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00074-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JESSE M TANNER ET UX | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00075-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SHIRLEY ANN BLOECHER | 11/20/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |

| Oil and Gas Lease | 1135-00077-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANCISCO R QUINTERO ET UX | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00086-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GREGORY V ZINDLER ET UX | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00088-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSETTE TATUM WARREN ET VIR | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00089-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROGERS DOUGLAS ET UX | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00108-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL GLENN GIBBON | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00113-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN SWANSON ET UX | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00118-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VIVIENNE H MCCULLOUGH | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00119-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLIE POLK SMITH | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00183-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROY H SWEETSER ET UX | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00184-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM J SEELHURST | 11/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00029-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DEAN GIBBON | 12/2/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 012-42 14-15 | 891 1763 |
| Oil and Gas Lease | 1135-00078-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PHILLIP THARP, III | 12/9/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00163-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY H SYPTAK | 12/9/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| Oil and Gas Lease | 1135-00050-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | E E SMITH ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00051-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HOUSAN GENE HARRILL ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00052-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | REGINA FELAN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00053-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BEVERLY S NUNN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00054-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JIMMY NGUYEN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00064-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONALD O KIGHT | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00065-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | AVIS G BYRD ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00079-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | AUDREY NELSON | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00080-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILBURN ALVIN CASINGER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00081-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT RIDGELL | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00082-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD L MULLIS ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00083-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RALPH A COTHRAN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00084-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TED D CHALK ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |

| Oil and Gas Lease | 1135-00085-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STEVEN L SIMMONS ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00090-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLOTTE S GARNER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00091-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVE LEE WOOD ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00094-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HOWARD D SEWELL ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00095-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BARBARA H HEINS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00096-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT T WARE ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00097-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GARY L JONES ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00099-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELWOOD PHILLIPS ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00100-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MANUEL G PENA ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00103-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRED MILLER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00104-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CLAYTON HAMM ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00106-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM A ROSENKRANZ ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00110-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM A SEARLE JR ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |

| Oil and Gas Lease | 1135-00112-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEAH M STEPHENS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00114-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GAYLE LOCKEY ET AL | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00115-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD WAYNE MANN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00116-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSEPH J KEARNS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00124-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JENNIFER COBB | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00128-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT E CHANDLER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00129-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT E CHANDLER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00130-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THANH D PHAM | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00131-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | H L YATES | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00133-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE A CONSTANCE ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00135-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RODOLFO COMA ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00136-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JEFFERY S LANSKROENER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00141-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALBERT L LOUTHAN ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| Oil and Gas Lease | 1135-00142-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PEGGY PETTERS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00143-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE EARL CLORE | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00144-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL E STEWART | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00145-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DIANNE NUTT | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00146-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONNA LEE BUCHANAN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00147-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALBINO TORRES JR ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00148-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LLOYD B QUINBY II ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00149-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID WILLIAMSON ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00150-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE RIKER | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00151-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANCES L BOGGS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00152-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM H MAXWELL III | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00153-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ADMIRALTY TRUST | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00156-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TAMELA ANN DAMON | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| Oil and Gas Lease | 1135-00157-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN E LANKFORDS SR ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00160-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | A M SEELHURST ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00161-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LUCIUS L HUDGINS ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00169-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TROY VALENTINO ET AL | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00172-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT DEAN BROWN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00174-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID P REYNOLDS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00176-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BETTY LOU CAMPBELL | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00178-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE A MANIS | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00181-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL GENE DUNN ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00185-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD HLAVKA ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00186-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GOLGREN PROPERTIES INC | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00188-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES FRANKLIN STAFFORD ET UX | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00189-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BESS DUNN | 12/15/1997 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| Oil and Gas Lease | 1135-00190-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RODNEY THORNTON | 12/15/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00191-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BILL M WILLIAMS ET UX | 12/15/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00192-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALLEN C EVANS ET UX | 12/15/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00195-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTHONY ARLON BALAY ET UX | 12/15/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00199-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CARMEL BOSCO ET UX | 12/15/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00214-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JUANITA COSELLI | 12/15/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00134-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAY KOSKA | 12/16/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00140-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDDY J LANDRY JR | 12/16/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00125-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLES W BISHOP | 12/17/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00137-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DIANNE D KINGSLEY ET AL | 12/17/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00102-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALVA M CLARKE | 12/18/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00107-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ORVIL R JONES | 12/18/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00126-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL R CANTRELL ET UX | 12/18/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |

| Oil and Gas Lease | 1135-00164-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | AMERICAN CANCER SOCIETY | 12/18/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00117-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TIMOTHY LUSH | 12/19/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00105-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM P DEADY | 12/20/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00123-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CONWAY HALL ET UX | 12/23/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00109-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SANDRA K ECKELS | 12/24/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00120-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GLENDA K COCHRAN | 12/24/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00138-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LATHAM J KERLEY | 12/24/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00127-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KATHERINE A MONTGOMERY ET VIR | 12/29/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00155-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDWARD A DONZE ET UX | 12/30/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00111-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONALD CIMRHANZEL | 12/31/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00168-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | NANCY A TISDALE ET VIR | 12/31/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00177-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BLAKE WELDON LEE | 12/31/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00179-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BETTY LOU CAMPBELL | 12/31/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| Oil and Gas Lease | 1135-00180-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY RUTH BRALY | 12/31/1997 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00121-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DARWIN M NIX | 1/2/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | | |
| Oil and Gas Lease | 1135-00154-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SHIRLEY MAE FUERST | 1/6/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00165-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ERIC E BEARDSLEE | 1/6/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00166-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ERIC E BEARDSLEE | 1/6/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00139-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | NATHAN SHAW | 1/9/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00170-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JACK M MCCARSON TRUST | 1/20/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00171-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EULA FULTON | 1/20/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00132-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | D A HARPER | 1/23/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00159-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MIRIAN B MUNHOLLAND | 1/28/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00212-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SYLVIA N KIMBREL | 1/30/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00213-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CLAUDE WILLIAM COLLINS ET UX | 1/30/1998 | TX | | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 0936-00006-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GREGORY ALAN MAIER | 2/1/1998 | LA | | JEFFERSON | Section: 1, Township : 19S, Range: 24E | 2989 | 454 |

| Oil and Gas Lease | 0936-00006-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALAN O MAIER | 2/1/1998 | LA | JEFFERSON | Section: 1, Township : 19S, Range: 24E | 138 140 136 1031 | 91 484 664 730 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 0936-00006-002 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALAN O MAIER | 2/1/1998 | LA | JEFFERSON | Section: 1, Township : 19S, Range: 24E | 136 | 664 |
| Oil and Gas Lease | 1135-00207-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM L WALDEN | 2/2/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00167-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | W L HALUSKA | 2/4/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00205-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE KOUMONDUROS ET UX | 2/4/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00209-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HARLEY COX | 2/4/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00162-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARK GRACE | 2/5/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00182-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LA VERNA A YOUNG ET AL | 2/5/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00201-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELNORA L ALLEN | 2/9/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00001-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYE MONA KLIESING | 2/10/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00158-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYE MONA KLIESING | 2/10/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00187-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES PALLAN ET UX | 2/10/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| Oil and Gas Lease | 1135-00173-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBIN JOHN BALDWIN | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00175-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE J BUYAJIAN | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00193-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DANIEL GIESLER ET UX | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00194-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES C EDWARDS ET UX | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00196-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DORENA BISBEE | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00200-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELIZABETH M CORONA | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00203-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANDREW EDWARD SWARTZFAGER | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00204-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGE CRATE ET AL | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00208-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT M MCCABE | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00210-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | NEAL P COCKRELL | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00211-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JIMMIE C CORONA ET UX | 2/15/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00206-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JACOB R DIDION | 2/16/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00197-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KENNETH EARL DURAND ET AL | 2/20/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1135-00198-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KENNETH EARL DURAND ET AL | 2/20/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 1135-00202-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD CANO | 2/20/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 14-15 | 1763 |
| Oil and Gas Lease | 0936-00003-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF LOUISIANA 16006 | 3/16/1998 | LA | PLAQUEMINES | SL 15858 1 (S Manila Village) | 927 | 327 |
| Oil and Gas Lease | 0936-00004-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF LOUISIANA 16007 | 3/16/1998 | LA | PLAQUEMINES | SL 15858 1 (S Manila Village) | 927 | 346 |
| Oil and Gas Lease | 1135-00001-MIN 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLES FOKES | 4/7/1998 | TX | GALVESTON | San Leon Gas Unit (ORRI) | 1251 | 1437 |
| Oil and Gas Lease | 0936-00005-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SUE ROUSE EWALD | 5/15/1998 | LA | JEFFERSON | Section: 1, Township: 19S, Range: 24E | CB 3085 2988 | PG 378 411 |
| Oil and Gas Lease | 0936-00001-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOUISIANA LAND & EXPL CO | 11/17/1998 | LA | JEFFERSON | Section: 1, Township: 19S, Range: 24E | 137 186 3085 1033 | 544 67 375 76 |
| Oil and Gas Lease | 1146-00001-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOUISIANA LAND & EXPL CO | 6/15/2000 | LA | TERREBONNE | Section: 33, Township: 19S, Range: 15E | | |
| Oil and Gas Lease | 1146-00001-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOUISIANA LAND & EXPL CO | 6/15/2000 | LA | TERREBONNE | Section: 34, Township: 19S, Range: 15E | | |
| Oil and Gas Lease | 0005-00003-MIN 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THE MERIDIAN RES & EXPL LLC | 4/1/2005 | LA | TERREBONNE | Section: 1, Township: 17S, Range: 15E | 1913 | 584 |
| Oil and Gas Lease | 1505-00082-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LAWRENCE KOLAR | 2/9/2008 | TX | LAVACA | LAVACA COUNTY | 473 485 488 449 473 | 51 800 733 513 122 |

| Oil and Gas Lease | 1505-00083-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & DEBRA PUSTKA | 2/9/2008 | TX | | LAVACA | LAVACA COUNTY | 485 488 449 473 449 | 800 733 513 51 538 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00084-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY & WANDA ZABRANSKY | 2/9/2008 | TX | | LAVACA | LAVACA COUNTY | 473 485 488 449 481 | 51 800 733 513 598 |
| Oil and Gas Lease | 1505-00085-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYMOND & LILLIE KOLAR | 2/9/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 485 449 449 | 51 733 800 513 534 |
| Oil and Gas Lease | 1505-00086-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WELGENE & EVELYN HOFFMANN | 2/9/2008 | TX | | LAVACA | LAVACA COUNTY | 449 485 488 473 468 | 513 800 733 51 456 |
| Oil and Gas Lease | 1505-00087-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PAUL & SUSAN PUSTKA | 2/9/2008 | TX | | LAVACA | LAVACA COUNTY | 485 473 488 449 449 | 800 51 733 513 530 |
| Oil and Gas Lease | 1505-00002-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALLEN F & ROSANNA RAAB | 2/12/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 485 449 464 468 | 51 733 800 513 573 462 |
| Oil and Gas Lease | 1505-00088-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DELLA BERGER | 2/12/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 484 468 455 | 51 733 299 448 391 |
| Oil and Gas Lease | 1505-00088-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DELLA BERGER | 2/12/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 484 468 455 | 51 733 299 448 391 |
| Oil and Gas Lease | 1505-00089-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENNIS & LORENE NOLLKAMPER | 2/12/2008 | TX | | LAVACA | LAVACA COUNTY | 449 485 488 473 449 | 513 800 733 51 528 |
| Oil and Gas Lease | 1505-00090-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MAGDALENE BOEHM | 2/12/2008 | TX | | LAVACA | LAVACA COUNTY | 473 485 488 449 449 | 51 800 733 513 513 |

| Oil and Gas Lease | 1505-00090-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MAGDALENE BOEHM | 2/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 | 51 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 485 | 800 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 513 |
| | | | | | | | | 449 | 513 |
| Oil and Gas Lease | 1505-00091-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT C & MARTHA L MAEKER | 2/12/2008 | TX | LAVACA | LAVACA COUNTY | 449 | 513 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 485 | 800 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 517 |
| Oil and Gas Lease | 1505-00091-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT C & MARTHA L MAEKER | 2/12/2008 | TX | LAVACA | LAVACA COUNTY | 449 | 513 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 485 | 800 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 517 |
| Oil and Gas Lease | 1505-00091-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT C & MARTHA L MAEKER | 2/12/2008 | TX | LAVACA | LAVACA COUNTY | 449 | 513 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 485 | 800 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 517 |
| Oil and Gas Lease | 1505-00092-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE & BETTY PUSTKA | 2/12/2008 | TX | LAVACA | Matias Unit 1H | 449 | 513 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 485 | 800 |
| | | | | | | | | 468 | 460 |
| Oil and Gas Lease | 1505-00092-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE & BETTY PUSTKA | 2/12/2008 | TX | LAVACA | Matias Unit 1H | 449 | 513 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 485 | 800 |
| | | | | | | | | 468 | 460 |
| Oil and Gas Lease | 1505-00093-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DARLENE POKLUDA | 2/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 | 51 |
| | | | | | | | | 485 | 800 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 513 |
| | | | | | | | | 449 | 520 |
| Oil and Gas Lease | 1505-00075-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD VOELKEL | 2/13/2008 | TX | LAVACA | LAVACA COUNTY | 473 | 51 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 58 |
| Oil and Gas Lease | 1505-00078-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VICTOR S & MARY ANN PUSTKA | 2/13/2008 | TX | LAVACA | LAVACA COUNTY | 473 | 51 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 64 |
| Oil and Gas Lease | 1505-00079-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ERNEST BERGER | 2/13/2008 | TX | LAVACA | LAVACA COUNTY | 488 | 733 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 449 | 66 |
| Oil and Gas Lease | 1505-00079-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ERNEST BERGER | 2/13/2008 | TX | LAVACA | LAVACA COUNTY | 488 | 733 |
| | | | | | | | | 473 | 51 |
| | | | | | | | | 449 | 66 |
| Oil and Gas Lease | 1505-00096-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALBERT E & MARGARET SMOTEK | 2/13/2008 | TX | LAVACA | LAVACA COUNTY | 473 | 51 |
| | | | | | | | | 488 | 733 |
| | | | | | | | | 449 | 80 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00173-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY GENE BENES ET UX | 2/13/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 465 453 | 51 733 70 285 |
| Oil and Gas Lease | 1505-00001-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT R & ALICE THURMOND | 2/14/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 56 |
| Oil and Gas Lease | 1505-00076-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHNNIE J & JOYCE VALCHAR | 2/14/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 457 | 733 51 142 |
| Oil and Gas Lease | 1505-00097-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARVIN L & MARY K KRESTA | 2/14/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 468 449 | 51 733 473 82 |
| Oil and Gas Lease | 1505-00006-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY J & ANITA F SHIMEK | 2/16/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 165 |
| Oil and Gas Lease | 1505-00007-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JACK E CLARK | 2/16/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 90 |
| Oil and Gas Lease | 1505-00104-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LADDIE & RITA KURTZ LIVING | 2/16/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 94 |
| Oil and Gas Lease | 1505-00095-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY J KLEKAR | 2/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 77 |
| Oil and Gas Lease | 1505-00099-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & DEBRA BLASCHKE | 2/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 475 |
| Oil and Gas Lease | 1505-00081-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENEDICT A SVETLIK, ET AL | 2/18/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 70 |
| Oil and Gas Lease | 1505-00081-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENEDICT A SVETLIK, ET AL | 2/18/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 70 |
| Oil and Gas Lease | 1505-00094-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BEN J MATULA | 2/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 73 |
| Oil and Gas Lease | 1505-00098-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DANIEL F & DORIS G OPELA | 2/18/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 84 |

| Oil and Gas Lease | 1505-00146-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALFONSE & CYNTHIA SVETLIK | 2/18/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 412 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00004-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | A JOHN & SHARON K JAKS | 2/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 273 |
| Oil and Gas Lease | 1505-00080-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MADELEINE & MARVIN J MICHALEC | 2/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 68 |
| Oil and Gas Lease | 1505-00125-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BASIL RAY NOVOSAD | 2/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 277 |
| Oil and Gas Lease | 1505-00125-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BASIL RAY NOVOSAD | 2/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 277 |
| Oil and Gas Lease | 1505-00240-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LADSHAW EXPLOSIVES INC | 2/19/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 453 465 | 733 51 182 58 |
| Oil and Gas Lease | 1505-00276-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRED & AMY LYNN BERGER | 2/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 469 460 | 51 733 464 193 |
| Oil and Gas Lease | 1505-00013-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID SR & DIANE HALATA | 2/20/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 124 |
| Oil and Gas Lease | 1505-00013-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID SR & DIANE HALATA | 2/20/2008 | TX | | LAVACA | LAVACA COUNTY | 449 | 124 |
| Oil and Gas Lease | 1505-00102-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE J & LORINA D MACHE | 2/20/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 89 |
| Oil and Gas Lease | 1505-00103-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DALE HALATA | 2/20/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 92 |
| Oil and Gas Lease | 1505-00108-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FORREST L DITTRICK | 2/20/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 96 |
| Oil and Gas Lease | 1505-00124-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN LADSHAW | 2/20/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 463 | 733 51 56 |

| Oil and Gas Lease | 1505-00144-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MILTON & PATRICIA MACHE | 2/20/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 465 | 51 733 606 822 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00011-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN & KATHLEEN FOWLKES | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 833 |
| Oil and Gas Lease | 1505-00020-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TRAVIS A & MERLINE ROLLINS | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 217 |
| Oil and Gas Lease | 1505-00020-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TRAVIS A & MERLINE ROLLINS | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 217 |
| Oil and Gas Lease | 1505-00020-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TRAVIS A & MERLINE ROLLINS | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 453 | 217 |
| Oil and Gas Lease | 1505-00069-003 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VIRGINIA M KUBENKA | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 464 | 51 733 555 565 |
| Oil and Gas Lease | 1505-00100-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | IRENE A SZWARC | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 86 |
| Oil and Gas Lease | 1505-00101-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALVIN J & GLADYS M BESETZNY | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 455 | 733 51 812 393 |
| Oil and Gas Lease | 1505-00112-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TIMOTHY J KRESTA | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 171 |
| Oil and Gas Lease | 1505-00118-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CAROLINE J & DENNIS R SIEGEL | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 106 |
| Oil and Gas Lease | 1505-00119-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALFRED P DIERSCHKE JR | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 108 |
| Oil and Gas Lease | 1505-00130-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROY GENE HENRICHS | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 464 | 51 733 405 585 |
| Oil and Gas Lease | 1505-00135-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATY KLEKAR | 2/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 601 |

| Oil and Gas Lease | 1505-00005-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK J & DOLORES A JANAK | 2/22/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 | 733 51 60 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00149-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANDREW G BORDOVSKY | 2/22/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 196 |
| Oil and Gas Lease | 1505-00208-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK J & DOLORES A JANAK | 2/22/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 465 | 51 733 62 |
| Oil and Gas Lease | 1505-00068-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PAUL L HYBNER | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 174 |
| Oil and Gas Lease | 1505-00068-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID G HYBNER | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 176 |
| Oil and Gas Lease | 1505-00068-003 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CYNTHIA M JAHN | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 178 |
| Oil and Gas Lease | 1505-00070-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TRAVIS E & MARILYN B KNOWLTON | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 410 68 |
| Oil and Gas Lease | 1505-00111-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THERESA HARSCH | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 399 |
| Oil and Gas Lease | 1505-00133-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT J BOLLUM, TTE | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 603 |
| Oil and Gas Lease | 1505-00147-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID NETARDUS | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 212 |
| Oil and Gas Lease | 1505-00152-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALVIN BOLLUM | 2/23/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 467 449 | 733 51 175 599 |
| Oil and Gas Lease | 1505-00069-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THOMAS M BERGER | 2/24/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 | 51 733 567 |
| Oil and Gas Lease | 1505-00117-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRIETTA NEVLUD | 2/24/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 279 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00143-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KENNETH R MACHE | 2/24/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 465 449 | 51 733 804 600 |
| Oil and Gas Lease | 1505-00009-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILBERT & CHARLOTTE DORNAK | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 485 460 464 | 51 733 513 800 189 581 |
| Oil and Gas Lease | 1505-00009-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILBERT & CHARLOTTE DORNAK | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 485 460 464 | 51 733 513 800 189 581 |
| Oil and Gas Lease | 1505-00009-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILBERT & CHARLOTTE DORNAK | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 464 | 581 |
| Oil and Gas Lease | 1505-00010-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARK A PEKAR | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 102 |
| Oil and Gas Lease | 1505-00010-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JEROME R PEKAR | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 104 |
| Oil and Gas Lease | 1505-00069-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID L BERGER | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 464 | 51 733 569 |
| Oil and Gas Lease | 1505-00110-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARCUS & J'DON BOLLOM | 2/25/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 455 | 51 733 395 397 |
| Oil and Gas Lease | 1505-00109-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES E & LAVERNE MIKULENKA | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 98 |
| Oil and Gas Lease | 1505-00154-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY J KOSTELNIK | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 468 453 | 51 733 446 235 |
| Oil and Gas Lease | 1505-00195-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD R ORSAK | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 299 |
| Oil and Gas Lease | 1505-00221-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENNIE E & VICTORIA C ORSAK | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 474 |

