THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| High Mesa, Inc. | § | Case No. 20-30602 |
| | § | |
| Petro Operating Company, LP | § | Case No. 20-30603 |
| | § | |
| Petro Acquisitions, LP | § | Case No. 20-30604 |
| | § | |
| High Mesa Holdings, L.P. | § | Case No. 20-30605 |
| | § | |
| The Meridian Resource and Exploration, LLC | § | Case No. 20-30606 |
| | § | |
| High Mesa Holdings GP, LLC | § | Case No. 20-30607 |
| | § | |
| AM Idaho, LLC | § | Case No. 20-30608 |
| | § | |
| Louisiana Onshore Properties, LLC | § | Case No. 20-30609 |
| | § | |
| AMH Energy New Mexico, LLC | § | Case No. 20-30610 |
| | § | |
| AM Michigan, LLC | § | Case No. 20-30611 |
| | § | |
| Texas Energy Acquisitions, LP | § | Case No. 20-30612 |
| | § | |
| Cairn Energy USA, LLC | § | Case No. 20-30613 |
| | § | |
| The Meridian Production, LLC | § | Case No. 20-30614 |
| | § | |
| High Mesa Services, LLC | § | Case No. 20-30615 |
| | § | |
| HMS Kingfisher Holdco, LLC | § | Case No. 20-30616 |
| | § | |
| Alta Mesa Acquisition Sub, LLC | § | Case No. 20-30619 |
| | § | |
| Alta Mesa Drilling, LLC | § | Case No. 20-30620 |
| | § | |
| Alta Mesa Energy, LLC | § | Case No. 20-30621 |
| | § | |
| Alta Mesa GP, LLC | § | Case No. 20-30622 |
| | § | |
| Aransas Resources, LP | § | Case No. 20-30623 |
| | § | |

| | | |
|---|---|---|
| ARI Development, LLC | § | Case No. 20-30624 |
| Brayton Management GP II, LLC | § | Case No. 20-30625 |
| Brayton Resources II, LP | § | Case No. 20-30626 |
| Brayton Resources, LP | § | Case No. 20-30627 |
| Buckeye Production Company, LP | § | Case No. 20-30628 |
| FBB Anadarko, LLC | § | Case No. 20-30629 |
| Galveston Bay Resources, LP | § | Case No. 20-30630 |
| LEADS Resources, LLC | § | Case No. 20-30632 |
| Louisiana Exploration & Acquisition LP | § | Case No. 20-30634 |
| Navasota Resources Ltd. LLP f/k/a Hilltop Acquisition, LLC | § | Case No. 20-30635 |
| Nueces Resources, LP | § | Case No. 20-30637 |
| Sundance Acquisition, LLC | § | Case No. 20-30638 |
| TEA Energy Services | § | Case No. 20-30639 |
| The Meridian Resource, LLC | § | Case No. 20-30640 |
| Virginia Oil and Gas, LLC | § | Case No. 20-30641 |
| | § | (Chapter 7 Cases) |

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 7 CASES**
**(This instrument relates to Docket No. _____)**

This matter comes before the Court on the *Trustee's Emergency Motion for Entry of an Order Directing Joint Administration of Chapter 7 Cases* [Docket No. _____] (the "Emergency Motion") filed by Christopher Murray, chapter 7 trustee for the above referenced Debtors.

The Court, having reviewed the Emergency Motion and having considered the statements therein, finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and, (c) notice of the Emergency Motion was sufficient or not required under the circumstances.  Having considered the evidence, arguments of counsel, and responses, if any, the Court is of the opinion that the Emergency Motion is meritorious and establishes sufficient grounds for the relief requested therein.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