| Oil and Gas Lease | 1505-00236-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD R & WANDA ORSAK | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 507 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00257-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VIRGINIA ANN ORSAK SVETLIK | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 547 |
| Oil and Gas Lease | 1505-00258-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILMA MARY ORSAK WAGNER | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 548 |
| Oil and Gas Lease | 1505-00268-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALPHONSE J HERMIS JR | 2/26/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 409 |
| Oil and Gas Lease | 1505-00018-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | NORBERT D JANAK | 2/27/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 835 |
| Oil and Gas Lease | 1505-00018-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | NORBERT D JANAK | 2/27/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 835 |
| Oil and Gas Lease | 1505-00113-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK & BARBARA PESEK | 2/27/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 100 |
| Oil and Gas Lease | 1505-00114-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENNIS V & MARY JANE KRAM | 2/27/2008 | TX | | LAVACA | Matias Unit 1H | 488 473 449 | 733 51 839 |
| Oil and Gas Lease | 1505-00114-000 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENNIS V & MARY JANE KRAM | 2/27/2008 | TX | | LAVACA | Matias Unit 1H | 488 473 449 | 733 51 839 |
| Oil and Gas Lease | 1505-00114-000 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENNIS V & MARY JANE KRAM | 2/27/2008 | TX | | LAVACA | Kosmo 1H (ORRI) Kosmo 2H Kosmo 3H Kosmo 4H Kosmo 5H | 488 473 449 | 733 51 839 |
| Oil and Gas Lease | 1505-00116-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARCUS & REBECCA BOLLOM | 2/27/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 449 464 | 51 733 837 221 |

| Oil and Gas Lease | 1505-00126-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARTHA OTHOLD | 2/27/2008 | TX | LAVACA | Pilsner Hunter 1H (ORRI) Pilsner Hunter 2H Pilsner Hunter 3H Pilsner Hunter 4H Pilsner Hunter 5H | 473 488 453 | 51 733 289 |
| Oil and Gas Lease | 1505-00128-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEROY J & PAULINE BEAL | 2/27/2008 | TX | LAVACA | Leal Unit 1H | 473 488 449 | 51 733 110 |
| Oil and Gas Lease | 1505-00128-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEROY J & PAULINE BEAL | 2/27/2008 | TX | LAVACA | Leal Unit 1H | 473 488 449 | 51 733 110 |
| Oil and Gas Lease | 1505-00136-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STEVEN L AND SHANDLYN K KOEHNE | 2/27/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 116 |
| Oil and Gas Lease | 1505-00166-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANNIE & WILLIAM GOODMAN | 2/27/2008 | TX | LAVACA | Kosmo 1H (ORRI) Kosmo 2H Kosmo 3H Kosmo 4H Kosmo 5H | 473 488 449 | 51 733 590 |
| Oil and Gas Lease | 1505-00307-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DALTON NOLLKAMPER | 2/27/2008 | TX | LAVACA | LAVACA COUNTY | 473 481 488 464 465 | 51 772 733 560 814 |
| Oil and Gas Lease | 1505-00009-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | AUGUST C KUBECKA | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 191 |
| Oil and Gas Lease | 1505-00012-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYMOND E & AUGUSTINE A KELNAR | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 542 |

| Oil and Gas Lease | 1505-00014-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GLENN RAY & LINDA A LEIST | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 469 | 51 733 225 456 |
| Oil and Gas Lease | 1505-00014-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GLENN RAY & LINDA A LEIST | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 464 | 225 |
| Oil and Gas Lease | 1505-00052-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BEVERLY PAULER LANDRUM | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 457 | 51 733 156 154 |
| Oil and Gas Lease | 1505-00052-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BEVERLY PAULER LANDRUM | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 457 | 51 733 156 154 |
| Oil and Gas Lease | 1505-00052-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BEVERLY PAULER LANDRUM | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 457 457 | 154 156 |
| Oil and Gas Lease | 1505-00052-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BEVERLY PAULER LANDRUM | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 457 457 | 154 156 |
| Oil and Gas Lease | 1505-00121-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VACLAV A & VICTORIA NETARDUS | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 | 733 51 64 |
| Oil and Gas Lease | 1505-00132-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SYLVIA E. & LEON H.BERTRAM | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 112 |
| Oil and Gas Lease | 1505-00139-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HAROLD & JOYCE STINDT | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 118 |
| Oil and Gas Lease | 1505-00189-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LAWRENCE BERGER | 2/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 422 |
| Oil and Gas Lease | 1505-00115-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LILLIAN R WAGNER | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 449 | 51 733 587 552 |
| Oil and Gas Lease | 1505-00127-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE A & ADELINE G KRENEK | 2/29/2008 | TX | LAVACA | Amber 1H (ORRI) Amber 2H | 473 488 453 | 51 733 184 |
| Oil and Gas Lease | 1505-00131-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDWIN D CHOVANETZ | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 186 |

| Oil and Gas Lease | 1505-00134-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID JOE KOLANCY | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 114 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00141-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EARL L & BETTY HEINSOHN | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 122 |
| Oil and Gas Lease | 1505-00150-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LADDIE WAGNER JR | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 473 485 488 449 468 | 51 800 733 513 458 |
| Oil and Gas Lease | 1505-00157-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THOMAS RAY KENDZIORA ET UX | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 588 |
| Oil and Gas Lease | 1505-00282-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARK ROZNOVSKY | 2/29/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 455 | 51 733 666 591 |
| Oil and Gas Lease | 1505-00001-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RANDAL T & PAMELA DORNAK | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 481 488 473 | 772 733 51 |
| Oil and Gas Lease | 1505-00019-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MIRANDA G MOSES | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 215 |
| Oil and Gas Lease | 1505-00028-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LINDA M BERGER | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 202 |
| Oil and Gas Lease | 1505-00028-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CAROL KNEIFEL | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 203 |
| Oil and Gas Lease | 1505-00028-003 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENIS D BERGER | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 206 |
| Oil and Gas Lease | 1505-00028-004 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALLEN BERGER | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 460 | 733 51 204 |
| Oil and Gas Lease | 1505-00039-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD C & JUDY S RICHARDS | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 375 |
| Oil and Gas Lease | 1505-00039-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CLAUDETTE JANE WOYTEK | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 385 |

| Oil and Gas Lease | 1505-00041-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & MARIE TOBOLA | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 499 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00057-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CLAUDETTE JANE WOYTEK | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 623 |
| Oil and Gas Lease | 1505-00077-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CAROL & MICHAEL KNEIFEL | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 62 |
| Oil and Gas Lease | 1505-00140-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HEATHER LEA LOEWE | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 120 |
| Oil and Gas Lease | 1505-00151-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HOLLY HEINSOHN | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 126 |
| Oil and Gas Lease | 1505-00175-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RANDAL T & PAMELA DORNAK | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 576 |
| Oil and Gas Lease | 1505-00177-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DEBORAH WAGNER | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 571 |
| Oil and Gas Lease | 1505-00178-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE DWORSKY | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 580 |
| Oil and Gas Lease | 1505-00182-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MELVIN J & BRENDA K GRAHMANN | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 575 |
| Oil and Gas Lease | 1505-00205-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LINDA M BERGER | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 440 |
| Oil and Gas Lease | 1505-00206-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENIS D & LORI A BERGER | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 253 |
| Oil and Gas Lease | 1505-00222-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RANDAL T & PAMELA DORNAK | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 480 |
| Oil and Gas Lease | 1505-00226-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD RICHARDS | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 267 |

| Oil and Gas Lease | 1505-00233-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT TOBOLA | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 501 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00245-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSEPH F & DIANE M KALLUS | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 523 |
| Oil and Gas Lease | 1505-00245-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSEPH F & DIANE M KALLUS | 3/1/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 523 |
| Oil and Gas Lease | 1505-00122-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RALPH & YVONNE M BESETZNY | 3/2/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 180 |
| Oil and Gas Lease | 1505-00160-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANDREW BESETZNY | 3/2/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 460 | 733 51 184 |
| Oil and Gas Lease | 1505-00137-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELIZABETH J & ARELY D. SCHULTE | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 188 |
| Oil and Gas Lease | 1505-00138-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PAUL G & MARY J LEININGER | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 407 |
| Oil and Gas Lease | 1505-00142-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHNNY SEIDEBERGER | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 465 453 | 51 733 76 190 |
| Oil and Gas Lease | 1505-00153-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KENNETH J & ELAINE K HAUPTMAN | 3/3/2008 | TX | LAVACA | Kosmo 1H (ORRI) Kosmo 2H Kosmo 3H Kosmo 4H Kosmo 5H | 473 488 449 | 51 733 128 |
| Oil and Gas Lease | 1505-00159-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THOMAS J & VICTORIA E KAINER | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 465 | 51 733 130 72 |
| Oil and Gas Lease | 1505-00171-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ERWIN C & CAROLYN KIESEWETTER | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 464 | 51 733 207 563 |
| Oil and Gas Lease | 1505-00174-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DOROTHY MARIE YOUNG | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 469 469 | 51 733 458 461 |

| Oil and Gas Lease | 1505-00174-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DOROTHY MARIE YOUNG | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 469 469 | 51 733 458 461 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00174-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DOROTHY MARIE YOUNG | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 469 469 | 51 733 458 461 |
| Oil and Gas Lease | 1505-00183-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ZISSA CHILDREN'S TRUST C/O | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 548 |
| Oil and Gas Lease | 1505-00211-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARIE TOBOLA | 3/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 450 |
| Oil and Gas Lease | 1505-00034-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAY A & SUSAN R HOUSLEY | 3/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 460 |
| Oil and Gas Lease | 1505-00071-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARVIN & LILLIAN RABEL | 3/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 291 |
| Oil and Gas Lease | 1505-00017-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DANIEL J & MONICA E MATULA | 3/5/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 544 |
| Oil and Gas Lease | 1505-00017-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DANIEL J & MONICA E MATULA | 3/5/2008 | TX | LAVACA | LAVACA COUNTY | 449 | 544 |
| Oil and Gas Lease | 1505-00047-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOUIS ROTHER | 3/5/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 543 |
| Oil and Gas Lease | 1505-00047-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOUIS ROTHER | 3/5/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 543 |
| Oil and Gas Lease | 1505-00047-001 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOUIS ROTHER | 3/5/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 543 |
| Oil and Gas Lease | 1505-00155-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELAINE K HAUPTMAN | 3/5/2008 | TX | LAVACA | Kosmo 1H (ORRI) Kosmo 2H Kosmo 3H Kosmo 4H Kosmo 5H | 488 473 453 | 733 51 237 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00317-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CLIFTON W & CLARIEBLE RENKEN | 3/5/2008 | TX | LAVACA | Kosmo 1H (ORRI) Kosmo 2H Kosmo 3H Kosmo 4H Kosmo 5H | 473 488 453 | 51 733 239 |
| Oil and Gas Lease | 1505-00129-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEO J & JOYCE M JANDA | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 209 |
| Oil and Gas Lease | 1505-00145-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LILLIAN BESETZNY | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 192 |
| Oil and Gas Lease | 1505-00148-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOYCE M JANDA | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 194 |
| Oil and Gas Lease | 1505-00167-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STUART & JOANIE KRISCHKE | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 583 |
| Oil and Gas Lease | 1505-00170-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID & KIMBERLY J ULCAK | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 567 |
| Oil and Gas Lease | 1505-00246-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HARRY L & VERNELL M MACIK | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 525 |
| Oil and Gas Lease | 1505-00281-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID ULCAK | 3/6/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 589 |
| Oil and Gas Lease | 1505-00046-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LUKE DANIEL & SARAH MATULA | 3/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 527 |
| Oil and Gas Lease | 1505-00158-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RUSSELL & LAURA JEAN JANAK | 3/7/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 587 |
| Oil and Gas Lease | 1505-00161-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ESTELLE MOTES | 3/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 585 |
| Oil and Gas Lease | 1505-00161-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ESTELLE MOTES | 3/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 585 |

| Oil and Gas Lease | 1505-00163-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DALE T DOLEZAL | 3/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 594 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00172-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALVIN & PATRICIA BOEHM | 3/7/2008 | TX | LAVACA | Amber 1H (ORRI) Amber 2H | 473 488 449 | 51 733 574 |
| Oil and Gas Lease | 1505-00162-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHRIS BERGER | 3/8/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 597 |
| Oil and Gas Lease | 1505-00164-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | IVAN & RUTHIE CLEVELAND | 3/8/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 592 |
| Oil and Gas Lease | 1505-00063-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 200 |
| Oil and Gas Lease | 1505-00063-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 460 | 200 |
| Oil and Gas Lease | 1505-00064-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 473 488 460 | 51 124 733 195 |
| Oil and Gas Lease | 1505-00064-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 460 | 195 |
| Oil and Gas Lease | 1505-00064-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 460 | 195 |
| Oil and Gas Lease | 1505-00065-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 468 | 51 733 198 464 |
| Oil and Gas Lease | 1505-00065-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 468 | 51 733 198 464 |
| Oil and Gas Lease | 1505-00066-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK JOSEPH MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 | 51 733 229 |
| Oil and Gas Lease | 1505-00074-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDWARD & E MARLENE KADLECEK | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 649 |

| Oil and Gas Lease | 1505-00320-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 460 | 733 51 201 |
| Oil and Gas Lease | 1505-00321-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANK H & ELROSE S MIGL | 3/10/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 199 |
| Oil and Gas Lease | 1505-00061-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARVIN & CARLENE M TABOLA | 3/11/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 664 |
| Oil and Gas Lease | 1505-00179-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DEBRA LEE SVETLIK | 3/11/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 213 |
| Oil and Gas Lease | 1505-00165-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EARLINE OKRUHLIK | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 205 |
| Oil and Gas Lease | 1505-00168-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK & CYNTHIA CAKA | 3/12/2008 | TX | LAVACA | Porter 1H (ORRI) | 473 488 449 | 51 733 581 |
| Oil and Gas Lease | 1505-00169-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ESTATE OF HATTIE CAKA | 3/12/2008 | TX | LAVACA | Porter 1H (ORRI) | 473 488 449 | 51 733 569 |
| Oil and Gas Lease | 1505-00201-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TRAVIS P & KARI L ETZLER | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 247 |
| Oil and Gas Lease | 1505-00202-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GILBERT & EVELYN MOZISEK | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 249 |
| Oil and Gas Lease | 1505-00207-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EVELYN KONVICKA | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 255 |

| Oil and Gas Lease | 1505-00243-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY JOSEPH SCHMIDT | 3/12/2008 | TX | LAVACA | Pilsner Hunter 1H (ORRI) Pilsner Hunter 2H Pilsner Hunter 3H Pilsner Hunter 4H Pilsner Hunter 5H | 473 488 455 | 51 733 521 |
| Oil and Gas Lease | 1505-00243-000 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY JOSEPH SCHMIDT | 3/12/2008 | TX | LAVACA | Hefe Hunter 1H (ORRI) Hefe Hunter 2H Hefe Hunter 3H Hefe Hunter 4H | 473 488 455 | 51 733 521 |
| Oil and Gas Lease | 1505-00247-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOE F & MARY ALICE MACHICEK | 3/12/2008 | TX | LAVACA | Berger Simper Unit 1 (ORRI) | 473 488 460 | 51 733 211 |
| Oil and Gas Lease | 1505-00261-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTHONY & JO ANNE MATULA | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 560 |
| Oil and Gas Lease | 1505-00263-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTHONY & JO ANNE MATULA | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 564 820 |
| Oil and Gas Lease | 1505-00318-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HARVEY & GLENDA C BESETZNY | 3/12/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 185 |
| Oil and Gas Lease | 1505-00181-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | T JOE & ELIZABETH BOEHM | 3/13/2008 | TX | LAVACA | Porter 1H (ORRI) | 473 488 449 | 51 733 577 |
| Oil and Gas Lease | 1505-00181-000 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | T JOE & ELIZABETH BOEHM | 3/13/2008 | TX | LAVACA | Bock 1,2,3,6,7 H (ORRI) | 473 488 449 | 51 733 577 |

| Oil and Gas Lease | 1505-00244-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CYNTHIA CAKA | 3/13/2008 | TX | LAVACA | Matias Unit 1H | 473 488 453 | 51 733 263 |
| Oil and Gas Lease | 1505-00023-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PONTON CREEK LTD TLP ACTING BY | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 227 |
| Oil and Gas Lease | 1505-00025-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | AUGUSTINE ANN KELNAR | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 297 |
| Oil and Gas Lease | 1505-00030-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSEPH D BUJNOCH | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 442 |
| Oil and Gas Lease | 1505-00030-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSEPH D BUJNOCH | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 442 |
| Oil and Gas Lease | 1505-00030-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GERALDINE & GARRY DORNAK | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 473 455 | 51 733 127 444 |
| Oil and Gas Lease | 1505-00030-003 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTON JR & DOROTHY BUJNOCH | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 444 |
| Oil and Gas Lease | 1505-00184-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | REGINALD R & AMY L OTHOLD | 3/14/2008 | TX | LAVACA | Amber 1H (ORRI) Amber 2H | 488 473 455 | 733 51 420 |
| Oil and Gas Lease | 1505-00184-000 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | REGINALD R & AMY L OTHOLD | 3/14/2008 | TX | LAVACA | Porter 1H (ORRI) | 488 473 455 | 733 51 420 |
| Oil and Gas Lease | 1505-00187-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SID L & DEBORAH L CALDWELL | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 219 |
| Oil and Gas Lease | 1505-00192-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TURKEY CREEK LTD TLP ACTING BY | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 467 453 | 733 51 170 225 |
| Oil and Gas Lease | 1505-00192-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TURKEY CREEK LTD TLP ACTING BY | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 467 453 | 733 51 170 225 |
| Oil and Gas Lease | 1505-00225-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CATHERINE MARIE BERKENHOFF | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 488 |

| Oil and Gas Lease | 1505-00266-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KATHERINE SLOVACEK | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 465 | 51 733 143 66 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00286-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MILTON & HELEN SATSKY | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 597 |
| Oil and Gas Lease | 1505-00291-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BLASE JR. & DEBERAH KONVICKA | 3/14/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 609 |
| Oil and Gas Lease | 1505-00285-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAN JAHN | 3/15/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 595 |
| Oil and Gas Lease | 1505-00060-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL GERALD SABRASULA | 3/16/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 663 |
| Oil and Gas Lease | 1505-00008-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDNA MAE WEHMAN | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 546 |
| Oil and Gas Lease | 1505-00022-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENEDICT & BETTY JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 223 |
| Oil and Gas Lease | 1505-00022-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENEDICT & BETTY JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 453 | 223 |
| Oil and Gas Lease | 1505-00022-001 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENEDICT & BETTY JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 453 | 223 |
| Oil and Gas Lease | 1505-00033-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LAURENCE E & CAROL BLUDAU | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 454 |
| Oil and Gas Lease | 1505-00040-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RANDAL T & PAMELA DORNAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 271 |
| Oil and Gas Lease | 1505-00043-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY & CAROLYN SVETLIK IND. & | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 283 |
| Oil and Gas Lease | 1505-00043-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY & CAROLYN SVETLIK IND. & | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 283 |

| Oil and Gas Lease | 1505-00049-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHRIS BERGER | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 556 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00049-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THERESA L WHEELER | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 383 |
| Oil and Gas Lease | 1505-00051-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELVERA JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 566 |
| Oil and Gas Lease | 1505-00053-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES L & DANA L DAUGHTRY | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 579 |
| Oil and Gas Lease | 1505-00053-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES L & DANA L DAUGHTRY | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 579 |
| Oil and Gas Lease | 1505-00055-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYMOND F & HELEN M JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 601 |
| Oil and Gas Lease | 1505-00056-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD DEAN & CAROLYN OSBORN | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 373 |
| Oil and Gas Lease | 1505-00120-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROSEMARY RISKE | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 403 |
| Oil and Gas Lease | 1505-00176-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BENEDICT & BETTY JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 464 464 | 733 51 571 227 |
| Oil and Gas Lease | 1505-00185-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MAXIE H TESCH | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 293 |
| Oil and Gas Lease | 1505-00185-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MAXIE H TESCH | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 293 |
| Oil and Gas Lease | 1505-00186-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROSALIE TOBOLOA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 551 |
| Oil and Gas Lease | 1505-00190-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MILDRED ROSE GOEDRICH | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 553 |

| Oil and Gas Lease | 1505-00191-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT L GOEDRICH | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 | 51 733 157 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00194-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY & MARILYN MATULA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 233 |
| Oil and Gas Lease | 1505-00196-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARTHA SITKA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 241 |
| Oil and Gas Lease | 1505-00214-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LAURENCE E & CAROL BLUDAU | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 458 |
| Oil and Gas Lease | 1505-00228-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KEVIN J & GAYLE KUBENKA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 490 |
| Oil and Gas Lease | 1505-00230-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SHAWN D MEINKOWSKY | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 494 |
| Oil and Gas Lease | 1505-00238-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY & CAROLYN SVETLIK IND. & | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 511 |
| Oil and Gas Lease | 1505-00252-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SAM & CAROL ALLEN | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 455 | 733 51 377 379 |
| Oil and Gas Lease | 1505-00254-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY ANN FIKAC | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 539 |
| Oil and Gas Lease | 1505-00259-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SYLVESTER & DELORES JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 550 |
| Oil and Gas Lease | 1505-00260-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SYLVESTER & DELORES JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 552 |
| Oil and Gas Lease | 1505-00262-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEON J & THERESA M MATULA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 562 |
| Oil and Gas Lease | 1505-00264-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DANIEL RAY POHL ET UX | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 567 |

| Oil and Gas Lease | 1505-00273-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY & CAROLYN SVETLIK IND. & | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 281 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00273-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LARRY & CAROLYN SVETLIK IND. & | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 281 |
| Oil and Gas Lease | 1505-00278-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY ANN SCHROEDER FOJT | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 583 |
| Oil and Gas Lease | 1505-00284-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDWIN J & MARGIE BROSCH | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 593 |
| Oil and Gas Lease | 1505-00288-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE A & GERTRUDE M JANAK | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 603 |
| Oil and Gas Lease | 1505-00289-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GILBERT J & MARY E URBISH | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 605 |
| Oil and Gas Lease | 1505-00290-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALLEN & ARLENE BECAN | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 607 |
| Oil and Gas Lease | 1505-00290-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALLEN & ARLENE BECAN | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 607 |
| Oil and Gas Lease | 1505-00294-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LINDA K POHL | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 613 |
| Oil and Gas Lease | 1505-00294-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LINDA K POHL | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 613 |
| Oil and Gas Lease | 1505-00295-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & MADELEINE MATULA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 615 |
| Oil and Gas Lease | 1505-00295-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & MADELEINE MATULA | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 615 |
| Oil and Gas Lease | 1505-00299-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EVELYN H HASS | 3/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 621 |

| Oil and Gas Lease | 1505-00299-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EVELYN H HASS | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 621 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00299-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EVELYN H HASS | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 621 |
| Oil and Gas Lease | 1505-00303-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EDWIN KNESEK | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 629 |
| Oil and Gas Lease | 1505-00306-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY & MARILYN MATULA | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 636 |
| Oil and Gas Lease | 1505-00319-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROSEMARY RISKE | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 401 |
| Oil and Gas Lease | 1505-00323-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JANET POHL | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 465 | 51 733 807 |
| Oil and Gas Lease | 1505-00324-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & MADELEINE MATULA | 3/17/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 467 467 | 51 733 162 164 |
| Oil and Gas Lease | 1505-00021-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM J & PATRICIA BARCAK | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 563 |
| Oil and Gas Lease | 1505-00021-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILLIAM J & PATRICIA BARCAK | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 449 | 563 |
| Oil and Gas Lease | 1505-00024-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ARLEY D & ELIZABETH J SCHULTE | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 231 |
| Oil and Gas Lease | 1505-00027-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEROY & ANITA ETZLER | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 430 |
| Oil and Gas Lease | 1505-00027-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEROY & ANITA ETZLER | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 455 | 430 |
| Oil and Gas Lease | 1505-00027-001 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LEROY & ANITA ETZLER | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 455 | 430 |

| Oil and Gas Lease | 1505-00050-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | THERESA NERREN | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 467 455 | 51 733 172 558 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00073-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONALD E PATE | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 295 |
| Oil and Gas Lease | 1505-00180-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JERRY L & MARIAN LACKEY | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 578 |
| Oil and Gas Lease | 1505-00188-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTHONY M & JOAN E CORTE | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 221 |
| Oil and Gas Lease | 1505-00197-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | SHIRLEY MOZISEK | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 467 | 733 51 166 |
| Oil and Gas Lease | 1505-00209-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KAREN R PUSTKA | 3/18/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 446 |
| Oil and Gas Lease | 1505-00029-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JANIE & JAMES ROZNOVSKY | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 438 |
| Oil and Gas Lease | 1505-00200-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PAUL JAMES JANAK | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 245 |
| Oil and Gas Lease | 1505-00203-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STEVE JOHN JANAK | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 434 |
| Oil and Gas Lease | 1505-00204-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JANIE & JAMES ROZNOVSKY | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 436 |
| Oil and Gas Lease | 1505-00210-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROMAN FIKAC | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 448 |
| Oil and Gas Lease | 1505-00215-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT & FLORENCE SCIBA | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 261 |
| Oil and Gas Lease | 1505-00256-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTHONY FIKAC | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 545 |

| Oil and Gas Lease | 1505-00265-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KAREN & CHRIS A ROZNOVSKY | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 569 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00271-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JERRY E & DOROTHY E MORISAK | 3/19/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 457 | 51 733 144 |
| Oil and Gas Lease | 1505-00072-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY D & BETTY A BUJNOCH | 3/21/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 449 | 733 51 561 |
| Oil and Gas Lease | 1505-00199-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JERRY & MARY TIMM | 3/21/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 243 |
| Oil and Gas Lease | 1505-00235-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DARLENE ANN HOFFER | 3/21/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 506 |
| Oil and Gas Lease | 1505-00045-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KENNETH & JULIE STOCK | 3/22/2008 | TX | | LAVACA | Pilsner Hunter 1H (ORRI) Pilsner Hunter 2H Pilsner Hunter 3H Pilsner Hunter 4H Pilsner Hunter 5H | 473 488 469 455 | 51 733 428 -455 517 |
| Oil and Gas Lease | 1505-00038-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RUTH E CONN | 3/23/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 389 |
| Oil and Gas Lease | 1505-00026-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PAUL JAMES JANAK | 3/24/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 428 |
| Oil and Gas Lease | 1505-00031-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | TIMOTHY P & HEIDI E RAINOSEK | 3/24/2008 | TX | | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 452 |
| Oil and Gas Lease | 1505-00032-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RAYMOND THOMAS JANAK | 3/24/2008 | TX | | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 257 |

| Oil and Gas Lease | 1505-00035-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOAN & KEITH MUDD | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 460 | 51 733 427 214 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00042-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MATT VANEK | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 465 455 | 51 733 823 502 |
| Oil and Gas Lease | 1505-00054-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICIA HUGHES LEE | 3/24/2008 | TX | LAVACA | Bock 1,2,3,6,7 H (ORRI) | 473 488 455 | 51 733 599 |
| Oil and Gas Lease | 1505-00054-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICIA HUGHES LEE | 3/24/2008 | TX | LAVACA | Porter 1H (ORRI) | 473 488 455 | 51 733 599 |
| Oil and Gas Lease | 1505-00193-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DENNIS & DARLENE SHIMEK | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 229 |
| Oil and Gas Lease | 1505-00218-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DORIS ANN PUSTKA | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 466 |
| Oil and Gas Lease | 1505-00218-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DORIS ANN PUSTKA | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 466 |
| Oil and Gas Lease | 1505-00234-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MATT VANEK | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 455 | 733 51 821 504 |
| Oil and Gas Lease | 1505-00251-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELVIS & PEARL MAYBERRY | 3/24/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 535 805 |
| Oil and Gas Lease | 1505-00036-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BARBARA J ISCHY | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 381 |
| Oil and Gas Lease | 1505-00036-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BARBARA J ISCHY | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 381 |
| Oil and Gas Lease | 1505-00036-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY ELLEN RICHBURG | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 476 |
| Oil and Gas Lease | 1505-00036-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARY ELLEN RICHBURG | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 476 |

| Oil and Gas Lease | 1505-00038-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID THEISS | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 387 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00198-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CAROLINE HANACEK | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 426 |
| Oil and Gas Lease | 1505-00212-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARVIN & SUSAN BUJNOCH | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 259 |
| Oil and Gas Lease | 1505-00232-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JEANETTE M TARGAC | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 497 |
| Oil and Gas Lease | 1505-00250-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK & MARIE HYBNER | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 533 |
| Oil and Gas Lease | 1505-00279-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WELDON A LYDIA SPIES | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 585 |
| Oil and Gas Lease | 1505-00287-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HEATHER ISCHY & ROLAND VACEK | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 265 |
| Oil and Gas Lease | 1505-00287-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HEATHER ISCHY & ROLAND VACEK | 3/26/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 265 |
| Oil and Gas Lease | 1505-00037-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY B SEWELL | 3/27/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 468 455 | 51 733 471 478 |
| Oil and Gas Lease | 1505-00037-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STANLEY B SEWELL | 3/27/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 478 |
| Oil and Gas Lease | 1505-00073-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOHN C & JEAN W CARPENTER | 3/27/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 251 |
| Oil and Gas Lease | 1505-00217-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CHARLES A & ANGELINE NETARDUS | 3/27/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 464 |
| Oil and Gas Lease | 1505-00253-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ALTON & GAYENELL CHUDEJ | 3/27/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 455 | 733 51 74 537 |

| Oil and Gas Lease | 1505-00105-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RITA M JANAK | 3/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 167 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00106-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RITA M JANAK | 3/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 453 | 733 51 169 |
| Oil and Gas Lease | 1505-00107-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RITA M JANAK | 3/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 565 |
| Oil and Gas Lease | 1505-00237-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DOYLEEN DROZD | 3/28/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 509 819 |
| Oil and Gas Lease | 1505-00239-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LINDA HAMBLIN | 3/28/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 513 |
| Oil and Gas Lease | 1505-00220-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL HYBNER | 3/31/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 470 |
| Oil and Gas Lease | 1505-00223-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WAYNE & BETH JANAK | 3/31/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 482 |
| Oil and Gas Lease | 1505-00216-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONNA SPARKS SMITH | 4/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 462 |
| Oil and Gas Lease | 1505-00219-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD W SPARKS | 4/2/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 468 |
| Oil and Gas Lease | 1505-00227-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | FRANKLIN J & VIVIAN A MOZISEK | 4/2/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 453 | 51 733 269 |
| Oil and Gas Lease | 1505-00229-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUNICE J SPARKS | 4/2/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 492 |
| Oil and Gas Lease | 1505-00231-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LYNN GRAY | 4/2/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 496 |
| Oil and Gas Lease | 1505-00292-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VICTOR I KONCABA | 4/2/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 668 |

| Oil and Gas Lease | 1505-00293-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | VICTOR I KONCABA | 4/2/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 670 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00038-003 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARTIN V THEISS | 4/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 468 | 51 733 484 468 |
| Oil and Gas Lease | 1505-00242-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JEFFERY J OPELA | 4/3/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 519 |
| Oil and Gas Lease | 1505-00248-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE J & MARGARET P NOVAK | 4/3/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 455 | 51 733 231 529 |
| Oil and Gas Lease | 1505-00241-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GUS & CATHERINE BERKENHOFF | 4/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 468 | 51 733 516 466 |
| Oil and Gas Lease | 1505-00255-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY H NOVAK SR | 4/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 541 |
| Oil and Gas Lease | 1505-00255-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRY H NOVAK SR | 4/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 541 |
| Oil and Gas Lease | 1505-00267-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JOSEPH B & ROSE A PUSTKA | 4/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 571 825 |
| Oil and Gas Lease | 1505-00269-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROSE A PUSTKA | 4/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 573 824 |
| Oil and Gas Lease | 1505-00316-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LORINE & DAVID J KUBENKA | 4/4/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 660 |
| Oil and Gas Lease | 1505-00016-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILDOL LTD | 4/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 414 |
| Oil and Gas Lease | 1505-00058-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL H PARTIN | 4/7/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 634 |
| Oil and Gas Lease | 1505-00058-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | KAY WOLTER SIMONS | 4/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 672 |

| Oil and Gas Lease | 1505-00062-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | WILBERT J & DELORES H KLESEL | 4/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 460 | 51 733 207 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00249-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LADDIE F HANACEK JR | 4/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 531 |
| Oil and Gas Lease | 1505-00249-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LADDIE F HANACEK JR | 4/7/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 531 |
| Oil and Gas Lease | 1505-00156-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BARBARA MICHALEC | 4/8/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 449 | 51 733 595 |
| Oil and Gas Lease | 1505-00300-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DONALD & ROSE GIBSON | 4/8/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 464 | 733 51 811 557 |
| Oil and Gas Lease | 1505-00270-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LOIS PILAT | 4/11/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 | 51 733 552 |
| Oil and Gas Lease | 1505-00297-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HENRIETTA M JANSKY | 4/11/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 617 |
| Oil and Gas Lease | 1505-00315-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DAVID STEFFEK | 4/11/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 658 |
| Oil and Gas Lease | 1505-00048-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELISE W FAREK | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 455 | 51 733 161 554 |
| Oil and Gas Lease | 1505-00048-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELISE W FAREK | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 455 457 | 554 161 |
| Oil and Gas Lease | 1505-00048-001 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELISE W FAREK | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 457 455 | 161 554 |
| Oil and Gas Lease | 1505-00274-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EUGENE J & BERNICE M PAULER | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 464 | 51 733 554 |
| Oil and Gas Lease | 1505-00283-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | LINDA M WRIGHT | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 460 | 733 51 208 |

| Oil and Gas Lease | 1505-00296-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | BRUCE E & ZO VRANA | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 611 |
| Oil and Gas Lease | 1505-00298-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DALE L VRANA | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 619 |
| Oil and Gas Lease | 1505-00298-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DALE L VRANA | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 619 |
| Oil and Gas Lease | 1505-00304-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL & RENEE DUSEK | 4/15/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 468 | 51 733 630 450 |
| Oil and Gas Lease | 1505-00272-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICHARD & JO NELL VACEK | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 575 |
| Oil and Gas Lease | 1505-00275-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GEORGIA M HAVEL | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 577 |
| Oil and Gas Lease | 1505-00277-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROLAND JOHN VACEK | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 457 | 733 51 159 |
| Oil and Gas Lease | 1505-00280-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HERBERT C PAULER | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 587 |
| Oil and Gas Lease | 1505-00301-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ANTON & JOSEPHINE ORSAK | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 625 |
| Oil and Gas Lease | 1505-00305-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARGARET & HARRY BARTOSCH | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 468 | 733 51 632 452 |
| Oil and Gas Lease | 1505-00305-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MARGARET & HARRY BARTOSCH | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 468 | 733 51 632 452 |
| Oil and Gas Lease | 1505-00322-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CAROL JEAN BERGER | 4/16/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 581 |
| Oil and Gas Lease | 1505-00308-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT MENDEL | 4/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 | 51 733 146 |

| Oil and Gas Lease | 1505-00308-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT MENDEL | 4/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 | 51 733 146 |
|---|---|---|---|---|---|---|---|---|---|
| Oil and Gas Lease | 1505-00308-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ROBERT MENDEL | 4/17/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 | 51 733 146 |
| Oil and Gas Lease | 1505-00311-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL D & PHYLLIS A JURICA | 4/18/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 650 |
| Oil and Gas Lease | 1505-00059-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES & DOLORES CORPORRON | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 646 |
| Oil and Gas Lease | 1505-00059-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES & DOLORES CORPORRON | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 646 |
| Oil and Gas Lease | 1505-00059-001 3 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES & DOLORES CORPORRON | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 646 |
| Oil and Gas Lease | 1505-00059-001 4 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JAMES & DOLORES CORPORRON | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 455 | 646 |
| Oil and Gas Lease | 1505-00302-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | GARY ULRICH | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 467 | 51 733 627 169 |
| Oil and Gas Lease | 1505-00309-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DOS BROS RANCHES CATTLE | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 638 |
| Oil and Gas Lease | 1505-00309-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | DOS BROS RANCHES CATTLE | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 455 | 733 51 638 |
| Oil and Gas Lease | 1505-00310-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CORPORRON FAMILY TRUST | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 | 51 733 644 |
| Oil and Gas Lease | 1505-00312-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | JASON ULRICH | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 468 | 51 733 652 470 |
| Oil and Gas Lease | 1505-00313-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RICKY ULRICH | 4/21/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 467 | 51 733 654 168 |

| Oil and Gas Lease | 1505-00314-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | CRYSTAL GARBADE | 4/22/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 467 455 | 51 733 174 656 |
| Oil and Gas Lease | 1505-00015-003 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK BOLLOM | 5/1/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 457 465 | 51 733 152 831 |
| Oil and Gas Lease | 1505-00224-000 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | ELGIN W & JOYCE M VYVIAL | 5/6/2008 | TX | LAVACA | LAVACA COUNTY | 473 488 455 465 | 51 733 486 803 |
| Oil and Gas Lease | 1505-00015-002 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | MICHAEL BOLLOM | 5/14/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 | 733 51 827 |
| Oil and Gas Lease | 1505-00015-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | RONALD BOLLOM | 5/20/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 | 733 51 829 |
| Oil and Gas Lease | 1505-00044-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | PATRICK H JANAK | 5/30/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 465 | 733 51 806 |
| Oil and Gas Lease | 1505-00067-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EARL C POTTER JR ET UX | 10/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 481 | 733 51 596 |
| Oil and Gas Lease | 1505-00067-001 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EARL C POTTER JR ET UX | 10/21/2008 | TX | LAVACA | LAVACA COUNTY | 488 473 481 | 733 51 596 |
| Oil and Gas Lease | 1505-00067-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EARL C POTTER JR ET UX | 10/21/2008 | TX | LAVACA | LAVACA COUNTY | 481 | 596 |
| Oil and Gas Lease | 1505-00067-001 2 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | EARL C POTTER JR ET UX | 10/21/2008 | TX | LAVACA | LAVACA COUNTY | 481 | 596 |
| Right of Way Lease | 2052-00001-ROW 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF LOUISIANA 698 | 3/17/1961 | LA | ST MARY | COTE BLANCHE BAY | | |
| Right of Way Lease | 2052-00002-ROW 1 | THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | STATE OF LOUISIANA 1243 | 1/11/1971 | LA | ST MARY | COTE BLANCHE BAY | 1243 | 16-L |

**Fill in this information to identify the case:**

Debtor name __**The Meridian Resource and Exploration, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **BCE-AMH HOLDINGS LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1201 Louisiana Street
Suite 3308
Houston, TX 77002**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
9-12-19**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| 2.2 | **BCE-MESA HOLDINGS LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1201 Louisiana Street
Suite 3308
Houston, TX 77002**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
9-12-19**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **The Meridian Resource and Exploration, LLC**         Case number (if know) _____

Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Chambers County Tax Office** | | **Unknown** | **$0.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**See Exhibit B-55**

**405 S Main St**
**Anahuac, TX 77514**

Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **CHAPPY ENERGY, LLC** | | **Unknown** | **$0.00** |

Creditor's Name

Describe debtor's property that is subject to a lien

**31 Hammock Dunes Place**
**Spring, TX 77389**

Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9-12-19**

**Last 4 digits of account number**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **GALVESTON COUNTY TAX ASSESSOR** | | **$5,626.26** | **$0.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**See Exhibit B-55**

**722 MOODY**
**GALVESTON, TX 77550**

Creditor's mailing address

Describe the lien

**Property Taxes**

---

Debtor   **The Meridian Resource and Exploration, LLC**          Case number (if know) _____

_____ Name

| | |
|---|---|
| _____ <br> Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes |
| **Date debt was incurred** <br> **2019** <br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed |

---

**2.6** **Jefferson Davis Parish Assessor**

Creditor's Name

**300 N State St**
**Jennings, LA 70546**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**See Exhibit B-55**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Unknown                 $0.00

---

**2.7** **LAVACA COUNTY TAX ASSESSOR**

Creditor's Name

**PO BOX 293**
**HALLETTSVILLE, TX 77964**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**See Exhibit B-55**

Describe the lien
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

$627.79                 $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **The Meridian Resource and Exploration, LLC**
_____
Name

Case number (if know) _____

---

| 2.8 | **Michael E. Ellis** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**16600 Park Row, Suite 158**
**Houston, TX 77084**
Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9-12-19**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **MORGAN STANLEY ENERGY CAPITAL INC.** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's Name

**2000 WESTCHESTER AVENUE**
**1ST FLOOR**
**Purchase, NY 10577**
Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2-24-16**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Plaquemines Parish Assessor's Office** | Describe debtor's property that is subject to a lien **See Exhibit B-55** | Unknown | $0.00 |

Creditor's Name

**106 Ave G**
**Belle Chasse, LA 70037**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 7

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number (if know) _____
        Name

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.1 1 | **ST MARY PARISH SHERIFFS OFFICE** | | |
|---|---|---|---|

Creditor's Name

**PO BOX 610
PATTERSON, LA
70392-0610**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred
2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Exhibit B-55**                         $260,920.46            $0.00

_____

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

---

| 2.1 2 | **St. Mary Parish Assessor** | | |
|---|---|---|---|

Creditor's Name

**500 Main St
Franklin, LA 70538**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**See Exhibit B-55**                            Unknown              $0.00

_____

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

| 2.1 3 | **Terrebonne Assessor's Office** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**                Unknown              $0.00

---

Debtor   **The Meridian Resource and Exploration, LLC**
_____
Name

Case number (if know) _____

---

Creditor's Name

**8026 W Main St #501
Houma, LA 70360**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**See Exhibit B-55**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 4 | **U.S. SPECIALTY
INSURANCE COMPANY** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**801 S. FIGUEROA ST.,
SUITE 700
Los Angeles, CA 90017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5-15-19**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 5 | **WELLS FARGO BANK,
N.A., AS ADMIN. AGENT** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1525 W. WT HARRIS BLVD
Charlotte, NC 28262**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5-14-10**

**Last 4 digits of account number**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

Debtor   **The Meridian Resource and Exploration, LLC**
Name

Case number (if know) _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $267,174.51

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **The Meridian Resource and Exploration, LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred                      Basis for the claim:

Last 4 digits of account number                      Is the claim subject to offset?
Specify Code subsection of PRIORITY                  ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)              ☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Louisana Department of Wildlife**
**and Fish**
**2000 Quail Dr**
**Baton Rouge, LA 70808**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred                      Basis for the claim:

Last 4 digits of account number                      Is the claim subject to offset?
Specify Code subsection of PRIORITY                  ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)              ☐ Yes

| Debtor | **The Meridian Resource and Exploration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**Louisiana Department of Natural Resource**
P.O. Box 94396
Baton Rouge, LA 70804-9396

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**Louisiana Secretary of State**
**Commercial Division**
PO Box 94125
Baton Rouge, LA 70804-9125

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$349,616.02** | $0.00 |
|---|---|---|---|---|

**STATE OF DELAWARE**
PO BOX 5509
BINGHAMTON, NY 13902-5509

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**May include all Delaware entities.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,000.00** | $0.00 |
|---|---|---|---|---|

**State of Louisiana, Fisherman**
**Gear Comp.**
Post Office Box 44277
Baton Rouge, LA 70804

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

**10/7/2019**

Basis for the claim:
**Pay State of Louisiana, Department of Natural Resources (Fishermen's Gear Compensation Fund).**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **The Meridian Resource and Exploration, LLC**   Case number *(if known)* _____
         Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ahmed Najee-Ullah**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alden L. Kirk**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALICE M SIMONSON**
**117 N WRIGHT BLVD**
**LIBERTY LAKE, WA 99019**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalty Interest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALTA MESA ENERGY LLC**
**15021 Katy Fwy #400**
**Houston, TX 77094**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alta Mesa Holdings LP**
**c/o Porter & Hedges**
**1000 Main St 36th floor**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALTA MESA HOLDINGS LP**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alta Mesa Services LP**
**15021 Katy Freeway, Suite 400**
**Houston, TX 77094**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Asset Retirement Obligation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Meridian Resource and Exploration, LLC**                      Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**ALTA MESA SERVICES LP**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

**ALVIN SMITH**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

**American Trading & Production Corp**
**c/o Douglas Conrad Longman , Jr.**
** Jones Walker**
**600 Jefferson St. Suite 1600**
**Lafayette, LA 70501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

**ANADARKO OGC COMPANY**
**200 W. Congress**
**Ste. 900**
**Lafayette, LA 70505**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**

**ANADARKO PETROLEUM CORPORATION**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

**Angela R. Crutcher**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

**Apache Corporation**
**c/o Douglas Conrad Longman , Jr.**
** Jones Walker**
**600 Jefferson St. Suite 1600**
**Lafayette, LA 70501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                      **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **The Meridian Resource and Exploration, LLC**      Case number *(if known)* _____
<br>Name

| | |
|---|---|
| 3.15   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |

3.15   **Nonpriority creditor's name and mailing address**
**APACHE CORPORATION**
**2000 POST OAK BLVD, SUITE 100**
**HOUSTON, TX 77056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

3.16   **Nonpriority creditor's name and mailing address**
**APACHE CORPORATION**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

3.17   **Nonpriority creditor's name and mailing address**
**ARCHROCK SERVICES**
**PO BOX 201160**
**DALLAS, TX 75320-1160**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$35,163.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.18   **Nonpriority creditor's name and mailing address**
**Ardoin Limited Partnership**
**c/o Veron Bice Palermo & Wilson LLC**
**P O Box 2125**
**Lake Charles, LA 70602-2125**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

3.19   **Nonpriority creditor's name and mailing address**
**ARDOIN LIMITED PARTNERSHIP**
**C/O VERON, BICE, PALERMO, & WILSON, LLC**
**PO BOX 2125**
**LAKE CHARLES, LA 70602**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

3.20   **Nonpriority creditor's name and mailing address**
**Arthur L. Najee-Ullah**
**c/o Carver, Darden, Koretzky, Tessier, Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.21   **Nonpriority creditor's name and mailing address**
**Asset Retirement Obiligation (estimated)**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$19,166,820.00**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Meridian Resource and Exploration, LLC**                    Case number *(if known)* _____
          Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,148.30** |
|---|---|---|---|

**3.22** Nonpriority creditor's name and mailing address
ATCHAFALAYA MEASUREMENT INC
PO BOX 677208
DALLAS, TX 75267-7208

As of the petition filing date, the claim is: *Check all that apply.*     **$9,148.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
Atlantic Richfield Company
c/o Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
B A S F Corp
c/o  Robert Benn Vincent, Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
B P America Production Co
c/o George Arceneaux, III
Liskow & Lewis
P O Box 52008
Lafayette, LA 70505

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
B.E.E.M. OIL AND GAS COMPANY, INC
26619 Oakridge Drive
The Woodlands, TX 77380

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
BALL'S BOAT RENTAL LLC
1868 DR BEATROUS RD
THERIOT, LA 70397

As of the petition filing date, the claim is: *Check all that apply.*     **$1,389.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
BARBARA WILSON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**          Case number (if known) _____
     Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BASF CORPORATION**
**400 Convention Street**
**Suite 700**
**Baton Rouge, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bay Coquille Inc**
**c/o Daniel B Stanton**
**Kean Miller**
**909 Poydras St Ste 3600**
**New Orleans, LA 70112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BEL OIL CORPORATION**
**1911 Bel Oil Road**
**Elton, LA 70532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bepco, LP**
**c/o Robert B. McNeal**
**Liskow & Lewis, One Shell Square**
**701 Poydras St., Suite 5000**
**New Orleans, LA 70139-5099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Litigation__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BETTY CARVIN**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BETTY L. FREEMAN**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,057.90** |
|---|---|---|---|

**BIG D'S SEAFOOD INC**
**459 ALICE B ROAD**
**FRANKLIN, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **The Meridian Resource and Exploration, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000,000.00** |
|---|---|---|---|

**Biloxi Marsh Lands Corporation**
c/o Timothy W.Cerniglia
4913 Newlands Street
Metairie, LA 70006

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BOBBIE L. COLLEE**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BP AMERICA INC.**
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BP AMERICA PRODUCTION COMPANY**
225 WESTLAKE PARK BLVD
HOUSTON, TX 77079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BP AMERICA PRODUCTION COMPANY**
3867 Plaza Tower Drive
Baton Rouge, LA 70816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brammer Engineering Inc**
c/o Daniel B Stanton
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian K. Shields, II**
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**

Case number *(if known)* _____

Name

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**BURLINGTON RESOURCES OIL & GAS**
**717 Texas Avenue**
**Houston, TX 77002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**BURLINGTON RESOURCES OIL & GAS**
**COMPANY L**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Byron E. Crutcher**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**C F Henry Properties LLC**
**c/o Veron Bice Palermo & Wilson LLC**
**P O Box 2125**
**Lake Charles, LA 70602-2125**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,223.56** |

**C H FENSTERMAKER & ASSOC LLC**
**ATTN ACCOUNTS RECEIVABLE**
**PO BOX 52106**
**LDYWRRW, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**C.F. HENRY PROPERTIES**
**C/O LAW OFFICES OF ASHLEY E. PHILEN**
**PO BOX 11652**
**NEW IBERIA, LA 70562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**CABOT OIL & GAS CORPORATION CODY**
**ENERGY,**
**400 Poydras St.**
**Ste. 1812**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**     Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |

**Callon Offshore Production Inc**
**c/o Richard Stuart Pabst**
**Kean Miller LLP, First Bank & Trust Towe**
**909 Poydras Street Suite 3600**
**New Orleans, LA 70112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$2,442.24** |

**CAMERON PARISH TAX COLLECTOR**
**PO BOX 1250**
**CAMERON, LA 70631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |

**Camex Inc**
**c/o Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |

**Camex Operating Co**
**c/o Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |

**CAMEX, INC.**
**PO BOX 51733**
**LAFAYETTE, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |

**CANADIANOXY OFFSHORE PRODUCTION**
**COMPANY**
**12790 Merit Drive**
**Suite 800**
**Dallas, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$512.33** |

**CANAL DIESEL SERVICES INC**
**2716 SOUTHWEST DR**
**NEW IBERIA, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                     Case number *(if known)* _____
              Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CAROL M. SCOTT**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CARUTHERS PRODUCING CO., INC**
**901 Lakeshore Drive**
**Suite 900**
**Lake Charles, LA 70602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Castex Energy Inc**
**c/o James Michael Fussell , Jr**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Celestine Singleton Batiste**
**482 Lake Long Drive**
**Houma, LA 70364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$515.14** |
|---|---|---|---|

**CENTRAL BOAT RENTALS INC**
**PO BOX 120422**
**DEPT 0422**
**DALLAS, TX 75312-0422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Century Exploration New Orleans Inc**
**c/o James Michael Fussell , Jr**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CHARLES F. MCELROY**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Meridian Resource and Exploration, LLC**
     Name                                                             Case number *(if known)*

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CHARLES P. NORMAN, SR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CHEVRON U.S.A. INC.**
**400 Convention Street**
**Suite 700**
**Baton Rouge, LA 70821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chevron USA Holdings, Inc.**
**c/o Louis Victor Gregoire , Jr.**
**Kean Miller, II City Plaza**
**400 Convention St., Suite 700**
**Baton Rouge, LA 70802**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CHEVRON USA, INC.**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CHRISTOPHER AITKENS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$827.35**

**CITY OF ST GABRIEL**
**PO BOX 597**
**ST GABRIEL, LA 70776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CLARA JACOBS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**
Case number (if known) _____
Name

| | |
|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** |

**3.71**

**Nonpriority creditor's name and mailing address**
**Clementine Clerk**
**c/o Christie Hancock Jones**
**Attorney Ad Litem**
**1202 W Church St**
**Livingston, TX 77351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**
**COASTAL FLOW GAS MEASUREMENT**
**PO BOX 58965**
**HOUSTON, TX 77258-8965**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,600.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73**

**Nonpriority creditor's name and mailing address**
**COCKRELL OIL CORPORATION**
**1000 MAIN STREET**
**HOUSTON, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Columbia Gulf Transmission L L C**
**c/o James Michael Fussell , Jr**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**
**COMPROMISE AGEEMENT**
**n/a**
**n/a, n/a n/a**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**
**COMPROMISE AGREEMENT FOR STATE**
**LEASE 340**
**n/a**
**n/a, n/a n/a**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Conley P Smith L L C**
**c/o Jason Edward Wilson**
** Galloway Johnson et al**
**328 Settlers Trace Blvd**
**Lafayette, LA 70508**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
           Name

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Conley P Smith Operating Co**
**c/o Jason Edward Wilson**
**Galloway Johnson et al**
**328 Settlers Trace Blvd**
**Lafayette, LA 70508**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**ConocoPhillips Company**
**c/o Deborah D Kuchle**
**Kuchler Polk Weiner, LLC**
**1615 Poydras St. Suite 1300**
**New Orleans, LA 70112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Cox Operating, L.L.C.**
**Baker Donelson Bearman Caldwell &**
**Berkow**
**201 St. Charles Ave. Suite 3600**
**New Orleans, LA 70170**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**CROFT PRODUCTION SYSTEMS INC**
**19230 FM 442 ROAD**
**NEEDVILLE, TX 77461**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,570.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** |

**DAGATES MARINE INC**
**1128 BARROW STREET**
**HOUMA, LA 70360**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$10,649.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** |

**DAVID P. LABIT**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _LITIGATION_

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** |

**DAVIS PETROLEUM CORP**
**1330 Post Oak Blvd., Suite 600**
**Houston, TX 77056**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                     Case number *(if known)* _____
         Name

| | |
|---|---|

**3.85**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **DEAN ENTERPRISES, INC**<br>**17380 Highway 101**<br>**Iowa, LA 70647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __LITIGATION__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.86**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **DEBRA B. CHAISSON**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __LITIGATION__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.87**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **DEBRA M. OWENS**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __LITIGATION__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.88**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **DENBURY ONSHORE, LLC**<br>**3867 Plaza Tower Drive**<br>**Baton Rouge, LA 70816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __LITIGATION__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **DEVON ENERGY PRODUCTION COMPANY**<br>**LP**<br>**5615 CORPORATE BLVD, STE 400B**<br>**BATON ROUGE, LA 70808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __LITIGATION__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Devon Energy Production Company, L.P.**<br>**Esteban Herrera , Jr.**<br>**Kean Miller, II City Plaza**<br>**400 Convention St. Suite 700 PO Box 351**<br>**Baton Rouge, LA 70802** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Devon Energy Production Company, L.P.**<br>**c/o Esteban Herrera , Jr.**<br>**Kean Miller II City Plaza**<br>**400 Convention St. Suite 700,PO Box 3513**<br>**Baton Rouge, LA 70802** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Meridian Resource and Exploration, LLC**                Case number (*if known*) _____
         _____
         Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DIANE BERGERON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DIANE G. GORDON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.97 |
|---|---|---|---|

**DIRECTV**
**PO BOX 105249**
**ATLANTA, GA 30348-5249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DIXIE RICE AGRICULTURAL**
**CORPORATION, INC**
**C/O MUNSCH, HARDT, KOPF & HARR, P.C.**
**3800 LINCOLN PLAZA**
**500 NORTH AKARD**
**DALLAS, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,729.83 |
|---|---|---|---|

**DNOW**
**PO BOX 200822**
**DALLAS, TX 75320-0822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DONNA MCKINLEY**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DORIS MASHBURN**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **The Meridian Resource and Exploration, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **DOTSON BABCOCK & SCOFIELD**<br>401 McKinney St<br>#1900<br>Houston, TX 77010 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **E P Energy E & P Co L P**<br>c/o Richard Dean McConnell , Jr<br>Kean Miller<br>P O Box 3513<br>Baton Rouge, LA 70821 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **EAGLE FORD HUNTER RESOURCES**<br>**777 POST OAK BLVD**<br>**STE 650**<br>**Houston, TX 77056** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Enable Oklahoma Intrastate Transmission**<br>c/o Thomas D Gildersleeve<br> Taylor Porter et al<br> P O Box 2471<br>Baton Rouge, LA 70821 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Energen Resources Corporation**<br>c/o Laura S. Brown<br>Liskow & Lewis, One Shell Square<br>701 Poydras St. Suite 5000<br>New Orleans, LA 70139-5099 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.104**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Energen Resources Corporation**<br>c/o Joe B Norman<br>Liskow & Lewis<br>701 Poydras St. Suite 5000<br>New Orleans, LA 70139-5099 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Litigation__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **The Meridian Resource and Exploration, LLC**   Case number (if known) _____
　　　　　Name

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.105**

Nonpriority creditor's name and mailing address
**EnergyQuest II L L C**
**c/o Terrence K Knister**
**Gordon Arata et al**
**201 St Charles Ave Ste 4000**
**New Orleans, LA 70170-4000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.106**

Nonpriority creditor's name and mailing address
**EnergyQuest II LLC**
**4526 Research Forest Drive**
**Suite 200**
**The Woodlands, TX 77381**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.107**

Nonpriority creditor's name and mailing address
**ENERVEST**
**1001 Fannin St**
**#800**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.108**

Nonpriority creditor's name and mailing address
**ENI OIL & GAS INC.**
**909 Poydras Street**
**Suite 361**
**New Orleans, LA 70112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.109**

Nonpriority creditor's name and mailing address
**ENTERGY UTILITY HOLDING CO LLC**
**PO BOX 8103**
**BATON ROUGE, LA 70891-8103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**$239.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110**

Nonpriority creditor's name and mailing address
**ERIC P. BERGERON**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.111**

Nonpriority creditor's name and mailing address
**EVANGELINE NATURAL RESOURCES LLC**
**323 TWIN RIVER DRIVE**
**COVINGTON, LA 70433-8505**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

**Unknown**

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **The Meridian Resource and Exploration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Exchange Oil & Gas Corp**
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Exxon Mobil Corp**
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650,000.00 |
|---|---|---|---|

**Exxon Mobil Corporation**
c/o Mark McNamara
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EXXON MOBIL CORPORATION**
22777 SPRINGWOODS VILLAGE PKWY
SPRING, TX 77389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EXXON MOBIL CORPORATION**
822 Harding St.
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EXXONMOBIL OIL CORPORATION**
822 Harding St.
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,864.51 |
|---|---|---|---|

**FIRST INSURANCE FUNDING CORP**
PO BOX 7000
CAROL STREAM, IL 60197-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                     Case number (if known) _____
     Name

| | |
|---|---|
| 3.119 **Nonpriority creditor's name and mailing address**<br>**FLOYD RUFFIN**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __LITIGATION__<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.120 **Nonpriority creditor's name and mailing address**<br>**Freeport McMoRan Oil & Gas L L C**<br>**c/o Carl David Rosenblum**<br>**Jones Walker**<br>**201 St Charles Ave Ste 5100**<br>**New Orleans, LA 70170**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Litigation__<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.121 **Nonpriority creditor's name and mailing address**<br>**FUELMAN FLEET**<br>**PO BOX 70887**<br>**CHARLOTTE, NC 28272-0887**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$402.25**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.122 **Nonpriority creditor's name and mailing address**<br>**G & L WELL SERVICE INC**<br>**PO BOX 2673**<br>**LAFAYETTE, LA 70502**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$2,480.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.123 **Nonpriority creditor's name and mailing address**<br>**GAUBERT OIL COMPANY INC**<br>**PO BOX 310**<br>**THIBODAUX, LA 70302**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **$8,129.69**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes |
| 3.124 **Nonpriority creditor's name and mailing address**<br>**GEOSOUTHERN LAVACA PROPERTIES**<br>**1425 LAKE FRONT CIRCLE**<br>**SUITE 200**<br>**THE WOODLANDS, TX 77380**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.125 **Nonpriority creditor's name and mailing address**<br>**GORDON ARATA MCCOLLAM DUPLANTIS**<br>**& EAGAN**<br>**201 Saint Charles Avenue**<br>**Suite 4000**<br>**New Orleans, LA 70170-4000**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **The Meridian Resource and Exploration, LLC**      Case number *(if known)* _____
     Name

| | |
|---|---|
| **3.126** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| **GRACE BAPTIST CHURCH** **C/O TALBOT, CARMOUCHE, & MARCELLO** **17405 PERKINS ROAD** **BATON ROUGE, LA 70810** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __LITIGATION__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| **3.127** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| **Graham Royalty, Ltd.** **c/o John C. Anjier** **One Shell Square** **701 Poydras St. Suite 5000** **New Orleans, LA 70139-5099** | ■ Contingent ■ Unliquidated ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| **3.128** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| **GREG A. MCINNIS** **C/O TALBOT, CARMOUCHE, & MARCELLO** **17405 PERKINS ROAD** **BATON ROUGE, LA 70810** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __LITIGATION__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| **3.129** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$3,242.08** |
| **GULF/INLAND CONTRACTORS INC** **C/O SOUTH LOUISIANA BANK** **PO BOX 5091** **HOUMA, LA 70361-5091** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| **3.130** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown** |
| **Gulfport Energy Corp** **Jones Walker** **P O Drawer 3408** **Lafayette, LA 70502-3408** | ■ Contingent ☐ Unliquidated ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.131** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$2,400,000.00** |
| **H. L. Hawkins III** **Liskow & Lewis** **701 Poydras Street, Suite 5000** **New Orleans, LA 70139** | ■ Contingent ☐ Unliquidated ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.132** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$37.37** |
| **HARDIN SANITATION INC** **PO BOX 7428** **PASADENA, CA 91109-7428** | ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor     **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
              Name

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HEC PETROLEUM, INC.**
**15 SMITH RD**
**MIDLAND, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HELIS OIL & GAS COMPANY, L.L.C.**
**701 Poydras st.**
**Ste. 5000**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Henrietta L. Sprinks
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HENRY PRODCUTION COMPANY INC.**
**c/o OTTINGER HEBERT, LLC**
**1313 WEST PINHOOK ROAD**
**LAFAYETTE, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000,000.00 |
|---|---|---|---|

Herbert L. Sadler, Sr.
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Hess Corporation
c/o Elizabeth S. Wheeler
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HESS CORPORATION**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD, STE 400B**
**BATON ROUGE, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**      Case number (if known) _____

Name

| | |
|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** |

**3.140** | **Nonpriority creditor's name and mailing address**

**Hilcorp Energy Co**
**c/o Craig Isenberg**
**Barrasso Usdin**
** 909 Poydras St Ste 2350**
**New Orleans, LA 70112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**

**HILCORP ENERGY COMPANY**
**C/O CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD, STE 400B**
**BATON ROUGE, LA 70808**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**

**HILCORP ENERGY COMPANY**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**

**HILCORP ENERGY I, L.P.**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**

**HILCORP ENERGY JOINT VENTURE**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**

**HK Energy, LLC**
**c/o Loulan Joseph Pitre , Jr**
**Kelly Hart & Pitre LLP**
**400 Poydras Street, Suite 1812**
**New Orleans, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

**HURLEY OIL COMPANY, INC**
**126 Heymann Boulevard**
**Lafayette, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                     Case number *(if known)* _____
         Name

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Intercompany Accounts Payable**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IRISH OIL AND GAS COMPANY**
**2500 Tanglewilde**
**Suite 272**
**Houston, TX 77063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ISAAC ALLRIDGE, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ivan J. Kirk**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES AUSTIN GUTHRIE**
**C/O TALBO, CARMOUCHE, & MARCELLO**
**214 W. COMERVIEW**
**PO BOX 759**
**GONZALES, LA 70707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Austin Guthrie and**
**William Earl Guthrie**
**Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JAMES H. MASHBURN, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
               Name

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**JAMES M. LEVINS, SR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**James T. Bond**
**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Janex Oil Co Inc**
**c/o Brodie G Glenn**
**Bradley Murchison et al**
**1100 Poydras St Ste 2700**
**New Orleans, LA 70163**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**JANICE PRICE**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jeff Landry**
**c/o Baldwin, Haspel, Burke & Mayer, LLC**
**Energy Center**
**1100 Poydras St., Suite 3600**
**New Orleans, LA 70163-2200**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jimmy Freeman**
**c/o Shelly Sitton**
**P O Drawer 1617**
**Livingston, TX 77351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**JMB COTE BLANCHE LLC**
**PO BOX 333**
**FRANKLIN, LA 70538**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**
         Name                                                          Case number *(if known)*

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOANN GIVENS**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOANN RATCLIFF**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**JOHN AND YVETTE DELCAMBRE**
**6516 DASPIT RD**
**NEW IBERIA, LA 70563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

John C. Lovell, Jr.
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHN F. BRICKER & COMPANY**
**200 PARK AVE**
**NEW YORK, NY 10166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** LITIGATION

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Jones Co Ltd
c/o Francis V Liantonio, Jr
Adams & Reese
701 Poydras St Ste 4500
New Orleans, LA 70139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Litigation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,322.28** |
|---|---|---|---|

**JONES OILFIELD SERVICE SUPPLY**
**PO BOX 919321**
**DALLAS, TX 75391-9321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Meridian Resource and Exploration, LLC** Case number (if known) _____

Name

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JORDAN OIL COMPANY**
**UNKNOWN**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOSEPH A REEVES JR**
**11211 WILDING LANE**
**HOUSTON, TX 77024-6315**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Hayes Jr.**
**481 Lake Long Drive**
**Houma, LA 70364**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julie Sheerin**
**c/o Shelly Sitton**
**P O Drawer 1617**
**Livingston, TX 77351**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Stutes**
**c/o Donald T Carmouche**
**Talbot Carmouche & Marcello**
**17405 Perkins Rd**
**Springfield, LA 70881-3824**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Stutes, District Attorney**
**Archdiocese of New Orleans**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KERR-McGEE CHEMICAL WORLDWIDE,**
**LLC**
**C/O THE CORPORATION TRUST COMPANY**
**1209 N ORANGE ST**
**WILMINGTON, DE 19801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
         Name

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KERR-MCGEE OIL & GAS ONSHORE LP**
3867 Plaza Tower Drive
Baton Rouge, LA 70816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**L L O G Exploration & Production Co L L**
c/o Douglas C Longman , Jr
Jones Walker
P O Drawer 3408
Lafayette, LA 70502-3408

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,105.90** |
|---|---|---|---|

**LA DEPT OF ENVIRONMENTAL QLTY**
DEQ FINANCIAL SERVICES DIV
ATTN ACCOUNTS RECEIVABLE
PO BOX 4311
BATON ROUGE, LA 70821-4311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Latex-Star Inc**
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LEON COX**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leroy J Hayes**
481 Lake Long Drive
Houma, LA 70364

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LEROY J. LEBOEUF, SR.**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LITIGATION**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                Case number *(if known)* _____
         Name

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3.182**
**Nonpriority creditor's name and mailing address**
**LEROY NORMAN, SR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**Nonpriority creditor's name and mailing address**
**Linder Oil Company, A Partnership**
**c/o Charles G. Blaize , Jr.**
**Mayhall Fondren Blaize, LLC**
**5800 One Perkins Place Dr. Suite 2-B**
**Baton Rouge, LA 70808**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184**
**Nonpriority creditor's name and mailing address**
**LLOG Exploration & Production Company, L**
**c/o Douglas Conrad Longman , Jr**
**Jones Walker**
**600 Jefferson St. Suite 1600**
**Lafayette, LA 70501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185**
**Nonpriority creditor's name and mailing address**
**LLOG EXPLORATION & PRODUCTION**
**COMPANY, L**
**600 Jefferson st.**
**Ste. 1600**
**Lafayette, LA 70502**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**
**Nonpriority creditor's name and mailing address**
**LLOG EXPLORATION COMPANY, L.L.C**
**1001 Ochsner Boulevard**
**Suite 100**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**
**Nonpriority creditor's name and mailing address**
**Loana R. Kirk**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**
**Nonpriority creditor's name and mailing address**
**LOUIS J. SCOTT, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number *(if known)* _____
      Name

| | |
|---|---|
| **3.189** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**3.189** Nonpriority creditor's name and mailing address
**Louisiana Department of Natural Resource**
**c/o Megan K. Terrell**
**Louisiana Department of Justice (94005)**
**P. O. Box 94005**
**Baton Rouge, LA 70804-9005**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address
**LOUISIANA DEPT OF NATURAL RES**
**PO BOX 44277**
**BATON ROUGE, LA 70804-4277**

As of the petition filing date, the claim is: *Check all that apply.*    **$3,624.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** Nonpriority creditor's name and mailing address
**Louisiana Energy Production L L C**
**c/o Paul J Hebert**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** Nonpriority creditor's name and mailing address
**LOUISIANA LAND & EXPL CO**
**C/O CONOCO PHILLIPS**
**21873 NETWORK PLACE**
**CHICAGO, IL 60673-1218**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** Nonpriority creditor's name and mailing address
**Louisiana Land & Exploration Co L L C**
**c/o Deborah DeRoche Kuchler**
**Kuchler Polk Weiner, LLC**
**1615 Poydras St. Suite 1300**
**New Orleans, LA 70112**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** Nonpriority creditor's name and mailing address
**LOUISIANA ONSHORE PROPERTIES LLC**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** Nonpriority creditor's name and mailing address
**LYONS PETROLEUM, INC**
**400 Travis Street**
**Shreveport, LA 71101**

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **The Meridian Resource and Exploration, LLC**    Case number (if known) _____
_____
Name

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.196**

Nonpriority creditor's name and mailing address
**Manti Exploration Operating L L C**
**c/o John Pratt Farnsworth**
**Stone Pigman et al**
**909 Poydras St Ste 3150**
**New Orleans, LA 70112-4042**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.197**

Nonpriority creditor's name and mailing address
**MANTI EXPLORATION OPERATING LLC**
**800 N SHORELINE BLVD #900**
**CORPUS CHRISTI, TX 78401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.198**

Nonpriority creditor's name and mailing address
**MANTI EXPLORATION OPERATING LLC**
**8550 United Plaza Building II**
**Suite 305**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.199**

Nonpriority creditor's name and mailing address
**MANTI GODZILLA, LTD.**
**800 North Shoreline Boulevard**
**Suite 900**
**Corpus Christi, TX 78401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.200**

Nonpriority creditor's name and mailing address
**MANTI OPERATING COMPANY**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.201**

Nonpriority creditor's name and mailing address
**MANTI RESOURCES, INC**
**21245 Smith Road**
**Covington, LA 70435**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.202**

Nonpriority creditor's name and mailing address
**MANUEL ARNOUVILLE**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.           Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor     **The Meridian Resource and Exploration, LLC**                          Case number (if known) _____
           Name

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MARION MCKINLEY, IV.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$708.67** |
|---|---|---|---|

**MARSHLAND EQUIPMENT RENTALS**
**9545 WARD LINE RD**
**BELL CITY, LA 70630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Matrix Petroleum LLC**
**Attn J Todd Reeves**
**1401 Enclave Parkway Suite 400**
**Houston, TX 77077**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,671.00** |
|---|---|---|---|

**MCCONNELL & SCULLY INC**
**145 WEST MAIN STREET**
**HOMER, MI 49245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McMoRan Oil & Gas L L C**
**c/o Carl David Rosenblum**
**Jones Walker**
**201 St Charles Ave Ste 5100**
**New Orleans, LA 70170**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Meridian**
**c/o Guy E. Wall**
**Wall, Bullington, & Cook, LLC**
**540 Elmwood Park Blvd**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Meridian Resource & Exploration L L C**
**c/o Francis V Liantonio, Jr**
**Adams & Reese**
**701 Poydras St Ste 4500**
**New Orleans, LA 70139**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _     Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
         Name

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MERIT ENERGY COMPANY LLC**
**C/O THE PRINTICE-HALL CORPORATION**
**SYSTEM**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael H. Lomax**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MICHAEL J MAYELL**
**4550 POST OAK PLACE**
**SUITE 300**
**HOUSTON, TX 77027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MICHAEL PERSILVER**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MILAGRO EXPLORATION LLC**
**ALLEN CENTER, THREE**
**333 CLAY ST**
**HOUSTON, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MISSION RESOURCES CORPORATION**
**1331 LAMAR, SUITE 1455**
**HOUSTON, TX 77010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mobil Oil Exploration & Producing Southe**
**c/o Robert B McNeal**
**Liskow & Lewis**
**701 Poydras St Ste 5000**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
      Name

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MOBIL OIL EXPLORATION & PRODUCING SOUTHE**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __LITIGATION__

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MOBIL OIL EXPLORATION & PRODUCING SOUTHE**
**822 Harding St.**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __LITIGATION__

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MOBIL OIL EXPLORATION & PRODUCING SOUTHE**
**501 Louisiana Avenue**
**Baton Rouge, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __LITIGATION__

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Momayezi Ager**
**c/o Shelly Sitton**
**P O Drawer 1617**
**Livingston, TX 77351**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Litigation__

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mosbacher Energy Co**
**c/o Robert B McNeal**
**Liskow & Lewis**
**701 Poydras St Ste 5000**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __Litigation__

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**NATOMAS NORTH AMERICA, INC.**
**8550 UNITED PLAZA BLVD.**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** __LITIGATION__

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nerissa Holmes**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _          **Basis for the claim:** _

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**     Case number *(if known)* _____

Name

| | |
|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Noble Energy Inc**
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation__

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.225   **Nonpriority creditor's name and mailing address**
**Nolan A. LeBoeuf, et al**
c/o Talbot, Carmouche & Marcello
Attn Donald T Carmouche
17405 Perkins Road
Baton Rouge, LA 70810

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation__

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.226   **Nonpriority creditor's name and mailing address**
**O P M I Operating Co**
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation__

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.227   **Nonpriority creditor's name and mailing address**
**O'Meara, LLC**
c/o Stephen C. Fortson
Bradley, Murchison, Kelly & Shea, LLC
401 Edwards Street Suite 1000
Shreveport, LA 71101

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  __Litigation__

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.228   **Nonpriority creditor's name and mailing address**
**OCS-G 4486**
16600 Park Row, Suite 158
HOUSTON, TX 77084

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.229   **Nonpriority creditor's name and mailing address**
**OMEGA WASTE MANAGEMENT INC**
PO BOX 1377
PATTERSON, LA 70392

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$586.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.230   **Nonpriority creditor's name and mailing address**
**OMI ENVIRONMENTAL SOLUTIONS**
PO BOX 932127
ATLANTA, GA 31193-2127

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*      **$21,031.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **The Meridian Resource and Exploration, LLC**                    Case number *(if known)* _____
          Name

| | |
|---|---|

**3.231**  **Nonpriority creditor's name and mailing address**
OREI INC
UNKNOWN

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232**  **Nonpriority creditor's name and mailing address**
OXY USA INC.
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233**  **Nonpriority creditor's name and mailing address**
Pacific Enterprises Oil Co
c/o Richard Stuart Pabst
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234**  **Nonpriority creditor's name and mailing address**
Pacific Enterprises Oil Co (U S A)
c/o Guy Earl Wall
Wall Bullington & Cook
540 Elmwood Park Blvd
New Orleans, LA 70123

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235**  **Nonpriority creditor's name and mailing address**
PACSEIS
200 Clocktower Pl, Suite D208
Carmel, CA 93923

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236**  **Nonpriority creditor's name and mailing address**
PALACE OPERATING COMPANY
C/O BJ DUPLANTIS
625 EAST KALISTE SALOOM ROAD
SUITE 301
LAFAYETTE, LA 70580

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237**  **Nonpriority creditor's name and mailing address**
PARISH OF IBERVILLE
PO DRAWER 231
PLAQUEMINE, LA 70765-0231

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,188.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**     Case number *(if known)* _____

          Name

| | |
|---|---|
| **3.238** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown** |

**3.238**  Nonpriority creditor's name and mailing address

Patricia A. Lewis
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**  Nonpriority creditor's name and mailing address

PATRIOT TUBULAR SERVICES LLC
PO BOX 692228
HOUSTON, TX 77269

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$14,920.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**  Nonpriority creditor's name and mailing address

PAYETTE VALLEY SUPPLY INC
PO BOX 68
NEW PLYMOUTH, ID 83655

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$1,089.63**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241**  Nonpriority creditor's name and mailing address

PENN VIRGINIA OIL & GAS
16285 Park Ten Pl
#500
Houston, TX 77084

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242**  Nonpriority creditor's name and mailing address

PERRY G. PREJEANT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LITIGATION**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243**  Nonpriority creditor's name and mailing address

Petro-Hunt L L C
c/o J Ralph White
White Andrews
 650 Poydras St Ste 2319
New Orleans, LA 70130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244**  Nonpriority creditor's name and mailing address

Petrohawk Energy Corp
c/o Richard Stuart Pabst
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
         Name

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PETROHAWK ENERGY CORPORATION**
**1000 LOUISIANA ST #5600**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PETROQUEST ENERGY LLC**
**C/O CORPORATION SERVICE COMPANY**
**320 SOMERULOS ST.**
**BATON ROUGE, LA 70802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pioneer Natural Resources U S A Inc**
**c/o Craig Isenberg**
**Barrasso Usdin**
**909 Poydras St Ste 2350**
**New Orleans, LA 70112**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Point Au Fer LLC**
**c/o Talbot Carmouche & Marcello**
**Attn Donald T Carmouche**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**POLARIS ENTERPRISES, INC**
**110 Travis Street**
**Suite 131**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quest Exploration L L C**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,905.00** |
|---|---|---|---|

**R360 ENVIRONMENTAL SOLUTIONS**
**PO BOX 671766**
**DALLAS, TX 75267-1766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**                              Case number (if known) _____
      Name

| | |
|---|---|
| **3.252** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **Railroad Commission of Texas** | ■ Contingent |
| **PO Box 12967** | ■ Unliquidated |
| **Austin, TX 78711-2967** | ■ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.253** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **Ramos Investments Company** | ■ Contingent |
| **500 Dover Blvd Suite 120** | ■ Unliquidated |
| **Lafayette, LA 70503** | ■ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Litigation** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.254** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **RAMOS INVESTMENTS COMPANY** | ☐ Contingent |
| **C/O WEEKS & GONZALEZ** | ☐ Unliquidated |
| **400 MAGAZINE ST** | ☐ Disputed |
| **SUITE 200** | |
| **NEW ORLEANS, LA 70130** | Basis for the claim: **LITIGATION** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.255** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **RICHARD DOMANGUE** | ☐ Contingent |
| **C/O TALBOT, CARMOUCHE, & MARCELLO** | ☐ Unliquidated |
| **17405 PERKINS ROAD** | ☐ Disputed |
| **BATON ROUGE, LA 70810** | Basis for the claim: **LITIGATION** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.256** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **Ripco, LLC** | ■ Contingent |
| **c/o Charles G. Blaize , Jr.** | ■ Unliquidated |
| **Mayhall Fondren Blaize, LLC** | ■ Disputed |
| **5800 One Perkins Place Dr. Suite 2-B** | |
| **Baton Rouge, LA 70808** | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.257** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **ROBERT CROCHET** | ☐ Contingent |
| **C/O TALBOT, CARMOUCHE, & MARCELLO** | ☐ Unliquidated |
| **17405 PERKINS ROAD** | ☐ Disputed |
| **BATON ROUGE, LA 70810** | Basis for the claim: **LITIGATION** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.258** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply.                    **Unknown** |
| **ROGER L. HEBERT LEGACY ENERGY** | ☐ Contingent |
| **CORPORATIO** | ☐ Unliquidated |
| **445 North Blvd** | ☐ Disputed |
| **Suite 700** | |
| **Baton Rouge, LA 70802** | Basis for the claim: **LITIGATION** |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **The Meridian Resource and Exploration, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rogers Oil Co**
**c/o Paul J Hebert**
**Ottinger Hebert**
**P O Drawer 52606**
**Lafayette, LA 70505-2606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roman Catholic Church**
**Archdiocese of New Orleans**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roosevelt Shields**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROSEWOOD RESOURCES, INC.**
**2101 Cedar Springs Road**
**Suite 1500**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROSEWOOD TRUST COMPANY, LTA**
**2101 Cedar Springs Road**
**suite 1600**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ruben Lomax**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **The Meridian Resource and Exploration, LLC**
_____   Case number (if known) _____
Name

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**S W E P I L P**
**c/o Russell Keith Jarrett**
**Liskow & Lewis, One Shell Square**
**701 Poydras St. Suite 5000**
**New Orleans, LA 70139-5099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _   Basis for the claim:  **Litigation**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Samson Contour Energy E & P L L C**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _   Basis for the claim:  **Litigation**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Samson Resources Co**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _   Basis for the claim:  **Litigation**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**SANDEFER OIL & GAS, INC**
**701 Poydras Street**
**Suite 5000**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _   Basis for the claim:  **LITIGATION**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**SANDEFER PETROLEUM COMPANY**
**600 Jefferson Street**
**Suite 300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _   Basis for the claim:  **LITIGATION**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**SANTA FE BRAUN, INC**
**1675 South State Street**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _   Basis for the claim:  **LITIGATION**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Seneca Resources Corporation**
**c/o Francis V. Liantonio , Jr.**
**Adams & Reese, LLP, One Shell Square**
**701 Poydras St. Suite 4500**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _   Basis for the claim:  **Litigation**

Last 4 digits of account number _   Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Meridian Resource and Exploration, LLC**
      Name

Case number *(if known)* _____

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,506.81** |
|---|---|---|---|

**SETTOON TOWING LLC**
**PO BOX 11407**
**DEPARTMENT 2088**
**BIRMINGHAM, AL 35246-2088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,795.16** |
|---|---|---|---|

**SHAMROCK ENERGY SOLUTIONS**
**PO BOX 731152**
**DALLAS, TX 75373-1152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHARON FUSELIER**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shell Exploration & Production Company**
**701 Poydras**
**New Orleans, LA 70139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shell Offshore Inc**
**c/o Russell Keith Jarrett**
**Liskow & Lewis, One Shell Square**
**701 Poydras St. Suite 5000**
**New Orleans, LA 70139-5099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shell Oil Co**
**c/o Russell Keith Jarrett**
**Liskow & Lewis, One Shell Square**
**701 Poydras St. Suite 5000**
**New Orleans, LA 70139-5099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SHELL OIL COMPANY**
**C/O JOHNSON GRAY MCNAMARA LLC**
**PO BOX 51165**
**LAFAYETTE, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC**         Case number *(if known)* _____
Name

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shoreline Southeast L L C**
**c/o Guy Earl Wall**
**Wall Bullington & Cook**
**540 Elmwood Park Blvd**
**New Orleans, LA 70123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SIGMA ENERGY VENTURES LLC**
**2170 Buckthorne Place**
**Suite 240**
**The Woodlands, TX 77380**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SIGMA/TMRX/PERMIT GEOPHY SURVY**
**2170 Buckthorne Place**
**Suite 240**
**The Woodlands, TX 77380**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Source Petroleum, Inc**
**620, 304 8th Ave SW**
**AB T2P 1C1 Canada**
**Calgary, AB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,735.08** |
|---|---|---|---|

**ST BERNARD PARISH**
**PO BOX 168**
**CHALMETTE, LA 70043-0168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,920.46** |
|---|---|---|---|

**ST MARY PARISH SHERIFFS OFFICE**
**PO BOX 610**
**PATTERSON, LA 70392-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**STATE OF LA-STATE MINERAL BRD**
**OFFICE OF MINERAL RESOURCES**
**LASALLE OFFICE BLDG.**
**617 N. 3RD ST. CAPITOL COMPLEX**
**BATON ROUGE, LA 70802**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Royalty Interest__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
                              Name

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **State of Louisiana** | |
| **c/o Louisiana Department of Justice** | ■ Contingent |
| **Attn Ryan M Seidemann** | ■ Unliquidated |
| **1185 North 3rd St** | ■ Disputed |
| **Baton Rouge, LA 70802** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **State of Louisiana** | |
| **c/o Steven B Jones** | ■ Contingent |
| **LA Dept of Justice** | ■ Unliquidated |
| **Baton Rouge, LA 70804-9095** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **STATE OF TX-COMMISSIONER OF** | |
| **GENERAL LAND OFFICE** | ■ Contingent |
| **1700 N CONGRESS AVE** | ■ Unliquidated |
| **AUSTIN, TX 78701** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Royalty Interest__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **Stephanie A. Draper** | |
| **c/o Carver, Darden, Koretzky, Tessier,** | ☐ Contingent |
| **Finn, Blossman, & Areaux, LLC** | ☐ Unliquidated |
| **1100 Poydras Street, Suite 3100** | ☐ Disputed |
| **New Orleans, LA 70163** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **Strata Energy Inc** | |
| **c/o Richard D. McConnell , Jr.** | ■ Contingent |
| **Kean Miller, II City Plaza** | ■ Unliquidated |
| **400 Convention St. Suite 700 PO Box 3513** | ■ Disputed |
| **Baton Rouge, LA 70802** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **SWEPI LP** | |
| **C/O JOHNSON GRAY MCNAMARA LLC** | ☐ Contingent |
| **PO BOX 51165** | ☐ Unliquidated |
| **LAFAYETTE, LA 70505** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __LITIGATION__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.292** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
| **Sydson Energy Inc.** | |
| **c/o Joens Gill Porter Crawfor & Crawford** | ■ Contingent |
| **6363 Woodway Suite 1100** | ■ Unliquidated |
| **Houston, TX 77057** | ■ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Litigation__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor  **The Meridian Resource and Exploration, LLC**                          Case number (if known) _____
_____
Name

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SYLVIA RUSSELL**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,910.27** |
|---|---|---|---|

**T BAKER SMITH INC**
**PO BOX 2266**
**HOUMA, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tennessee Gas Pipeline Co L L C**
**c/o Richard Dean McConnell , Jr**
**Kean Miller**
**P O Box 3513**
**Baton Rouge, LA 70821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TENSAS EXPLORATION & PRODUCTION**
**COMPANY,**
**5800 One Perkins Place**
**Suite 8B**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TEXACO**
**2000 Westchester Avenue**
**White Plains, NY 10650**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Texas Commission on Environmental Qualit**
**2309 Gravel Dr**
**Fort Worth, TX 76118**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Texas Oil Distribution & Development Inc**
**JAR Resource Holdings LP**
**c/o Scofield Gerard Pohorelsky**
**901 Lakeshore Drive Suite 900**
**Lake Charles, LA 70601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**   Case number (if known) _____

_____
Name

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**TEXAS PACIFIC OIL COMPANY**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Texas Petroleum Investment Co**
**c/o Paul J Hebert**
**Ottinger Hebert**
**P O Drawer 52602**
**Lafayette, LA 70505-2606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Litigation__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Texas Secretary of State**
**PO Box 13697**
**Austin, TX 78711**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**THE MERIDIAN RESOURCE &**
**EXPLORATION LLC**
**3867 Plaza Tower Drive**
**Baton Rouge, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**THE MERIDIAN RESOURCE &**
**EXPLORATON LLC**
**701 Poydras st.**
**Ste. 4500**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __LITIGATION__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**The Parish of Cameron**
**Archdiocese of New Orleans**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Litigation__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**The Parish of St. Bernard**
**c/o Talbot Carmouche & Marcello**
**17405 Perkins Road**
**Baton Rouge, LA 70810**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Litigation__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **The Meridian Resource and Exploration, LLC**                Case number (if known) _____
     Name

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas F. Harris**
**c/o Megan K. Terrell**
**Louisiana Department of Justice (94005)**
**P. O. Box 94005**
**Baton Rouge, LA 70804-9005**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Sydson**
**c/o Timothy W. Cerniglia**
**4913 Newlands Street**
**Metairie, LA 70006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TOTAL PETROCHEMICALS USA INC**
**1201 LOUISIANA ST #1800**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Transco Exploration Company**
**c/o Mark Andrew Marionneaux**
**Kean Miller, II City Plaza**
**400 Convention St. Suite 700**
**Baton Rouge, LA 70802**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TRANSTEXAS GAS CORPORATION**
**2701 Avenue S St**
**Dickinson, TX 77539**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TUMLINSON 1**
**n/a**
**n/a, n/a n/a**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ULYSSES SHORT, JR.**
**C/O TALBOT, CARMOUCHE, & MARCELLO**
**17405 PERKINS ROAD**
**BATON ROUGE, LA 70810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __LITIGATION__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **The Meridian Resource and Exploration, LLC**      Case number *(if known)* _____

Name

| | |
|---|---|
| 3.314 **Nonpriority creditor's name and mailing address**<br>**Union Oil Co of California**<br>**c/o Michael R Phillips**<br>**Kean Miller**<br>**909 Poydras St Ste 3600**<br>**New Orleans, LA 70112**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.315 **Nonpriority creditor's name and mailing address**<br>**Union Oil Company of California**<br>**c/o Louis Victor Gregoire , Jr**<br>**Adams & Reese, LLP, One Shell Square**<br>**701 Poydras St. Suite 4500**<br>**New Orleans, LA 70139**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.316 **Nonpriority creditor's name and mailing address**<br>**UNITED WORLD ENERGY CORP**<br>**2006 AMBASSADOR CAFFERY PKWY**<br>**LAFAYETTE, LA 70506**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$72,102.65**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.317 **Nonpriority creditor's name and mailing address**<br>**USOIL CORPORATION**<br>**6776 Southwest Freeway,**<br>**Suite 600**<br>**Houston, TX 77074**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **LITIGATION**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.318 **Nonpriority creditor's name and mailing address**<br>**VERA MOORE**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **LITIGATION**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.319 **Nonpriority creditor's name and mailing address**<br>**VERIZON BUSINESS**<br>**PO BOX 660794**<br>**DALLAS, TX 75266-0794**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$484.43**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.320 **Nonpriority creditor's name and mailing address**<br>**VERLINE L. JACOBS**<br>**C/O TALBOT, CARMOUCHE, & MARCELLO**<br>**17405 PERKINS ROAD**<br>**BATON ROUGE, LA 70810**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **LITIGATION**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
          Name

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Virtex Petroleum Company, L.L.P.**
**c/o James K. Barry**
**Barry Conge Harris**
**1800 West Loop South Suite 750**
**Houston, TX 77027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Litigation__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wadsworth A. Holmes, IV**
**c/o Carver, Darden, Koretzky, Tessier,**
**Finn, Blossman, & Areaux, LLC**
**1100 Poydras Street, Suite 3100**
**New Orleans, LA 70163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WAGNER OIL COMPANY**
**500 COMMERCE ST #600**
**FORT WORTH, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WARWICK OIL CORPORATION**
**1001 Pinhook Road**
**Building 1**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WAYMAN M. BUCHANAN, INC**
**745 E. Mulberry Avenue**
**Suite 850**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169,597.39 |
|---|---|---|---|

**WEATHERFORD US LP**
**PO BOX 301003**
**DALLAS, TX 75303-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WEBER ENERGY CORPORATION**
**200 Crescent Ct**
**#1801**
**Dallas, TX 75201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number (if known) _____
                Name

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,102.95 |
|---|---|---|---|

**WESTMORELAND GAS LLC**
PO BOX 470
BRIDGEPORT, WV 26330

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**WETLANDS CAMERON PARISH EXPERT**
ONE GALERIA BLVD SUITE 2100
METAIRIE, LA 70001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wilbert L. Crutcher**
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAM EARL GUTHRIE**
C/O TALBO, CARMOUCHE, & MARCELLO
214 W. COMERVIEW
PO BOX 759
GONZALES, LA 70707

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAM GORDON**
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __LITIGATION__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAMS INC**
PO BOX 460
PATTERSON, LA 70392

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Royalty Interest__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yuma Exploration & Production Company, I**
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP,  One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Meridian Resource and Exploration, LLC** _____ Case number *(if known)* _____
 Name

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Yuma Petroleum Company
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP,  One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,948.71** |

ZEALOUS ENERGY SERVICES LLC
C/O COUMMUNITY FIRST BANK
PO BOX 10610
NEW IBERIA, LA 70562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

ZENERGY, INC.
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Donald W Price<br>LA Dept of Natural Resources<br>P O Box 94396<br>Baton Rouge, LA 70804 | Line **3.287**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Arnold & Porter and Kaye Scholer LLP<br>777 S. Figueroa St.<br>44th Floor<br>Los Angeles, CA 90017-5844 | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Ashley E. Philen<br>Law Offices of Ashley E. Philen<br>P O Box 11652<br>New Iberia, LA 70562 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Ashley E. Philen<br>Law Offices of Ashley E. Philen<br>P O Box 11652<br>New Iberia, LA 70562 | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Connick & Connick, LLC<br>3421 N. Causeway Blvd.<br>Suite 408<br>Metairie, LA 70002 | Line **3.306**<br>☐ Not listed. Explain ____ | _ |

Debtor **The Meridian Resource and Exploration, LLC** Case number *(if known)* _____
        _____
        Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.6 **Cossich, Sumich, Parsiola & Taylor, LCC**<br>**8397 Highway 23**<br>**Suite 100**<br>**Belle Chasse, LA 70037** | Line **3.306**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Kean Miller (Baton Rouge)**<br>**II City Plaza**<br>**400 Convention St. Suite 700**<br>**Baton Rouge, LA 70802** | Line **3.315**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Kimberly D Moss**<br>**Attorney at Law**<br>**3 Sugar Creek Center Blvd Suite 146**<br>**Sugar Land, TX 77478** | Line **3.170**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Kimberly D Moss**<br>**Attorney at Law**<br>**3 Sugar Creek Center Blvd Suite 146**<br>**Sugar Land, TX 77478** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Kimberly D Moss**<br>**Attorney at Law**<br>**3 Sugar Creek Center Blvd Suite 146**<br>**Sugar Land, TX 77478** | Line **3.180**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Louisiana Department of Justice**<br>**1885 N. 3rd Street**<br>**P.O. Box 94005**<br>**Baton Rouge, LA 70804** | Line **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **McGuire Woods, LLP**<br>**201 N. Tryon St. Suite 3000**<br>**Charlotte, NC 28202** | Line **3.310**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **Pendley, Baudin & Coffin, LLP**<br>**1515 Poydras Street Suite 1400**<br>**New Orleans, LA 70112** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **STATE OF DELAWARE**<br>**820 N French St**<br>**Wilmington, DE 19801** | Line **2.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **State of Louisiana (Department of Natura**<br>**617 North Third Street**<br>**Suite 1240**<br>**Baton Rouge, LA 70804** | Line **3.189**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **Susman Godfrey, LLP**<br>**1000 Louisiana St.**<br>**Suite 5100**<br>**Houston, TX 77002** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Susman Godfrey, LLP (Houston)**<br>**1000 Louisiana St. Suite 5100**<br>**Houston, TX 77002** | Line **3.315**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **The Meridian Resource and Exploration, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.18 | **The Law Offices of Michael C. Ginart, Jr**<br>**2114 Paris Rd.**<br>**Chalmette, LA 70043** | Line  3.306<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 357,616.02 |
| 5b. Total claims from Part 2 | 5b. + | $ | 41,186,767.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **41,544,383.16** |

**Fill in this information to identify the case:**

Debtor name __The Meridian Resource and Exploration, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Assignment** | |
| State the term remaining — **Eff.: 07/15/2009** | **ALTA MESA ENERGY LLC**<br>**15021 Katy Fwy #400**<br>**Houston, TX 77094** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Unit Designation** | |
| State the term remaining — **Eff.: 11/19/2012** | **BURLINGTON RESOURCES OIL & GAS**<br>**717 Texas Avenue**<br>**Houston, TX 77002** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **SOUTH LOUISIANA purchase of sale agreement** | |
| State the term remaining — **Eff: 12/30/2019** | **CHAPPY ENERGY, LLC**<br>**31 Hammock Dunes Place**<br>**Spring, TX 77389** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **SOUTH LOUISIANA SEISMIC RIGHTS** | |
| State the term remaining — **Eff: 1/1/2020** | **CHAPPY ENERGY, LLC**<br>**31 Hammock Dunes Place**<br>**Spring, TX 77389** |
| List the contract number of any government contract | |

Debtor 1   **The Meridian Resource and Exploration, LLC**                                    Case number (*if known*) _____

      First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 03/01/1995** | **COMPROMISE AGEEMENT** <br> **n/a** <br> **n/a, n/a n/a** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 10/01/1981** | **COMPROMISE AGREEMENT FOR STATE LEASE 340** <br> **n/a** <br> **n/a, n/a n/a** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 02/20/2001** | **DAVIS PETROLEUM CORP** <br> **1330 Post Oak Blvd., Suite 600** <br> **Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement: Turtle Bayou Ramos** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 7/27/2018** | **Delbo Holdings LLC** <br> **P.O. Box 1063** <br> **Tomball, TX 77377** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Title Opinion** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 11/14/1988** | **DOTSON BABCOCK & SCOFIELD** <br> **401 McKinney St** <br> **#1900** <br> **Houston, TX 77010** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 01/15/2013** | **EAGLE FORD HUNTER RESOURCES** <br> **777 POST OAK BLVD** <br> **STE 650** <br> **Houston, TX 77056** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      

Debtor 1  **The Meridian Resource and Exploration, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** | |
|---|---|---|---|
| | State the term remaining | Eff.: 01/15/2013 | **EAGLE FORD HUNTER RESOURCES**<br>**777 POST OAK BLVD**<br>**STE 650**<br>**Houston, TX 77056** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment** | |
|---|---|---|---|
| | State the term remaining | Eff.: 10/30/2014 | **EnergyQuest II LLC**<br>**4526 Research Forest Drive**<br>**Suite 200**<br>**The Woodlands, TX 77381** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment** | |
|---|---|---|---|
| | State the term remaining | Eff.: 10/30/2014 | **EnergyQuest II LLC**<br>**4526 Research Forest Drive**<br>**Suite 200**<br>**The Woodlands, TX 77381** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement** | |
|---|---|---|---|
| | State the term remaining | Eff.: 08/29/2014 | **ENERGYQUEST II LLC**<br>**4526 Research Forest Drive**<br>**Suite 200**<br>**The Woodlands, TX 77381** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Title Opinion** | |
|---|---|---|---|
| | State the term remaining | Eff.: 10/28/2013 | **ENERGYQUEST II LLC**<br>**4526 Research Forest Drive**<br>**Suite 200**<br>**The Woodlands, TX 77381** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement** | **EnergyQuest II LLC**<br>**4526 Research Forest Drive**<br>**Suite 200**<br>**The Woodlands, TX 77381** |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1    **The Meridian Resource and Exploration, LLC**                          Case number *(if known)* _____
            First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| State the term remaining | **Eff.: 08/29/2014** |  |
| List the contract number of any government contract | _____ |  |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment** |  |
|---|---|---|---|
|  | State the term remaining | **Eff.: 09/01/2015** | **ENERVEST**<br>**1001 Fannin St**<br>**#800**<br>**Houston, TX 77002** |
|  | List the contract number of any government contract | _____ |  |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment** |  |
|---|---|---|---|
|  | State the term remaining | **Eff.: 01/15/2016** | **EVANGELINE NATURAL RESOURCES LLC**<br>**323 TWIN RIVER DRIVE**<br>**COVINGTON, LA 70433-8505** |
|  | List the contract number of any government contract | _____ |  |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** |  |
|---|---|---|---|
|  | State the term remaining | **Eff.: 01/15/2013** | **GEOSOUTHERN LAVACA PROPERTIES**<br>**1425 LAKE FRONT CIRCLE**<br>**SUITE 200**<br>**THE WOODLANDS, TX 77380** |
|  | List the contract number of any government contract | _____ |  |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** |  |
|---|---|---|---|
|  | State the term remaining | **Eff.: 01/15/2013** | **GEOSOUTHERN LAVACA PROPERTIES**<br>**1425 LAKE FRONT CIRCLE**<br>**SUITE 200**<br>**THE WOODLANDS, TX 77380** |
|  | List the contract number of any government contract | _____ |  |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** |  |
|---|---|---|---|
|  | State the term remaining | **Eff.: 08/01/2013** | **GEOSOUTHERN LAVACA PROPERTIES**<br>**1425 LAKE FRONT CIRCLE**<br>**SUITE 200**<br>**THE WOODLANDS, TX 77380** |
|  | List the contract number of any government contract | _____ |  |

Debtor 1  **The Meridian Resource and Exploration, LLC**                     Case number (*if known*) _____
     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 10/01/2013** | **GEOSOUTHERN LAVACA PROPERTIES**<br>**1425 LAKE FRONT CIRCLE**<br>**SUITE 200**<br>**THE WOODLANDS, TX 77380** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Title Opinion** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 10/28/2013** | **GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN**<br>**201 Saint Charles Avenue**<br>**Suite 4000**<br>**New Orleans, LA 70170-4000** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Option** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 12/14/2012** | **JMB COTE BLANCHE LLC**<br>**PO BOX 333**<br>**FRANKLIN, LA 70538** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Net Profits Agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 01/01/1994** | **JOSEPH A REEVES JR**<br>**11211 WILDING LANE**<br>**HOUSTON, TX 77024-6315** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Net Profits Agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 01/01/1994** | **MICHAEL J MAYELL**<br>**4550 POST OAK PLACE**<br>**SUITE 300**<br>**HOUSTON, TX 77027** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **SOUTH LOUISIANA purchase of sale agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff: 12/30/2019** | **OAK VIEW RESOURCES LLC**<br>**1400 Woodloch Forest Dr**<br>**#300**<br>**Spring, TX 77380** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      

Debtor 1 **The Meridian Resource and Exploration, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | SOUTH LOUISIANA SEISMIC RIGHTS | |
|---|---|---|---|
| | State the term remaining | Eff: 1/1/2020 | OAK VIEW RESOURCES LLC<br>1400 Woodloch Forest Dr #300<br>Spring, TX 77380 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Title Opinion | |
|---|---|---|---|
| | State the term remaining | Eff.: 11/14/1988 | OCS-G 4486<br>16600 Park Row, Suite 158<br>HOUSTON, TX 77084 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Geophysical Survey | |
|---|---|---|---|
| | State the term remaining | Eff.: 04/03/2008 | PACSEIS<br>200 Clocktower Pl, Suite D208<br>Carmel, CA 93923 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Unit Designation | |
|---|---|---|---|
| | State the term remaining | Eff.: 11/19/2012 | PENN VIRGINIA OIL & GAS<br>16285 Park Ten Pl #500<br>Houston, TX 77084 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Unit Designation | |
|---|---|---|---|
| | State the term remaining | Eff.: 08/01/2013 | PENN VIRGINIA OIL & GAS<br>16285 Park Ten Pl #500<br>Houston, TX 77084 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Unit Designation | PENN VIRGINIA OIL & GAS<br>16285 Park Ten Pl #500<br>Houston, TX 77084 |
|---|---|---|---|

Debtor 1 **The Meridian Resource and Exploration, LLC**                Case number *(if known)* _____

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **Eff.: 10/01/2013** | |
| List the contract number of any government contract _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Geophysical Survey** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 03/25/2009** | **SIGMA ENERGY VENTURES LLC**<br>2170 Buckthorne Place<br>Suite 240<br>The Woodlands, TX 77380 |
| | List the contract number of any government contract | _____ | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 07/15/2009** | **SIGMA/TMRX/PERMIT GEOPHY SURVEY**<br>2170 Buckthorne Place<br>Suite 240<br>The Woodlands, TX 77380 |
| | List the contract number of any government contract | _____ | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 02/22/1994** | **TEXACO**<br>2000 Westchester Avenue<br>White Plains, NY 10650 |
| | List the contract number of any government contract | _____ | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 09/03/1992** | **TEXACO**<br>2000 Westchester Avenue<br>White Plains, NY 10650 |
| | List the contract number of any government contract | _____ | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Unit Designation** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 02/20/2001** | **TRANSTEXAS GAS CORPORATION**<br>2701 Avenue S St<br>Dickinson, TX 77539 |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **The Meridian Resource and Exploration, LLC**                    Case number (*if known*) _____

First Name              Middle Name              Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Well File** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 11/01/2006** | **TUMLINSON 1**<br>**n/a**<br>**n/a, n/a n/a** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment** | |
|---|---|---|---|
| | State the term remaining | **Eff.: 07/15/2009** | **WEBER ENERGY CORPORATION**<br>**200 Crescent Ct**<br>**#1801**<br>**Dallas, TX 75201** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __The Meridian Resource and Exploration, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **The Meridian Resource and Exploration, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   |  |  |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached Exhibit SOFA 4/30**<br>**Payments**<br>**Payments to Insiders/Affiliates** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Julie Sheerin, Momayezi Ager, and Jimmy Freeman**<br>**Civ 023704** | **Declaratory Judgment regarding termination of receivership** | **411th District Court of Polk County**<br>**101 W Mill St**<br>**Livingston, TX 77351** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Ager, et v Clark et al v The Meridian Resources & Exploration, LLC, et al**<br>**Civ-023704** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Alta MesaResources, Inc.and AltaMesa Holdings,LP, Debtors.**<br>**Joseph Hayes Jr., etal., Plaintiffs v. Alta Mesa Resources, Inc., Defendants; Alta Mesa Resources, Inc., et al., Third Party Plaintiffs v. High Mesa Holdings, LP, et al.**<br>**Adv. 19-03631** | **Declarator Judgment as to Indemnity** | **United States Bankruptcy Court**<br>**Southern District of Texas**<br>**515 Rusk**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **The Meridian Resource and Exploration, LLC**   Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Nolan A. LeBoeuf, et. al v. Shell Oil Company, et al.**<br>**144764(E)** | | **32nd District Court for the Parrish**<br>**of Terrebonne, State of Louisian** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Ardoin Limited Partnership, C. F. Henry Properties, LLC, et al v The Meridian Resource & Exploration LLC, et al**<br>**10-18692** | | **38th Judicial District Court Parish of Cameron, State of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Ramos Investments Company v. Shell Oil Company, et al.**<br>**77300** | | **16th Judicial District Court Parish of St. Martin, State of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **James Austin Guthrie and William Earl Guthrie v. Exxon Mobil Corporation, et al.**<br>**10-18904** | | **38th Judicial District Court Parish of Cameron, State of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Point Au Fer, LLC and the Roman Catholic Church of the Archdiocese of New Orleans v. Exxonmobil Oil Corporation, et al.**<br>**169160** | | **32nd Judicial District Court Parish of Terrebonne, State of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **The Parish of Cameron v Burlington Resources, et al**<br>**18-cv-00682** | **Statutory Action** | **United States District Court Western District of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **The Parish of St. Bernard v. Atlantic Richfield Company, et al.**<br>**16-1225** | **Statutory Action** | **34th Judicial District Court Parish of St. Bernard, State of Louisian** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Keith Stutes,District Attorney for the 15th Judicial District of The State of Lousiana v. Gulfport Energy Corporation, et al**<br>**18-cv-00691** | **Statutory Action** | **United States District Court Western District of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Herbert L. Sadler, Sr., et al v. The Meridian Resource & Exploration, LLC, Alta Mesa Services, LP, and Alta Mesa Holdings**<br>**129782** | **Royalties** | **16th Judicial District Court Parish of St. Mary, State of Louisiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Henry Leon Sarpy, et al. v. Exxon Mobil Corporation, et al.**<br>**Docket No. 71,789** | **Private Settlement has been reached totaling**<br>**$1,650,000** | **29th Judicial District Court Parish of St. Charles, State of LA**<br>**15045 River Road Hahnville, LA 70057** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   **The Meridian Resource and Exploration, LLC**                                  Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. **Biloxi Marsh Lands Corporation v. Alta Mesa Holding, LP, et al.**<br>**Docket No. 17-1104** | **Suit for damages based on breach of contract, negligent construction and operation of Eros pipeline, loss of wetlands.** | **34th Judicial District Court Parish of St. Bernard, Louisiana**<br>**1101 W St Bernard Hwy Chalmette, LA 70043** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **H. L. Hawkins III and John C. Lovell, Jr. as Succession Representatives fo the Succession of H. L. Hawkins, Jr., Hawkeye Energy, Inc.,and H. L. Hawkins,Jr., Inc. v. The Meridian Resource and Exploration LLC and The Meridian Resource Corporation f/k/a Texas Meridian Resources Exploration, Inc.**<br>**Docket No. 526,922** | **Breach of Contract** | **19th Judicial District Court Parish of East Baton Rouge State of Louisiana**<br>**300 North Blvd Baton Rouge, LA 70802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **The Meridian Resource & Exploration LLC v. Entex Production Inc. and O'Ryan Family Limited Partnership**<br>**83245** | | **29th Judicial District Court Parish of St. Charles, State of Louisian** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. **The Lacassane Company Inc. v BP America Production Company, et al.**<br>**10-20196** | | **38th Judicial District Court Parish of Camerson, State of Lousiana** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor   **The Meridian Resource and Exploration, LLC**          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Delbo Holdings LLC**<br>**P.O. Box 1063**<br>**Tomball, TX 77377** | **Purchase and Sale Agreement: Turtle Bayou Ramos** | **7/27/2018** | **Unknown** |
| | Relationship to debtor | | | |
| 13.2. | **CHAPPY ENERGY, LLC**<br>**31 Hammock Dunes Place**<br>**Spring, TX 77389** | **SOUTH LOUISIANA purchase of sale agreement** | | **Unknown** |
| | Relationship to debtor | | | |
| 13.3. | **OAK VIEW RESOURCES LLC**<br>**1400 Woodloch Forest Dr**<br>**#300**<br>**Spring, TX 77380** | **SOUTH LOUISIANA purchase of sale agreement** | | **Unknown** |
| | Relationship to debtor | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **The Meridian Resource and Exploration, LLC**                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4<br>. | **OAK VIEW RESOURCES LLC**<br>**1400 Woodloch Forest Dr**<br>**#300**<br>**Spring, TX 77380** | **SOUTH LOUISIANA SEISMIC RIGHTS** | | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.5<br>. | **CHAPPY ENERGY, LLC**<br>**31 Hammock Dunes Place**<br>**Spring, TX 77389** | **SOUTH LOUISIANA SEISMIC RIGHTS** | | **Unknown** |
| | **Relationship to debtor** | | | |

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **15021 Katy Freeway, Suite 400**<br>**Houston, TX 77094** | **To 1/31/2019** |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor    **The Meridian Resource and Exploration, LLC**                    Case number *(if known)* _____

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **7**

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| HBY RB SUA | LOUISIANA DEPARTMENT OF NATURAL RESOURCE PO BOX 94275 Baton Rouge, LA 70804 | HBY RB SUA;E W Brown Jr etal No. 002 – SN 234618 to P&A well (LAW: LAC 43:XIX,137) | 10/12/2016 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Opporture** **711 Louisiana Suite 3100** **Houston, TX 77002** | **1/29/2019-1/10/2020** |
| 26a.2. | **Ronald J. Smith,Chief Accounting Officer** **Alta Mesa Services** **15021 Katy Fwy, Suite 400** **Houston, TX 77094** | **2/9/2018-1/31/2019** |
| 26a.3. | **Michael A McCabe,Chief Financial Officer** **Alta Mesa Services** **16600 Park Row, Suite 158** **Houston, TX 77084** | **2/9/2018-1/31/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Opporture** **711 Louisiana Suite 3100** **Houston, TX 77002** | **1/29/2019-1/10/2020** |

Debtor   **The Meridian Resource and Exploration, LLC**                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **PricewaterhouseCoopers LLP**<br>**1000 Louisiana Street Suite 5800**<br>**Houston, TX 77002** | **2/1/2019-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Opporture**<br>**711 Louisiana Suite 3100**<br>**Houston, TX 77002** | **Opporture locked Debtors from accessing their data in BOLO accounting software.** |
| 26c.2.   **PricewaterhouseCoopers LLP**<br>**1000 Louisiana Street Suite 5800**<br>**Houston, TX 77002** | |
| 26c.3.   **Alta Mesa Services**<br>**15021 Katy Freeway, Suite 400**<br>**Houston, TX 77094** | **Debtors books and records prior to 2/1/2019 have not been produced by Alta Mesa Services other than the aged trial balance which was submitted directly to Opporture in February 2019.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
|  |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alta Mesa Aquisition Sub, LLC** | **16600 Park Row, Suite 158 Houston, TX 77084** | **Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Ricks** | **16600 Park Row, Suite 158 Houston, TX 77084** | **Authorized Representative** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

Debtor    __The Meridian Resource and Exploration, LLC__    Case number *(if known)*    _____

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **High Mesa Holdings, LP** | EIN:    **82-2011080** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __January 24, 2020__

__/s/ Scott Ricks__                                    __Scott Ricks__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __Authorized Representative__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**THE MERIDIAN RESOURCES AND EXPLORATIONS LLC**
**Exhibit SOFA 4/30 – Payments to Insiders/Affiliates**

| Entity | Receiver | Creditor's Address | Dates | Total Amount or Value |
|---|---|---|---|---|
| THE MERIDIAN RESOURCE AND EXPLORATIONS LLC F/K/A TEXAS MERIDIAN RESOURCES & EXPLORATION | HIGH MESA HOLDINGS LP | 16600 Park Row, Suite 158, Houston, TX | 1/25/2018 to 1/25/2020 | $91,528 |

# Exhibit SOFA 23

The Meridian Resource and Explorations, LLC.

Louisiana:

- Compliance Order No. **E-I&E19-1340** issued 11/4/2019 to AMS re **CRIS I RE SUA;BML 22/SL 17980 No.001 - SN 229295 and BILOXI MARSH LANDS 31 No.001 - SN 230238** related to removal of debris (flowlines, cribbing).  Requested an extension to comply awaiting issuance of OCM permits.  **COMPANY CITED:  ALTA MESA SERVICES, LP, 15021 KATY FREEWAY, HOUSTON TX 77094; SITE:  ST BERNARD PARISH, LA; AGENCY:  LOUISIANA DEPARTMENT OF NATURAL RESOURCES, OFFICE OF CONSERVATION, PO BOX 94275 – CAPITOL STATION, BATON ROUGE, LA 70804-9275; LAW:  STATEWIDE ORDER NO. 29-B.**
- Compliance Order No. **E-I&E19-1341** issued 11/4/2019 to AMS re **CRIS I RC SUA;SL 17958 No.001 - SN 229453** related to well signage to read AMS
- Compliance Order No. **E-I&E19-1342** issued to AMS 11/4/2019 re **SL 18315 No.001 - SN 230885, CRIS I RA SUA;SL 18307 No.001 - SN 232396 and SL 18373 No.001 - SN 232567** related to well signage to read AMS. **SAME AS ABOVE**
- Compliance Order No.  **E-I&E19-0283** issued 3/1/2019 to AMS re **CRIS I RA SUB;B Marsh Lds 1 No. 001 – SN 227090** related to removal of debris.  Requested an extension to comply awaiting issuance of OCM permits.  **SAME AS ABOVE**
- Compliance Order No. **E-I&E19-0284** issued 3/1/2019 to AMS re **Biloxi Marsh Lands 6 No. 001 – SN 227091** related to removal of debris.  Requested an extension to comply awaiting issuance of OCM permits.  **SAME AS ABOVE**
- Compliance Order No. **E-I&E19-0495** issued 4/24/2019 to AMS re **CRIS I RF SUA;BML 19 No.001 - SN 229230, CRIS I RF SUA;BML 24 No.001-ALT - SN 229597** related to removal of equipment, structures and trash and restoration.  Requested an extension to comply awaiting issuance of OCM permits.  **SAME AS ABOVE**
- Compliance Order No. **E-I&E16-0848** issued 10/12/2016 to TMRE re **HBY RB SUA;E W Brown Jr etal No. 002 – SN 234618** to P&A well.  **COMPANY CITED:  THE MERIDIAN RES & EXP LLC, 15021 KATY FREEWAY, HOUSTON TX 77094; AGENCY:  SAME AS ABOVE; LAW:  LAC 43:XIX,137.**
- Compliance Order No. **IMD-2018-028** issued 8/3/2018 to AMS re **Lacassane Co SWD No. 001 – SN 972572** to P&A well
- Compliance Order No. **E-I&E-15-1143** issued 5/1/2015 to AMS re **Pelican No. 025 – SN 153162** for soil reclamation.  Last correspondence indicated soil sampling conducted in April 2018 by Hydro-Environmental Technology in coordination with Adams & Reese.  **COMPANY CITED: AMS, PELICAN NO. 25 WELL IN GIBSON FIELD, LAFOURCHE PARISH, LA; AGENCY:  LOUISIANA DEPARTMENT OF NATURAL RESOURCES, OFFICE OF CONSERVATION, SAME AS ABOVE; LAW:  LSA-R.S.30:1et seq.**

# United States Bankruptcy Court
## Southern District of Texas

In re   **The Meridian Resource and Exploration, LLC**                                  Case No.

                                                Debtor(s)        Chapter    **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Alta Mesa Aquisition Sub, LLC**<br>**16600 Park Row, Suite 158**<br>**Houston, TX 77084** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 24, 2020**                          Signature   **/s/ Scott Ricks**

                                                **Scott Ricks**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re    **The Meridian Resource and Exploration, LLC**      Case No.

Debtor(s)      Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 24, 2020**      **/s/ Scott Ricks**

**Scott Ricks**/**Authorized Representative**
Signer/Title

Donald W Price
LA Dept of Natural Resources
P O Box 94396
Baton Rouge, LA 70804


Ahmed Najee-Ullah
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


Alden L. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


ALICE M SIMONSON
117 N WRIGHT BLVD
LIBERTY LAKE, WA 99019


ALTA MESA ENERGY LLC
15021 Katy Fwy #400
Houston, TX 77094


Alta Mesa Holdings LP
c/o Porter & Hedges
1000 Main St 36th floor
Houston, TX 77002


ALTA MESA HOLDINGS LP
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Alta Mesa Services LP
15021 Katy Freeway, Suite 400
Houston, TX 77094

ALTA MESA SERVICES LP
3867 Plaza Tower Drive
Baton Rouge, LA 70816

ALVIN SMITH
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

American Trading & Production Corp
c/o Douglas Conrad Longman , Jr.
 Jones Walker
600 Jefferson St. Suite 1600
Lafayette, LA 70501

ANADARKO OGC COMPANY
200 W. Congress
Ste. 900
Lafayette, LA 70505

ANADARKO PETROLEUM CORPORATION
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Angela R. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

Apache Corporation
c/o Douglas Conrad Longman , Jr.
 Jones Walker
600 Jefferson St. Suite 1600
Lafayette, LA 70501

APACHE CORPORATION
2000 POST OAK BLVD, SUITE 100
HOUSTON, TX 77056

APACHE CORPORATION
3867 Plaza Tower Drive
Baton Rouge, LA 70816


ARCHROCK SERVICES
PO BOX 201160
DALLAS, TX 75320-1160


Ardoin Limited Partnership
c/o Veron Bice Palermo & Wilson LLC
P O Box 2125
Lake Charles, LA 70602-2125


ARDOIN LIMITED PARTNERSHIP
C/O VERON, BICE, PALERMO, & WILSON, LLC
PO BOX 2125
LAKE CHARLES, LA 70602


Arnold & Porter and Kaye Scholer LLP
777 S. Figueroa St.
44th Floor
Los Angeles, CA 90017-5844


Arthur L. Najee-Ullah
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


Ashley E. Philen
Law Offices of Ashley E. Philen
P O Box 11652
New Iberia, LA 70562


Asset Retirement Obiligation (estimated)

ATCHAFALAYA MEASUREMENT INC
PO BOX 677208
DALLAS, TX 75267-7208


Atlantic Richfield Company
c/o Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099


B A S F Corp
c/o  Robert Benn Vincent, Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


B P America Production Co
c/o George Arceneaux, III
Liskow & Lewis
P O Box 52008
Lafayette, LA 70505


B.E.E.M. OIL AND GAS COMPANY, INC
26619 Oakridge Drive
The Woodlands, TX 77380


BALL'S BOAT RENTAL LLC
1868 DR BEATROUS RD
THERIOT, LA 70397


BARBARA WILSON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


BASF CORPORATION
400 Convention Street
Suite 700
Baton Rouge, LA 70802

Bay Coquille Inc
c/o Daniel B Stanton
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


BCE-AMH HOLDINGS LLC
1201 Louisiana Street
Suite 3308
Houston, TX 77002


BCE-MESA HOLDINGS LLC
1201 Louisiana Street
Suite 3308
Houston, TX 77002


BEL OIL CORPORATION
1911 Bel Oil Road
Elton, LA 70532


Bepco, LP
c/o Robert B. McNeal
Liskow & Lewis, One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099


BETTY CARVIN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


BETTY L. FREEMAN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


BIG D'S SEAFOOD INC
459 ALICE B ROAD
FRANKLIN, LA 70538

Biloxi Marsh Lands Corporation
c/o Timothy W.Cerniglia
4913 Newlands Street
Metairie, LA 70006


BOBBIE L. COLLEE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


BP AMERICA INC.
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079


BP AMERICA PRODUCTION COMPANY
225 WESTLAKE PARK BLVD
HOUSTON, TX 77079


BP AMERICA PRODUCTION COMPANY
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Brammer Engineering Inc
c/o Daniel B Stanton
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


Brian K. Shields, II
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


BURLINGTON RESOURCES OIL & GAS
717 Texas Avenue
Houston, TX 77002

BURLINGTON RESOURCES OIL & GAS COMPANY L
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802


Byron E. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


C F Henry Properties LLC
c/o Veron Bice Palermo & Wilson LLC
P O Box 2125
Lake Charles, LA 70602-2125


C H FENSTERMAKER & ASSOC LLC
ATTN ACCOUNTS RECEIVABLE
PO BOX 52106
LDYWRRW, LA 70505


C.F. HENRY PROPERTIES
C/O LAW OFFICES OF ASHLEY E. PHILEN
PO BOX 11652
NEW IBERIA, LA 70562


CABOT OIL & GAS CORPORATION CODY ENERGY,
400 Poydras St.
Ste. 1812
New Orleans, LA 70130


Callon Offshore Production Inc
c/o Richard Stuart Pabst
Kean Miller LLP, First Bank & Trust Towe
 909 Poydras Street Suite 3600
New Orleans, LA 70112


CAMERON PARISH TAX COLLECTOR
PO BOX 1250
CAMERON, LA 70631

```
Camex Inc
c/o Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


Camex Operating Co
c/o Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


CAMEX, INC.
PO BOX 51733
LAFAYETTE, LA 70505


CANADIANOXY OFFSHORE PRODUCTION COMPANY
12790 Merit Drive
Suite 800
Dallas, TX 75251


CANAL DIESEL SERVICES INC
2716 SOUTHWEST DR
NEW IBERIA, LA 70560


CAROL M. SCOTT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CARUTHERS PRODUCING CO., INC
901 Lakeshore Drive
Suite 900
Lake Charles, LA 70602


Castex Energy Inc
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606
```

Celestine Singleton Batiste
482 Lake Long Drive
Houma, LA 70364


CENTRAL BOAT RENTALS INC
PO BOX 120422
DEPT 0422
DALLAS, TX 75312-0422


Century Exploration New Orleans Inc
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


Chambers County Tax Office
405 S Main St
Anahuac, TX 77514


CHAPPY ENERGY, LLC
31 Hammock Dunes Place
Spring, TX 77389


CHARLES F. MCELROY
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CHARLES P. NORMAN, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CHEVRON U.S.A. INC.
400 Convention Street
Suite 700
Baton Rouge, LA 70821

Chevron USA Holdings, Inc.
c/o Louis Victor Gregoire , Jr.
Kean Miller, II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802


CHEVRON USA, INC.
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802


CHRISTOPHER AITKENS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


CITY OF ST GABRIEL
PO BOX 597
ST GABRIEL, LA 70776


CLARA JACOBS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Clementine Clerk
c/o Christie Hancock Jones
Attorney Ad Litem
1202 W Church St
Livingston, TX 77351


COASTAL FLOW GAS MEASUREMENT
PO BOX 58965
HOUSTON, TX 77258-8965


COCKRELL OIL CORPORATION
1000 MAIN STREET
HOUSTON, TX 77002

Columbia Gulf Transmission L L C
c/o James Michael Fussell , Jr
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


COMPROMISE AGEEMENT
n/a
n/a, n/a n/a



COMPROMISE AGREEMENT FOR STATE LEASE 340
n/a
n/a, n/a n/a



Conley P Smith L L C
c/o Jason Edward Wilson
 Galloway Johnson et al
328 Settlers Trace Blvd
Lafayette, LA 70508


Conley P Smith Operating Co
c/o Jason Edward Wilson
 Galloway Johnson et al
328 Settlers Trace Blvd
Lafayette, LA 70508


Connick & Connick, LLC
3421 N. Causeway Blvd.
Suite 408
Metairie, LA 70002



ConocoPhillips Company
c/o Deborah D Kuchle
Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112


Cossich, Sumich, Parsiola & Taylor, LCC
8397 Highway 23
Suite 100
Belle Chasse, LA 70037

Cox Operating, L.L.C.
Baker Donelson Bearman Caldwell & Berkow
201 St. Charles Ave. Suite 3600
New Orleans, LA 70170


CROFT PRODUCTION SYSTEMS INC
19230 FM 442 ROAD
NEEDVILLE, TX 77461


DAGATES MARINE INC
1128 BARROW STREET
HOUMA, LA 70360


DAVID P. LABIT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DAVIS PETROLEUM CORP
1330 Post Oak Blvd., Suite 600
Houston, TX 77056


DEAN ENTERPRISES, INC
17380 Highway 101
Iowa, LA 70647


DEBRA B. CHAISSON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DEBRA M. OWENS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Delbo Holdings LLC
P.O. Box 1063
Tomball, TX 77377


DENBURY ONSHORE, LLC
3867 Plaza Tower Drive
Baton Rouge, LA 70816


DEVON ENERGY PRODUCTION COMPANY LP
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808


Devon Energy Production Company, L.P.
Esteban Herrera , Jr.
Kean Miller, II City Plaza
 400 Convention St. Suite 700 PO Box 351
Baton Rouge, LA 70802


Devon Energy Production Company, L.P.
c/o Esteban Herrera , Jr.
Kean Miller II City Plaza
400 Convention St. Suite 700,PO Box 3513
Baton Rouge, LA 70802


DIANE BERGERON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DIANE G. GORDON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DIRECTV
PO BOX 105249
ATLANTA, GA 30348-5249

DIXIE RICE AGRICULTURAL CORPORATION, INC
C/O MUNSCH, HARDT, KOPF & HARR, P.C.
3800 LINCOLN PLAZA
500 NORTH AKARD
DALLAS, TX 75201


DNOW
PO BOX 200822
DALLAS, TX 75320-0822


DONNA MCKINLEY
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DORIS MASHBURN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


DOTSON BABCOCK & SCOFIELD
401 McKinney St
#1900
Houston, TX 77010


E P Energy E & P Co L P
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


EAGLE FORD HUNTER RESOURCES
777 POST OAK BLVD
STE 650
Houston, TX 77056


Enable Oklahoma Intrastate Transmission
c/o Thomas D Gildersleeve
 Taylor Porter et al
 P O Box 2471
Baton Rouge, LA 70821

Energen Resources Corporation
c/o Laura S. Brown
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


Energen Resources Corporation
c/o Joe B Norman
Liskow & Lewis
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


EnergyQuest II L L C
c/o Terrence K Knister
Gordon Arata et al
201 St Charles Ave Ste 4000
New Orleans, LA 70170-4000


EnergyQuest II LLC
4526 Research Forest Drive
Suite 200
The Woodlands, TX 77381


ENERVEST
1001 Fannin St
#800
Houston, TX 77002


ENI OIL & GAS INC.
909 Poydras Street
Suite 361
New Orleans, LA 70112


ENTERGY UTILITY HOLDING CO LLC
PO BOX 8103
BATON ROUGE, LA 70891-8103


ERIC P. BERGERON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

EVANGELINE NATURAL RESOURCES LLC
323 TWIN RIVER DRIVE
COVINGTON, LA 70433-8505


Exchange Oil & Gas Corp
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139


Exxon Mobil Corp
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139


Exxon Mobil Corporation
c/o Mark McNamara
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139


EXXON MOBIL CORPORATION
22777 SPRINGWOODS VILLAGE PKWY
SPRING, TX 77389


EXXON MOBIL CORPORATION
822 Harding St.
Lafayette, LA 70503


EXXONMOBIL OIL CORPORATION
822 Harding St.
Lafayette, LA 70503


FIRST INSURANCE FUNDING CORP
PO BOX 7000
CAROL STREAM, IL 60197-7000

FLOYD RUFFIN
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Freeport McMoRan Oil & Gas L L C
c/o Carl David Rosenblum
Jones Walker
201 St Charles Ave Ste 5100
New Orleans, LA 70170


FUELMAN FLEET
PO BOX 70887
CHARLOTTE, NC 28272-0887


G & L WELL SERVICE INC
PO BOX 2673
LAFAYETTE, LA 70502


GALVESTON COUNTY TAX ASSESSOR
722 MOODY
GALVESTON, TX 77550


GAUBERT OIL COMPANY INC
PO BOX 310
THIBODAUX, LA 70302


GEOSOUTHERN LAVACA PROPERTIES
1425 LAKE FRONT CIRCLE
SUITE 200
THE WOODLANDS, TX 77380


GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN
201 Saint Charles Avenue
Suite 4000
New Orleans, LA 70170-4000

```
GRACE BAPTIST CHURCH
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Graham Royalty, Ltd.
c/o John C. Anjier
One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


GREG A. MCINNIS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


GULF/INLAND CONTRACTORS INC
C/O SOUTH LOUISIANA BANK
PO BOX 5091
HOUMA, LA 70361-5091


Gulfport Energy Corp
Jones Walker
P O Drawer 3408
Lafayette, LA 70502-3408


H. L. Hawkins III
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139


HARDIN SANITATION INC
PO BOX 7428
PASADENA, CA 91109-7428


HEC PETROLEUM, INC.
15 SMITH RD
MIDLAND, TX 79705
```

HELIS OIL & GAS COMPANY, L.L.C.
701 Poydras st.
Ste. 5000
New Orleans, LA 70139


Henrietta L. Sprinks
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


HENRY PRODCUTION COMPANY INC.
c/o OTTINGER HEBERT, LLC
1313 WEST PINHOOK ROAD
LAFAYETTE, LA 70503


Herbert L. Sadler, Sr.
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


Hess Corporation
c/o Elizabeth S. Wheeler
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


HESS CORPORATION
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808


Hilcorp Energy Co
c/o Craig Isenberg
Barrasso Usdin
 909 Poydras St Ste 2350
New Orleans, LA 70112


HILCORP ENERGY COMPANY
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808

HILCORP ENERGY COMPANY
3867 Plaza Tower Drive
Baton Rouge, LA 70816


HILCORP ENERGY I, L.P.
3867 Plaza Tower Drive
Baton Rouge, LA 70816


HILCORP ENERGY JOINT VENTURE
3867 Plaza Tower Drive
Baton Rouge, LA 70816


HK Energy, LLC
c/o Loulan Joseph Pitre , Jr
Kelly Hart & Pitre LLP
400 Poydras Street, Suite 1812
New Orleans, LA 70130


HURLEY OIL COMPANY, INC
126 Heymann Boulevard
Lafayette, LA 70503


Intercompany Accounts Payable


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


IRISH OIL AND GAS COMPANY
2500 Tanglewilde
Suite 272
Houston, TX 77063

ISAAC ALLRIDGE, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Ivan J. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


JAMES AUSTIN GUTHRIE
C/O TALBO, CARMOUCHE, & MARCELLO
214 W. COMERVIEW
PO BOX 759
GONZALES, LA 70707


James Austin Guthrie and
William Earl Guthrie
Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


JAMES H. MASHBURN, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


JAMES M. LEVINS, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Janex Oil Co Inc
c/o Brodie G Glenn
Bradley Murchison et al
1100 Poydras St Ste 2700
New Orleans, LA 70163


JANICE PRICE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Jeff Landry
c/o Baldwin, Haspel, Burke & Mayer, LLC
Energy Center
1100 Poydras St., Suite 3600
New Orleans, LA 70163-2200


Jefferson Davis Parish Assessor
300 N State St
Jennings, LA 70546



Jimmy Freeman
c/o Shelly Sitton
P O Drawer 1617
Livingston, TX 77351


JMB COTE BLANCHE LLC
PO BOX 333
FRANKLIN, LA 70538



JOANN GIVENS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



JOANN RATCLIFF
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



JOHN AND YVETTE DELCAMBRE
6516 DASPIT RD
NEW IBERIA, LA 70563



John C. Lovell, Jr.
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139

JOHN F. BRICKER & COMPANY
200 PARK AVE
NEW YORK, NY 10166


Jones Co Ltd
c/o Francis V Liantonio, Jr
Adams & Reese
701 Poydras St Ste 4500
New Orleans, LA 70139


JONES OILFIELD SERVICE SUPPLY
PO BOX 919321
DALLAS, TX 75391-9321


JORDAN OIL COMPANY
UNKNOWN


JOSEPH A REEVES JR
11211 WILDING LANE
HOUSTON, TX 77024-6315


Joseph Hayes Jr.
481 Lake Long Drive
Houma, LA 70364


Julie Sheerin
c/o Shelly Sitton
P O Drawer 1617
Livingston, TX 77351


Kean Miller (Baton Rouge)
II City Plaza
400 Convention St. Suite 700
Baton Rouge, LA 70802

Keith Stutes
c/o Donald T Carmouche
Talbot Carmouche & Marcello
 17405 Perkins Rd
Springfield, LA 70881-3824


Keith Stutes, District Attorney
Archdiocese of New Orleans
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


KERR-McGEE CHEMICAL WORLDWIDE, LLC
C/O THE CORPORATION TRUST COMPANY
1209 N ORANGE ST
WILMINGTON, DE 19801


KERR-MCGEE OIL & GAS ONSHORE LP
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Kimberly D Moss
Attorney at Law
3 Sugar Creek Center Blvd Suite 146
Sugar Land, TX 77478


L L O G Exploration & Production Co L L
c/o Douglas C Longman , Jr
Jones Walker
P O Drawer 3408
Lafayette, LA 70502-3408


LA DEPT OF ENVIRONMENTAL QLTY
DEQ FINANCIAL SERVICES DIV
ATTN ACCOUNTS RECEIVABLE
PO BOX 4311
BATON ROUGE, LA 70821-4311


Latex-Star Inc
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042

```
LAVACA COUNTY TAX ASSESSOR
PO BOX 293
HALLETTSVILLE, TX 77964



LEON COX
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



Leroy J Hayes
481 Lake Long Drive
Houma, LA 70364



LEROY J. LEBOEUF, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



LEROY NORMAN, SR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810



Linder Oil Company, A Partnership
c/o Charles G. Blaize , Jr.
Mayhall Fondren Blaize, LLC
5800 One Perkins Place Dr. Suite 2-B
Baton Rouge, LA 70808



LLOG Exploration & Production Company, L
c/o Douglas Conrad Longman , Jr
Jones Walker
600 Jefferson St. Suite 1600
Lafayette, LA 70501



LLOG EXPLORATION & PRODUCTION COMPANY, L
600 Jefferson st.
Ste. 1600
Lafayette, LA 70502
```

LLOG EXPLORATION COMPANY, L.L.C
1001 Ochsner Boulevard
Suite 100
Covington, LA 70433


Loana R. Kirk
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


LOUIS J. SCOTT, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Louisana Department of Wildlife and Fish
2000 Quail Dr
Baton Rouge, LA 70808


Louisiana Department of Justice
1885 N. 3rd Street
P.O. Box 94005
Baton Rouge, LA 70804


Louisiana Department of Natural Resource
P.O. Box 94396
Baton Rouge, LA 70804-9396


Louisiana Department of Natural Resource
c/o Megan K. Terrell
Louisiana Department of Justice (94005)
P. O. Box 94005
Baton Rouge, LA 70804-9005


LOUISIANA DEPT OF NATURAL RES
PO BOX 44277
BATON ROUGE, LA 70804-4277

Louisiana Energy Production L L C
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


LOUISIANA LAND & EXPL CO
C/O CONOCO PHILLIPS
21873 NETWORK PLACE
CHICAGO, IL 60673-1218


Louisiana Land & Exploration Co L L C
c/o Deborah DeRoche Kuchler
Kuchler Polk Weiner, LLC
1615 Poydras St. Suite 1300
New Orleans, LA 70112


LOUISIANA ONSHORE PROPERTIES LLC
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Louisiana Secretary of State
Commercial Division
PO Box 94125
Baton Rouge, LA 70804-9125


LYONS PETROLEUM, INC
400 Travis Street
Shreveport, LA 71101


Manti Exploration Operating L L C
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042


MANTI EXPLORATION OPERATING LLC
800 N SHORELINE BLVD #900
CORPUS CHRISTI, TX 78401

MANTI EXPLORATION OPERATING LLC
8550 United Plaza Building Il
Suite 305
Baton Rouge, LA 70809


MANTI GODZILLA, LTD.
800 North Shoreline Boulevard
Suite 900
Corpus Christi, TX 78401


MANTI OPERATING COMPANY
3867 Plaza Tower Drive
Baton Rouge, LA 70816


MANTI RESOURCES, INC
21245 Smith Road
Covington, LA 70435


MANUEL ARNOUVILLE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


MARION MCKINLEY, IV.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


MARSHLAND EQUIPMENT RENTALS
9545 WARD LINE RD
BELL CITY, LA 70630


Matrix Petroleum LLC
Attn J Todd Reeves
1401 Enclave Parkway Suite 400
Houston, TX 77077

MCCONNELL & SCULLY INC
145 WEST MAIN STREET
HOMER, MI 49245


McGuire Woods, LLP
201 N. Tryon St. Suite 3000
Charlotte, NC 28202


McMoRan Oil & Gas L L C
c/o Carl David Rosenblum
Jones Walker
201 St Charles Ave Ste 5100
New Orleans, LA 70170


Meridian
c/o Guy E. Wall
Wall, Bullington, & Cook, LLC
540 Elmwood Park Blvd
New Orleans, LA 70123


Meridian Resource & Exploration L L C
c/o Francis V Liantonio, Jr
Adams & Reese
701 Poydras St Ste 4500
New Orleans, LA 70139


MERIT ENERGY COMPANY LLC
C/O THE PRINTICE-HALL CORPORATION SYSTEM
320 SOMERULOS ST.
BATON ROUGE, LA 70802


Michael E. Ellis
16600 Park Row, Suite 158
Houston, TX 77084


Michael H. Lomax
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163

MICHAEL J MAYELL
4550 POST OAK PLACE
SUITE 300
HOUSTON, TX 77027


MICHAEL PERSILVER
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


MILAGRO EXPLORATION LLC
ALLEN CENTER, THREE
333 CLAY ST
HOUSTON, TX 77010


MISSION RESOURCES CORPORATION
1331 LAMAR, SUITE 1455
HOUSTON, TX 77010


Mobil Oil Exploration & Producing Southe
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139


MOBIL OIL EXPLORATION & PRODUCING SOUTHE
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802


MOBIL OIL EXPLORATION & PRODUCING SOUTHE
822 Harding St.
Lafayette, LA 70503


MOBIL OIL EXPLORATION & PRODUCING SOUTHE
501 Louisiana Avenue
Baton Rouge, LA 70802

Momayezi Ager
c/o Shelly Sitton
P O Drawer 1617
Livingston, TX 77351


MORGAN STANLEY ENERGY CAPITAL INC.
2000 WESTCHESTER AVENUE
1ST FLOOR
Purchase, NY 10577


Mosbacher Energy Co
c/o Robert B McNeal
Liskow & Lewis
701 Poydras St Ste 5000
New Orleans, LA 70139


NATOMAS NORTH AMERICA, INC.
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809


Nerissa Holmes
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


Noble Energy Inc
c/o John Pratt Farnsworth
Stone Pigman et al
909 Poydras St Ste 3150
New Orleans, LA 70112-4042


Nolan A. LeBoeuf, et al
c/o Talbot, Carmouche & Marcello
Attn Donald T Carmouche
17405 Perkins Road
Baton Rouge, LA 70810


O P M I Operating Co
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606

```
O'Meara, LLC
c/o Stephen C. Fortson
Bradley, Murchison, Kelly & Shea, LLC
401 Edwards Street Suite 1000
Shreveport, LA 71101


OAK VIEW RESOURCES LLC
1400 Woodloch Forest Dr
#300
Spring, TX 77380


OCS-G 4486
16600 Park Row, Suite 158
HOUSTON, TX 77084


OMEGA WASTE MANAGEMENT INC
PO BOX 1377
PATTERSON, LA 70392


OMI ENVIRONMENTAL SOLUTIONS
PO BOX 932127
ATLANTA, GA 31193-2127


OREI INC
UNKNOWN


OXY USA INC.
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Pacific Enterprises Oil Co
c/o Richard Stuart Pabst
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112
```

Pacific Enterprises Oil Co (U S A)
c/o Guy Earl Wall
Wall Bullington & Cook
540 Elmwood Park Blvd
New Orleans, LA 70123


PACSEIS
200 Clocktower Pl, Suite D208
Carmel, CA 93923



PALACE OPERATING COMPANY
C/O BJ DUPLANTIS
625 EAST KALISTE SALOOM ROAD
SUITE 301
LAFAYETTE, LA 70580


PARISH OF IBERVILLE
PO DRAWER 231
PLAQUEMINE, LA 70765-0231



Patricia A. Lewis
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


PATRIOT TUBULAR SERVICES LLC
PO BOX 692228
HOUSTON, TX 77269



PAYETTE VALLEY SUPPLY INC
PO BOX 68
NEW PLYMOUTH, ID 83655



Pendley, Baudin & Coffin, LLP
1515 Poydras Street Suite 1400
New Orleans, LA 70112

PENN VIRGINIA OIL & GAS
16285 Park Ten Pl
#500
Houston, TX 77084


PERRY G. PREJEANT
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Petro-Hunt L L C
c/o J Ralph White
White Andrews
 650 Poydras St Ste 2319
New Orleans, LA 70130


Petrohawk Energy Corp
c/o Richard Stuart Pabst
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


PETROHAWK ENERGY CORPORATION
1000 LOUISIANA ST #5600
HOUSTON, TX 77002


PETROQUEST ENERGY LLC
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS ST.
BATON ROUGE, LA 70802


Pioneer Natural Resources U S A Inc
c/o Craig Isenberg
Barrasso Usdin
 909 Poydras St Ste 2350
New Orleans, LA 70112


Plaquemines Parish Assessor's Office
106 Ave G
Belle Chasse, LA 70037

Point Au Fer LLC
c/o Talbot Carmouche & Marcello
Attn Donald T Carmouche
17405 Perkins Road
Baton Rouge, LA 70810


POLARIS ENTERPRISES, INC
110 Travis Street
Suite 131
Lafayette, LA 70503



Quest Exploration L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


R360 ENVIRONMENTAL SOLUTIONS
PO BOX 671766
DALLAS, TX 75267-1766



Railroad Commission of Texas
PO Box 12967
Austin, TX 78711-2967



Ramos Investments Company
500 Dover Blvd Suite 120
Lafayette, LA 70503



RAMOS INVESTMENTS COMPANY
C/O WEEKS & GONZALEZ
400 MAGAZINE ST
SUITE 200
NEW ORLEANS, LA 70130


RICHARD DOMANGUE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

Ripco, LLC
c/o Charles G. Blaize , Jr.
Mayhall Fondren Blaize, LLC
5800 One Perkins Place Dr. Suite 2-B
Baton Rouge, LA 70808


ROBERT CROCHET
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


ROGER L. HEBERT LEGACY ENERGY CORPORATIO
445 North Blvd
Suite 700
Baton Rouge, LA 70802


Rogers Oil Co
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


Roman Catholic Church
Archdiocese of New Orleans
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


Roosevelt Shields
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


ROSEWOOD RESOURCES, INC.
2101 Cedar Springs Road
Suite 1500
Dallas, TX 75201


ROSEWOOD TRUST COMPANY, LTA
2101 Cedar Springs Road
suite 1600
Dallas, TX 75201

Ruben Lomax
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


S W E P I L P
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


Samson Contour Energy E & P L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


Samson Resources Co
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


SANDEFER OIL & GAS, INC
701 Poydras Street
Suite 5000
New Orleans, LA 70139


SANDEFER PETROLEUM COMPANY
600 Jefferson Street
Suite 300
Houston, TX 77002


SANTA FE BRAUN, INC
1675 South State Street
Dover, DE 19901


Seneca Resources Corporation
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139

SETTOON TOWING LLC
PO BOX 11407
DEPARTMENT 2088
BIRMINGHAM, AL 35246-2088


SHAMROCK ENERGY SOLUTIONS
PO BOX 731152
DALLAS, TX 75373-1152


SHARON FUSELIER
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Shell Exploration & Production Company
701 Poydras
New Orleans, LA 70139


Shell Offshore Inc
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


Shell Oil Co
c/o Russell Keith Jarrett
Liskow & Lewis, One Shell Square
701 Poydras St. Suite 5000
New Orleans, LA 70139-5099


SHELL OIL COMPANY
C/O JOHNSON GRAY MCNAMARA LLC
PO BOX 51165
LAFAYETTE, LA 70505


Shoreline Southeast L L C
c/o Guy Earl Wall
Wall Bullington & Cook
540 Elmwood Park Blvd
New Orleans, LA 70123

SIGMA ENERGY VENTURES LLC
2170 Buckthorne Place
Suite 240
The Woodlands, TX 77380


SIGMA/TMRX/PERMIT GEOPHY SURVY
2170 Buckthorne Place
Suite 240
The Woodlands, TX 77380


Source Petroleum, Inc
620, 304 8th Ave SW
AB T2P 1C1 Canada
Calgary, AB


ST BERNARD PARISH
PO BOX 168
CHALMETTE, LA 70043-0168


ST MARY PARISH SHERIFFS OFFICE
PO BOX 610
PATTERSON, LA 70392-0610


St. Mary Parish Assessor
500 Main St
Franklin, LA 70538


STATE OF DELAWARE
PO BOX 5509
BINGHAMTON, NY 13902-5509


STATE OF DELAWARE
820 N French St
Wilmington, DE 19801

STATE OF LA-STATE MINERAL BRD
OFFICE OF MINERAL RESOURCES
LASALLE OFFICE BLDG.
617 N. 3RD ST. CAPITOL COMPLEX
BATON ROUGE, LA 70802


State of Louisiana
c/o Louisiana Department of Justice
Attn Ryan M Seidemann
1185 North 3rd St
Baton Rouge, LA 70802


State of Louisiana
c/o Steven B Jones
LA Dept of Justice
Baton Rouge, LA 70804-9095


State of Louisiana (Department of Natura
617 North Third Street
Suite 1240
Baton Rouge, LA 70804


State of Louisiana, Fisherman Gear Comp.
Post Office Box 44277
Baton Rouge, LA 70804


STATE OF TX-COMMISSIONER OF
GENERAL LAND OFFICE
1700 N CONGRESS AVE
AUSTIN, TX 78701


Stephanie A. Draper
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


Strata Energy Inc
c/o Richard D. McConnell , Jr.
Kean Miller, II City Plaza
400 Convention St. Suite 700 PO Box 3513
Baton Rouge, LA 70802

Susman Godfrey, LLP
1000 Louisiana St.
Suite 5100
Houston, TX 77002


Susman Godfrey, LLP (Houston)
1000 Louisiana St. Suite 5100
Houston, TX 77002


SWEPI LP
C/O JOHNSON GRAY MCNAMARA LLC
PO BOX 51165
LAFAYETTE, LA 70505


Sydson Energy Inc.
c/o Joens Gill Porter Crawfor & Crawford
6363 Woodway Suite 1100
Houston, TX 77057


SYLVIA RUSSELL
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


T BAKER SMITH INC
PO BOX 2266
HOUMA, LA 70361


Tennessee Gas Pipeline Co L L C
c/o Richard Dean McConnell , Jr
Kean Miller
P O Box 3513
Baton Rouge, LA 70821


TENSAS EXPLORATION & PRODUCTION COMPANY,
5800 One Perkins Place
Suite 8B
Baton Rouge, LA 70808

Terrebonne Assessor's Office
8026 W Main St #501
Houma, LA 70360


TEXACO
2000 Westchester Avenue
White Plains, NY 10650


Texas Commission on Environmental Qualit
2309 Gravel Dr
Fort Worth, TX 76118


Texas Oil Distribution & Development Inc
JAR Resource Holdings LP
c/o Scofield Gerard Pohorelsky
901 Lakeshore Drive Suite 900
Lake Charles, LA 70601


TEXAS PACIFIC OIL COMPANY
3867 Plaza Tower Drive
Baton Rouge, LA 70816


Texas Petroleum Investment Co
c/o Paul J Hebert
Ottinger Hebert
P O Drawer 52606
Lafayette, LA 70505-2606


Texas Secretary of State
PO Box 13697
Austin, TX 78711


The Law Offices of Michael C. Ginart, Jr
2114 Paris Rd.
Chalmette, LA 70043

THE MERIDIAN RESOURCE & EXPLORATION LLC
3867 Plaza Tower Drive
Baton Rouge, LA 70816


THE MERIDIAN RESOURCE & EXPLORATON LLC
701 Poydras st.
Ste. 4500
New Orleans, LA 70139


The Parish of Cameron
Archdiocese of New Orleans
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


The Parish of St. Bernard
c/o Talbot Carmouche & Marcello
17405 Perkins Road
Baton Rouge, LA 70810


Thomas F. Harris
c/o Megan K. Terrell
Louisiana Department of Justice (94005)
P. O. Box 94005
Baton Rouge, LA 70804-9005


Todd Sydson
c/o Timothy W. Cerniglia
4913 Newlands Street
Metairie, LA 70006


TOTAL PETROCHEMICALS USA INC
1201 LOUISIANA ST #1800
HOUSTON, TX 77002


Transco Exploration Company
c/o Mark Andrew Marionneaux
Kean Miller, II City Plaza
400 Convention St. Suite 700
Baton Rouge, LA 70802

TRANSTEXAS GAS CORPORATION
2701 Avenue S St
Dickinson, TX 77539


TUMLINSON 1
n/a
n/a, n/a n/a


U.S. SPECIALTY INSURANCE COMPANY
801 S. FIGUEROA ST., SUITE 700
Los Angeles, CA 90017


ULYSSES SHORT, JR.
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Union Oil Co of California
c/o Michael R Phillips
Kean Miller
909 Poydras St Ste 3600
New Orleans, LA 70112


Union Oil Company of California
c/o Louis Victor Gregoire , Jr
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139


UNITED WORLD ENERGY CORP
2006 AMBASSADOR CAFFERY PKWY
LAFAYETTE, LA 70506


USOIL CORPORATION
6776 Southwest Freeway,
Suite 600
Houston, TX 77074

```
VERA MOORE
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


VERIZON BUSINESS
PO BOX 660794
DALLAS, TX 75266-0794


VERLINE L. JACOBS
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810


Virtex Petroleum Company, L.L.P.
c/o James K. Barry
Barry Conge Harris
1800 West Loop South Suite 750
Houston, TX 77027


Wadsworth A. Holmes, IV
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


WAGNER OIL COMPANY
500 COMMERCE ST #600
FORT WORTH, TX 76102


WARWICK OIL CORPORATION
1001 Pinhook Road
Building 1
Lafayette, LA 70503


WAYMAN M. BUCHANAN, INC
745 E. Mulberry Avenue
Suite 850
San Antonio, TX 78212
```

WEATHERFORD US LP
PO BOX 301003
DALLAS, TX 75303-1003


WEBER ENERGY CORPORATION
200 Crescent Ct
#1801
Dallas, TX 75201


WELLS FARGO BANK, N.A., AS ADMIN. AGENT
1525 W. WT HARRIS BLVD
Charlotte, NC 28262


WESTMORELAND GAS LLC
PO BOX 470
BRIDGEPORT, WV 26330


WETLANDS CAMERON PARISH EXPERT
ONE GALERIA BLVD SUITE 2100
METAIRIE, LA 70001


Wilbert L. Crutcher
c/o Carver, Darden, Koretzky, Tessier,
Finn, Blossman, & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163


WILLIAM EARL GUTHRIE
C/O TALBO, CARMOUCHE, & MARCELLO
214 W. COMERVIEW
PO BOX 759
GONZALES, LA 70707


WILLIAM GORDON
C/O TALBOT, CARMOUCHE, & MARCELLO
17405 PERKINS ROAD
BATON ROUGE, LA 70810

```
WILLIAMS INC
PO BOX 460
PATTERSON, LA 70392




Yuma Exploration & Production Company, I
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139


Yuma Petroleum Company
c/o Francis V. Liantonio , Jr.
Adams & Reese, LLP, One Shell Square
701 Poydras St. Suite 4500
New Orleans, LA 70139



ZEALOUS ENERGY SERVICES LLC
C/O COUMMUNITY FIRST BANK
PO BOX 10610
NEW IBERIA, LA 70562



ZENERGY, INC.
C/O CT CORPORATION SYSTEM
5615 CORPORATE BLVD, STE 400B
BATON ROUGE, LA 70808
```

# United States Bankruptcy Court
## Southern District of Texas

In re   __The Meridian Resource and Exploration, LLC_____   Case No. _____

_____ Debtor(s)   Chapter   __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Meridian Resource and Exploration, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alta Mesa Aquisition Sub, LLC**
**16600 Park Row, Suite 158**
**Houston, TX 77084**

☐ None [*Check if applicable*]

**January 24, 2020**
Date

**/s/ RANDY W. WILLIAMS**
**RANDY W. WILLIAMS**
Signature of Attorney or Litigant
Counsel for   **The Meridian Resource and Exploration, LLC**
**Byman & Associates PLLC**
**7924 Broadway, Suite 104**
**Pearland, TX 77581**
**281-884-9262**
**rww@bymanlaw.com**