1. The Chapter 7 cases of High Mesa, Inc., High Mesa Holdings, L.P., Alta Mesa Acquisition Sub, LLC, Alta Mesa Drilling, LLC, Alta Mesa Energy, LLC, Alta Mesa GP, LLC, AM Idaho, LLC, AM Michigan, LLC, AMH Energy New Mexico, LLC, Aransas Resources, LP, ARI Development, LLC, Brayton Management GP II, LLC, Brayton Resources II, LP, Brayton Resources, LP, Buckeye Production Company, LP, Cairn Energy USA, LLC, FBB Anadarko, LLC, Galveston Bay Resources, LP, High Mesa Holdings GP, LLC, LEADS Resources, LLC, Louisiana Exploration & Acquisition LP, Louisiana Onshore Properties, LLC, Navasota Resources Ltd. LLP f/k/a Hilltop Acquisition, LLC, Nueces Resources, LP, Petro Acquisitions, LP, Petro Operating Company, LP, Sundance Acquisition, LLC, TEA Energy Services, Texas Energy Acquisitions, LP,  The Meridian Production, LLC, The Meridian Resource and Exploration, LLC, The Meridian Resource, LLC, Virginia Oil and Gas, LLC, High Mesa Services, LLC and HMS Kingfisher Holdco, LLC are hereby consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-30602 (the "**Lead Case**").

2.      The caption of the Lead Case is modified to reflect the joint administration as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In RE:** | § § | |
| **HIGH MESA, INC.,** *et al.*, | § § | Case No. 20-30602 |
| | § | (Chapter 7) |
| Debtors. | § | (Jointly Administered) |
| | § § | |

3.      The Clerk of the Court is directed to enter a notation on the docket sheet of each of the Debtors' cases in substantially the following form to reflect joint administration of the cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration for procedural purposes only of the chapter 7 cases of: High Mesa, Inc., High Mesa Holdings, L.P., Alta Mesa Acquisition Sub, LLC, Alta Mesa Drilling, LLC, Alta Mesa Energy, LLC, Alta Mesa GP, LLC, AM Idaho, LLC, AM Michigan, LLC, AMH Energy New Mexico, LLC, Aransas Resources, LP, ARI Development, LLC, Brayton Management GP II, LLC, Brayton Resources II, LP, Brayton Resources, LP, Buckeye Production Company, LP, Cairn Energy USA, LLC, FBB Anadarko, LLC, Galveston Bay Resources, LP, High Mesa Holdings GP, LLC, LEADS Resources, LLC, Louisiana Exploration & Acquisition LP, Louisiana Onshore Properties, LLC, Navasota Resources Ltd. LLP f/k/a Hilltop Acquisition, LLC, Nueces Resources, LP, Petro Acquisitions, LP, Petro Operating Company, LP, Sundance Acquisition, LLC, TEA Energy Services, Texas Energy Acquisitions, LP, The Meridian Production, LLC, The Meridian Resource and Exploration, LLC, The Meridian Resource, LLC, Virginia Oil and Gas, LLC, High Mesa Services, LLC and HMS Kingfisher Holdco, LLC. The docket in Case No. 20-30602 should be consulted for all matters affecting these cases, and all further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 20-30602. Separate claims dockets shall be maintained for each case noticed as an asset case.

4.      The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of Title 11 of the U.S. Code (the "Bankruptcy Code").

5.  One docket and one consolidated service list shall be maintained for the Debtors' Chapter 7 cases under Case No. 20-30602.

6.  All pleadings, orders, and other documents to be filed with the Court shall: (i) be filed in the Lead Case; (ii) be captioned with the style reflected above; and, (iii) reflect that the cases are jointly administered under Case Number 20-30602.

7.  Christopher Murray, the Chapter 7 Trustee for the Debtors, is authorized to conduct joint meetings with the Debtors, including creditors' meetings pursuant to Section 341 of the Bankruptcy Code.

8.  To the extent necessary, each Debtor shall file separate schedules of assets and liabilities and statements of financial affairs as required by Federal Rule of Bankruptcy Procedure 1007 in their respective cases.

9.  Proofs of claims filed by a creditor of any Debtor shall reflect the style and case number of the Debtor to which such claim relates, and shall be filed in the claims register of the case of the Debtor to which such claim relates.

10. The Clerk of the Court shall maintain separate claim registers for each Debtor.

11. Nothing contained in the Emergency Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 7 cases and this Order shall be without prejudice to the rights of the Trustee, Debtors, or any other party to seek entry of an Order substantively consolidating their respective cases.

12. The Chapter 7 Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Emergency Motion.

13. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

14. This Order is a Final Order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

**Signed this _____ day of _____, 2020.**

_____
**THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE**